# EXHIBIT 1

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

### (Northern Division)

| | |
|---|---|
| ANNE ARUNDEL COUNTY, MARYLAND,<br><br>   Plaintiff,<br><br>v.<br><br>BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA INC.; CROWN CENTRAL LLC; CROWN CENTRAL NEW HOLDINGS LLC; ROSEMORE, INC.; CHEVRON CORP.; CHEVRON U.S.A. INC.; EXXON MOBIL CORP.; EXXONMOBIL OIL CORPORATION; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; CITGO PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY; MARATHON OIL COMPANY; MARATHON OIL CORPORATION; MARATHON PETROLEUM CORPORATION; SPEEDWAY LLC; HESS CORP.; CNX RESOURCES CORPORATION; CONSOL ENERGY INC.; CONSOL MARINE TERMINALS LLC; and AMERICAN PETROLEUM INSTITUTE,<br><br>   Defendants. | CASE NO.:<br><br>NOTICE OF REMOVAL BY DEFENDANTS CHEVRON CORPORATION AND CHEVRON U.S.A., INC.<br><br>[Removal from the Circuit Court for Anne Arundel County]<br><br>Action Filed:  April 26, 2021 |

## AFFIDAVIT OF DR. MARK R. WILSON

I, Mark R. Wilson, declare as follows:

1

I am a history professor at the University of North Carolina at Charlotte, with a Ph.D. in history, earned at the University of Chicago, in 2002. I am a recognized authority on the history of U.S. military-industrial relations, who has published a number of peer-reviewed articles and books on the subject, including *Destructive Creation: American Business and the Winning of World War II* (Philadelphia: University of Pennsylvania Press, 2016). I was hired by Chevron to offer an overview of the history of U.S. government relations with the oil industry, with a focus on the national security and military dimensions of the history. The following facts are within my personal knowledge through personal review of the documents and information described herein. If called and sworn as a witness, I could and would testify competently thereto. I am being compensated at the rate of $400 per hour.

**Introduction**

1. Over the last 120 years, the U.S. government has relied upon and controlled the oil and gas industry to obtain oil and gas supplies and expand the production of petroleum products, in order to meet military needs and enhance national security. In doing so, the government has imposed a range of controls on the oil industry, while issuing numerous directives, to the oil industry as a whole,

as well as to individual companies. These actions succeeded, by many measures, in boosting U.S. military power and geopolitical advantage.

2. For over a century, the U.S. government has controlled and directed oil companies in order to secure and expand fuel supplies for its military forces and those of its allies, both in wartime and in peacetime. Because armed forces have used petroleum-based fuels since the 1910s, oil companies have been essential military contractors, throughout the last century. To ensure adequate fuel supplies for the military, the U.S. government has made multiple interventions in the oil and gas industry. For example, just before World War I, the U.S. government set aside lands with oil deposits to provide for the future fuel needs of the U.S. Navy, which was then making a switch from coal to oil. During both world wars and the Korean War, the U.S. government used a number of methods to ensure necessary stocks of naval fuel oil and aviation gasoline, among other fuels and lubricants required for U.S. military forces and those of U.S. allies. Those methods included direct orders, government ownership, and national controls. During the Cold War, and beyond, the government built on relationships with oil companies that had been forged during World War II, as it continued to rely upon the oil industry to supply the military with custom fuels produced to precise military specifications, including, most importantly, the jet fuels that made possible the operations of the Air Force and the Navy, as well as special CIA-controlled surveillance aircraft, in a global

struggle to deter the Soviet Union. Even after the end of the Cold War, in recent years, the U.S. military has continued to consume huge quantities of petroleum products, manufactured to military specifications by the descendants of the same oil companies that had been helping the United States and its allies to win wars and project military power, for over a century.

**The Era of World War I, 1900s-1920s**

3. At the beginning of the 20th century, the United States ranked as an emerging world power, which was in the midst of building a state-of-the-art steel navy, competitive with the forces of Britain, France, and Germany, and Japan. In the wake of the 1898 U.S. war with Spain, the United States had begun to administer a large new overseas colony, in the Philippines. This was an era of intense competition among the great powers for overseas imperial outposts and territories in Africa and Asia, which promised to supply critical minerals and raw materials, besides offering growing markets for the output of industrial economies. In this context, U.S. military power, and especially naval power, was understood to be critical to American security and future prosperity.[1]

---

[1] See for example Dirk Bönker, *Militarism in a Global Age: Naval Ambitions in Germany and the United States before World War I* (Ithaca, NY: Cornell University Press, 2012).

4. By 1900, the U.S. Navy was the single largest user of fuel in the United States, if not the entire world. During the 1900s and 1910s, the U.S. Navy, along with its rivals abroad, decided to change the main source of fuel for its warships, from coal to oil. The navy's Liquid Fuel Board, established in 1902, recognized that such a switch would provide several important advantages, including ease of loading, smoke reduction, and greater efficiency and speed. However, naval leaders still agonized about making the change, because they worried that adequate supplies of oil at reasonable prices might be difficult to sustain in the future, given uncertainties about reserves in the United States and abroad. These worries contributed to the creation of the first Naval Petroleum Reserves (NPR), in 1912, out of some 3 million acres of lands that President Taft had set aside, for national security purposes, three years before. These original naval reserves included NPR No. 1, at Elk Hills, California, and NPR No. 2, in Buena Vista Hills, also in California. (In 1914-15, President Wilson would create another NPR, at Teapot Dome, in Wyoming; President Harding established a fourth NPR, in Alaska, in 1923.) In the early 1910s, the U.S. Navy made the switch from coal to oil, hoping that the NPRs gave it some assurance of adequate future supply and protection against price spikes in oil markets. The Secretary of the Navy at the time, Josephus Daniels, a champion of government-owned naval-industrial assets, pressed for expansion and development of oil wells in the NPRs, by the U.S. Navy itself.

However, this did not occur. By the 1920s, parts of the NPRs were being drained by private entities, who owned adjacent properties.[2]

5. The Great War of 1914-18 demonstrated the importance of oil, and American oil in particular, to global and national security and international competition. During World War I, U.S. producers supplied 80 percent of Allied consumption of petroleum products. Between 1914 and 1917, US annual output increased by about 26 percent, from 266 million barrels to 335 million.[3] This increase was necessary to overcome losses of tankers to German submarine attacks, and to meet Allied military needs. Although some naval and cargo vessels were still using coal, and although the use of aircraft and motor vehicles in warfare was still in its early stages in the 1910s, several leaders proclaimed that this U.S. provision of oil made the difference in the outcome of the conflict. During the war, Marshal Ferdinand Foch, the Supreme Allied Commander, reportedly said to American authorities, "If you don't keep up your petroleum system we shall lose

---

[2] Gerald D. Nash, *United States Oil Policy, 1890-1964: Business and Government in Twentieth-Century America* (University of Pittsburgh Press, 1968), 5-19; Peter A. Schulman, " 'Science Can Never Demobilize': The United States Navy and Petroleum Geology, 1898-1924," *History and Technology* 19, no. 4 (2003): 365-85; David Allen Snyder, "Petroleum and Power: Naval Fuel Technology and the Anglo-American Struggle for Core Hegemony, 1889-1922" (Ph.D. diss., Texas A&M University, 2001).
[3] Daniel Yergin, *The Prize: The Epic Quest for Oil, Money, and Power* (New York: Simon & Schuster, 1991), 176-78.

the war."[4] After the war ended, in November 1918, Lord Curzon, chairman of the Inter-Allied Petroleum Conference, claimed, "[t]he Allied cause has floated to victory upon a wave of oil."[5]

6. On the U.S. home front in World War I, the Wilson administration used its emergency war powers, and new government agencies, to instruct the oil industry to increase production. By the beginning of 1918, U.S. government direction of the oil industry was concentrated in the Oil Division of the U.S. Fuel Administration, led by Mark Requa, a mining and oil entrepreneur who had originally gone to Washington to assist Herbert Hoover with the Food Administration. As in other parts of the U.S. military-industrial mobilization for the Great War, business-government relations in the wartime oil industry included cooperation, which was touted in public statements by government and industry officials. However, behind this relationship were substantial government powers, which in some industries were used for commandeering and price control. The oil industry fit somewhat uncertainly under the Food and Fuel Control Act of 1917 (Lever Act), which offered legal authority for activities of Requa's Oil Division. Requa never tried to use outright seizures of private property or other extreme

[4] "Honor A.C. Bedford for His War Work," *New York Times*, 15 March 1919.
[5] Nash, *United States Oil Policy*, 23-24; for a global perspective, concerned mostly with the British Empire, see Timothy C. Winegard, *The First World Oil War* (Toronto: University of Toronto Press, 2016).

measures, choosing instead to use a board of business leaders, the National

Petroleum War Service Committee, to carry out much of the necessary work of

mobilizing the industry for war. But in the case of oil, as in other industries on the

home front, the U.S. government remained ready to use direct intervention. (As

one historian has described it, "Requa often threatened the industry with regulation

to encourage 'voluntary' cooperation."[6]) Requa's Oil Division and the NPWSC

worked together to increase output and direct supplies for military use, pooling oil

stocks and transport equipment, so that they could be used to meet national

priorities. Private contracts were cancelled as needed, to support this national war

effort.[7] As Requa explained it at the end of the war, via the NPWSC, "the oil of the

country was, to all intents and purposes, pooled and distributed regardless of

ownership." Larger oil producers and distributors, 138 companies in all, were

forced to get licenses from the government, with licensees obliged to comply with

government priorities. Meanwhile, the U.S. government created new standard

---

[6] Snyder, "Petroleum and Power," 243. Unfortunately there is still very little historical research focused on the Fuel Administration and its Oil Division. On the thinness of professional scholarship in this area, see Paul A.C. Koistinen, *Mobilizing for Modern War: The Political Economy of American Warfare, 1865-1919* (Lawrence: University Press of Kansas, 1997), 256, 362.

[7] "Great Pool in Oil Government's Aim," *New York Times*, 7 March 1918; "Nation May Annul Contracts for Oil," *New York Times*, 21 March 1918; Nash, *United States Oil Policy*, 24-38.

specifications for aviation gasoline and fuel oil, and oversaw a price control scheme handled by regional committees of industry.[8]

**The Era of World War II, 1930s-1940s**

7. During the Great Depression, as the growth in demand for energy temporarily slowed, and as the large reserves discovered a generation earlier in Texas and Oklahoma continued to provide ample supply, the U.S. government and state governments became more concerned with regulating output in a way that would limit production and stabilize prices. In the early 1930s, this effort was briefly coordinated at the national level by a Petroleum Administration, part of the New Deal's broader National Recovery Administration (NRA), which was working across the U.S. economy with industrial groups to try to reduce competition and push up prices and wages. During this brief episode, Interior Secretary Harold Ickes was named Oil Code Administrator. In 1933 and 1934, Ickes's office set production quotas for each of the states that had significant oil industries; the U.S. government also acted to ban interstate shipments of "hot"

---

[8] Mark L. Requa, "Report of the Oil Division, 1917-1919," in H.A. Garfield, *Final Report of the United States Fuel Administration, 1917-1919* (Washington: GPO, 1921), 261-71.

oil—i.e., oil produced illegally, in violation of the production quotas. (Although the NRA collapsed in 1935, in that same year, Congress passed a new law, lending federal backing to state-level production quotas, by banning interstate shipments of hot oil.) Ickes's experience with the oil industry would end up being relevant just a few years later, during the nation's massive military-industrial mobilization for World War II, which marked a new kind of relationship between the U.S. government and the oil industry.

8. The government's relationship with the oil industry changed dramatically during World War II, the biggest military conflict in history, as the government created an array of powerful controls, issued orders and directives to industry, built and acquired a large amount of government-owned industrial equipment, and, in some cases, seized industrial facilities. In these various ways, the government enlisted the oil industry to ensure the output necessary for military success. The government not only directed and controlled production, but also financed and owned a substantial proportion of the industry's productive capacity.

9. During the Second World War, the Allies used 7 billion barrels of oil, about a third of known global oil reserves at the time; of this amount, the United

States provided about 80 percent.[9] Clearly, petroleum products were essential for warfighting in World War II. The need for oil caused Germany and Japan to expand their efforts to control more territory in the 1930s and early 1940s[10]; the abundance of oil controlled by the United States allowed the Allies to prevail in the conflict. As the U.S. War Production Board (WPB) leader Charles E. Wilson remarked in 1943, it was not too much to say that "responsibility for victory" in World War II rested on the U.S. oil industry.[11]

10. By the late 1930s, on the eve of the war, armed forces had become utterly dependent on petroleum products, including gasoline for trucks and tanks, fuel oil and diesel oils for naval vessels and cargo ships, and aviation gasoline for aircraft. Petroleum products comprised fully half of the total tonnage of supplies of all kinds shipped from the United States during World War II. In response to high military demand, U.S. oil producers increased crude oil output by nearly 30 percent from the start of the war to its end, with daily output going from about 3.7 million

---

[9] Nash, *United States Oil Policy*, 157-58; Megan Black, *The Global Interior: Mineral Frontiers and American Power* (Cambridge, MA: Harvard University Press, 2018), 151.
[10] Adam Tooze, *The Wages of Destruction: The Making and Breaking of the Nazi War Economy* (New York: Viking, 2007), 411-12; Rosemary A. Kelanic, "The Petroleum Paradox: Oil, Coercive Vulnerability, and Great Power Behavior," *Security Studies* 25, no. 2 (2016): 181-213.
[11] Nash, *United States Oil Policy*, 158.

barrels per day in 1940, to about 4.7 million in 1945.[12] More remarkable were the increases in production of fuels for military use, particularly high-octane aviation gasoline, which allowed aircraft engines to achieve superior performance. The United States supplied 90 percent of the aviation gasoline used by the Allies in World War II. American output of this special fuel increased by about 1,300 percent (i.e. a factor of 13) from 1940 to 1945, with peak output coming near the end of the war in 1945, at about 514,000 barrels per day.[13] The Allies' strategy for victory in World War II, which was heavily reliant on air power, was made possible by this massive, rapid expansion of production of crude oil and specialized refining.

11. To accomplish these remarkable achievements in World War II, the U.S. government turned to the oil industry, which the government directed through a variety of agencies, orders, and special initiatives. For example, at the beginning of World War II, the Roosevelt administration created new U.S. government agencies to direct the mobilization of the oil industry. Secretary of the Interior Ickes became Petroleum Coordinator for National Defense in May 1941; in December 1942, he was named head of the Petroleum Administration for War (PAW), established by executive order. Throughout the war, Ickes and his assistants used government

---

[12] Yergin, *The Prize*, 379-82.
[13] Yergin, *The Prize*, 383-84.

power to achieve expanded output. Ickes's orders to the oil industry were initially called "Recommendations," but by early 1942, they were labeled officially as "Directives." In the end, Ickes and his team, which included his top deputy, Ralph K. Davies, issued 80 recommendations and directives, including 56 to oil industry as a whole, and 9 to specific companies. Some directives restricted the use of certain petroleum products for high-priority war programs; others dictated the blends of products; while others focused on specific pieces of the industry, such as the use of individual pipelines. Using these formal directives and other communications, the PAW instructed the oil industry about exactly which products to produce, how to produce them, and where to deliver them. The PAW also prohibited a variety of activities, such as, at certain times and in certain areas, the production of asphalts and motor fuels, and the use of butane in drilling operations.[14] Meanwhile, the prices of petroleum products were not determined by supply and demand, but set by the Office of Price Administration (OPA), which also oversaw the rationing of gasoline for civilians, on the home front.

12. Throughout the war, it was clear to government authorities and business leaders that the oil industry had been enlisted in the war effort, following the orders

---

[14] John W. Frey and H. Chandler Ide, *A History of the Petroleum Administration for War, 1941-1945* (Washington, DC: GPO, 1946), 40-45, 405-06; Nash, *United States Oil Policy*, 160-70.

of the PAW and other government agencies. Even smaller oil companies that might bristle at government directives about the spacing of wells, for example, could not opt out of this effort, because their operations depended on materials and services fully under the control of the government, such as steel, or railroad transportation. As one former PAW executive recalled, "we denied maintenance and operating supplies to those who failed to abide by the rules set by the PAW." Beyond this, if somehow this indirect power were not sufficient, the PAW and other government agencies reserved the ultimate authority, outlined in the Second War Powers Act, to directly commandeer industry.[15]

13. An important way in which the U.S. government exerted control over industry in World War II was by paying for production, refining, and transportation facilities that the government itself continued to own. By war's end, the U.S. government owned over $16 billion worth of industrial plants, roughly 20 percent of the nation's total stock of industrial buildings and equipment.[16] This practice of government finance and ownership of industrial facilities extended to the oil and gas sector. Among the biggest of all the government's wartime

---

[15] J. Howard Marshall II, *Done in Oil: An Autobiography*, ed. Robert L. Bradley, Jr. (College Station: Texas A&M University Press, 1994), 125, 140-42.
[16] For the broader story, see Mark R. Wilson, *Destructive Creation: American Business and the Winning of World War II* (Philadelphia: University of Pennsylvania Press, 2016).

construction projects were the "Big Inch" and "Little Inch" pipelines, which ran, respectively, between Texas and Illinois to population centers and ports on the Atlantic coast. These were giant crash emergency projects, necessary to compensate for the heavy losses of tanker ships to German submarine attacks, early in the war. Construction on the 1,254-mile Big Inch, which had five times the capacity of conventional pipelines that had been used before the war, started in August 1942. Little Inch, an even longer pipeline, was built in 1943-44. Together, these government-owned pipelines carried 42 percent of all oil transported in the US, during World War II; their transport capacity was equivalent to that of more than 60 oil tanker ships, or 30,000 railroad tank cars. Both of the "Inch" pipelines were built and operated, at the direction of the government, by a non-profit consortium of eleven major oil companies: "War Emergency Pipelines, Inc." This entity provided the government with the oil industry's unique know-how in the areas of pipeline construction and operation. The government, for its part, paid for the giant pipelines (through its Defense Plant Corporation) and, throughout the war, retained ownership and control of operations (under its Defense Supplies Corporation).[17] As the chairman of War Emergency Pipelines explained, the government directed the oil companies to feed the "Inch" lines, disregarding normal peacetime practices, in order to ensure adequate supply to keep the war

---

[17] Frey and Ide, *History of the PAW,* 104-09, 428-37; Yergin, *The Prize*, 375-76.

economy going. "[E]verybody was ordered to divert oil and deliver it at the receiving terminals of the big lines sometimes by expensive means to keep these lines running to capacity, and that was done in the interest of the war effort because we needed every barrel of oil we could deliver to the East."[18]

14. Besides these important new government-owned pipelines, there were dozens of large government-owned industrial plants, managed by private companies under government direction. At the heart of the U.S. mobilization for World War II were government-owned, contractor-operated (GOCO) industrial facilities. Most of the aircraft, ships, aircraft engines, tanks, and explosives (conventional and nuclear) produced by the United States in World War II were made in large GOCO plants. The GOCO model was also used during the conflict to produce oil at the NRP in Elk Hills, California, which U.S. government authorities wished to use to help win the war in the Pacific. At Elk Hills, the government contracted with Standard Oil of California (Socal) to drill wells and produce oil on the NPR. After one early arrangement was protested by Ickes and the Department of Justice, government authorities devised a new "Unit Plan Contract," approved by Congress in the summer of 1944. This agreement allowed

---

[18] Testimony of W. Alton Jones, in *War Emergency Pipe-Line Systems and Other Petroleum Facilities: Hearings before the Special Committee Investigating Petroleum Resources and the Surplus Property Subcommittee of the Committee on Military Affairs, United States Senate* (Washington, DC: GPO, 1945), 25-26.

the Navy to control the entire field, including parts owned by Socal. In a separate operating contract, the Navy hired Socal to quickly boost production at the site, from 15,000 to 65,000 barrels per day. In the first ten months of this operation, Socal, working under government direction as the operator of this U.S. Navy asset, drilled 236 wells. By the time a Congressional committee toured Elk Hills in February 1945, the NPR was viewed by Congress and the media as being a major contributor to final victory in the Pacific War.[19] The arrangement at Elk Hills lasted for three decades, with Socal remaining the government-selected operator through the mid-1970s.

15. The U.S. government enlisted oil companies to operate government-owned industrial equipment on a much larger scale, in two of the highest priority programs of the entire war effort: aviation gasoline, and synthetic rubber. In both of these massive emergency mobilization efforts, the oil companies worked to comply with urgent government orders, from the WPB, PAW, and other agencies, to alter their normal operations to maximize output of products Allied military forces needed to win World War II. It is worth considering the record of these

---

[19] "Elk Hills Output High," *New York Times*, 24 April 1945; J.H. Carmical, "Praise Operation of Elk Hills Wells," *New York Times*, 14 Feb. 1945; "Senate Passes Bill on Elk Hills Pool," *New York Times*, 13 June 1944.

programs in some detail, because they underscore the breadth and depth of U.S. government direction and control of the oil industry in World War II.

16. Of all the large military-industrial programs carried out during World War II, the aviation gasoline[20] effort was the one in which demands for increased production were most constant, and insatiable, all the way through the end of the war in 1945. These demands started early, even before Pearl Harbor and the official U.S. entry into the conflict. For example, in the summer of 1941, Petroleum Coordinator Ickes was already telling oil executives about a serious aviation gasoline shortage and asking them to "achieve and maintain an absolute maximum production," even if "uneconomic operations" were required.[21] The need for more aviation gasoline increased steadily in the coming months, as U.S. factories started to mass-produce fighters and bombers. The four-engine heavy bombers at the heart of the Allied war effort, such as B-17s, B-24s, and B-29s, were voracious consumers of fuel, with as many as several thousand gallons of

---

[20] In the late 1930s, the U.S. Army Air Corps had designated 100-octane gasoline as the standard for use in all military aero engines. This was a special, high-performance fuel, which could provide about 25 percent more power than the 87-octane gasoline used previously. It required more additives, including tetraethyl lead, than the regular gasoline the oil companies made for passenger cars. Maury Klein, *A Call to Arms: Mobilizing America for World War II* (New York: Bloomsbury, 2013), 492-94.
[21] Klein, *A Call to Arms*, 494.

aviation gasoline used by one bomber in a single mission.[22] Responding to the

military's enormous and urgent demands for aviation gasoline, Ickes and Davies

instructed oil companies to do their utmost to increase output. A few weeks after

Pearl Harbor, in March 1942, Ickes and Davies were telling the oil companies to

take "extreme measures" to boost their output of 100-octane. These demands

continued, for almost three more years. In July 1943, Ickes, as head of the PAW,

empowered by an executive order to issue and enforce directives, told the refiners

they must strive for "absolute maximum production." Four months after this, WPB

director Donald Nelson identified aviation gasoline as a program that required a

huge additional push. In June 1944, when production was already about 400,000

barrels a day, the PAW told suppliers that targets for the next few months had just

been raised by fifty percent, so "please push as hard as you can."[23] But even these

late efforts at expansion failed to satisfy the demands of the AAF, which was

operating ever-larger fleets of planes in Europe and Asia. In December 1944,

mobilization czar James Byrnes was compelled to tell the Joint Chiefs of Staff that

they would have to curtail aircraft operations in the coming weeks, because of the

---

[22] Wilson, *Destructive Creation*, 82.
[23] Davies to Pew, 10 March 1942, folder Ralph K. Davies; Ickes to Pew, 28 July 1943, folder Harold L. Ickes; Bruce K. Brown to Pew, 17 June 1944, folder Bruce K. Brown, all in box 83, Ser. 4: J. Howard Pew Presidential Papers, Sun Oil Co. Records, accession 1317, Hagley Museum and Library; *Minutes of the War Production Board, January 20, 1942, to October 9, 1945* (Washington: Government Printing Office, 1946), 289-290.

limited supply of 100-octane.[24] Domestic production would not peak until March 1945 (far later than production peaks in most other war programs), as the conflict in Europe came to an end.[25]

17. This late-peaking program, aimed at supplying all the aviation gasoline the Allies needed to win World War II, required a tremendous amount of industrial expansion after Pearl Harbor. To make the fuel, it was necessary to build dozens of new catalytic crackers, alkylation units, isomerization units, and other industrial facilities. In all, the new facilities built for the aviation gasoline program cost about $837 million (this amount was close to the cost of the facilities in Oak Ridge, Tennessee and Hanford, Washington, created in a top-secret effort, during the same time for the atomic bomb program). How was this giant effort achieved? In the case of the aviation gasoline program, it was done with a combination of two main methods. First, the U.S. government pushed for construction of new facilities by the oil companies, via new "accelerated amortization" rules, which allowed companies to write off war-related plant investments (approved as such by the government via "certificates of necessity"), for tax purposes, over just five years.

---

[24] Byrnes to Adm. Leahy, 19 Dec. 1944, folder 2, box 10, ser. IV, Byrnes Papers, Clemson University.

[25] Petroleum Administration for War, "Aviation Gasoline Report to the War Production Board," 29 Sept. 1945, Box 4013, e. 528, RG 253, National Archives and Records Administration, College Park, MD.

To receive the required government certification for these investments, companies needed to show that the new plants were essential for the war effort, and that they had already maximized their conversion of existing facilities. Beyond this, the U.S. government also chose to finance and own about $236 million worth of aviation gasoline production facilities, which were then operated by private companies at the direction of the government. In the aviation gasoline program, there were 29 facilities with large amounts of government-owned equipment, all but two of which had a combination of government-owned facilities "scrambled" with private refinery equipment, on the same sites.[26]

18. These industrial expansion arrangements, in addition to the Allies' huge demand for aviation gasoline, meant that several U.S. oil companies became top World War II military contractors. They did this as they continued to meet the energy needs of the civilian economy: by 1944, roughly a third of the oil companies' output went to the military.[27] Among the top refiners and suppliers of aviation gasoline, which the U.S. government purchased through the Defense Supplies Corporation (DSC) and other agencies, were many of the leading U.S.-based oil and gas companies, predecessors to today's leading oil and gas

[26] Frey and Ide, *History of the PAW*, 207-13.
[27] Harold F. Williamson et. al., *The American Petroleum Industry: The Age of Energy, 1899-1959* (Evanston: Northwestern University Press, 1963), 772.

companies. Together, these companies filled about $3 billion in World War II prime contracts for fuel, most of it aviation gasoline, but also some fuel oils and diesel fuels for naval warships (such as Navy Special fuel oil and 7-0-2 Navy Diesel), and other fuels.[28] The $3 billion bill for these purchases was greater than the cost of the atomic bomb program, and roughly equal to the cost of the B-29 bomber program, the single largest weapon system program of the war. The contracting relationships that developed during World War II would endure over the longer run. For example, a quarter century later, during the U.S. war in Vietnam in the 1960s-70s, many of the same companies would serve as top U.S. suppliers of jet and diesel fuels, making possible the vast U.S. military operations in Southeast Asia and worldwide.

19. The oil companies were not merely top World War II prime contractors, but also served as government-designated operators of government-owned industrial facilities. Here the typical arrangement on the ground was rather complex, because in many cases the government-owned facilities were comprised of new equipment, which was used in and/or alongside existing privately-owned refinery complexes. At the time, such industrial settings, with a mix of privately

---

[28] Civilian Production Administration (Industrial Statistics Division), *Alphabetic Listing of Major War Supply Contracts, Cumulative, June 1940 through September 1945*, 4 Vols. (Washington, DC: CPA, 1946); Frey and Ide, *History of the PAW*, 220-22.

owned and government owned industrial equipment, were known as "scrambled"
facilities. One of the few examples of a large, purely government-owned aviation
gasoline facility was a giant complex built with $90 million from multiple
government agencies, in Lake Charles, Louisiana. But by the end of World War II,
nearly all the nation's aviation gasoline production sites included a mix of
privately-owned and government-owned industrial assets. For example, to boost
aviation gasoline production at an existing Socal refinery site in Richmond,
California, the PAW worked with the government's Defense Plant Corporation to
purchase over $22 million worth of government-owned equipment. But Socal itself
paid for over $4 million in new equipment for that same effort.[29] This government-
directed joint effort in the construction of new capacity was a success: by January
1945, the Richmond facility was described by one journalist as having become the
second-largest of all the facilities focused on aviation gasoline production,
providing 10 percent of total global output of aviation fuel.[30]

---

[29] "Report of the Petroleum Adminstration for War on the 100 Octane Aviation
Gasoline Program as of September 1, 1943" (typescript report), 47; Civilian
Production Administration, *War Industrial Facilities Authorized, July 1940 -
August 1945: Listed Alphabetically by Company and Plant Location* (Washington,
DC: CPA, 1946).
[30] "Big B-29 Fuel Plant in Operation," *New York Times*, 17 Jan. 1945; J.H.
Carmical, "Praise Operation of Elk Hills Wells," *New York Times*, 14 Feb. 1945.

20. Like Socal, most of the other major oil companies managed industrial sites with a complex combination of government-owned and private plant, often adjacent to one another, and integrated into the same production effort. For example, a large Gulf Oil-run site in Port Arthur, Texas included $19 million worth of new plant paid for by Gulf, along with another $9 million financed and owned by the government. There were similar "scrambled" situations at the majority of other large aviation gasoline production sites across the country. For example, the Socony Vacuum Oil Co. operated a facility in Torrance, California, which included nearly $15 million worth of new facilities and equipment paid for by the company, along with over $6 million worth, from the federal government. In nearby Wilmington, California, another large aviation gasoline production site was built up with $9.5 million worth of government-owned facilities and equipment, along with nearly $8.3 million worth, paid for by the site's operator, the Shell Oil Co. In Salt Lake City, Utah, the Standard Oil Co. of Indiana operated an aviation gasoline production facility that was almost entirely government owned, with $16 million worth of new facilities paid for and owned by the United States, plus about $600,000 worth paid for by the company. And in Port Arthur, Texas, the Texas Co. operated one of the largest of all the aviation gasoline production sites, which

was built up with a total of $32 million in new wartime investments, including $19 million from the U.S. government, as well as $13 million by the Texas Co., itself.[31]

21. The oil companies' work as managers of government-owned war plants was also essential in another high-priority program: synthetic rubber. This was an essential piece of the Allied effort, because rubber was needed for army truck tires, aircraft components, and a variety of other weapons, and because the Allies lost access to most of the global supply of natural rubber in 1941-42, as Japan extended its control over Southeast Asia. On the U.S. home front, the synthetic rubber program quickly turned into a rush emergency project, which gave rise to a large new industry, paid for and owned almost entirely by the U.S. government. Oil companies quickly became some of the top government-designated managers of this high-priority government project, because their refining facilities could produce butadiene, a key ingredient in synthetic rubber. Indeed, butadiene for synthetic rubber was made at the same industrial sites that were producing aviation gasoline, sometimes even in the very same catalytic crackers.[32] The U.S. government continued to own the synthetic rubber industry, which it regarded as an important strategic asset, into the mid-1950s. Up to that time, the government-

---

[31] Civilian Production Administration, *War Industrial Facilities Authorized, July 1940 - August 1945*.
[32] Frey and Ide, *History of the PAW*, 222-25.

owned synthetic rubber plants continued to be operated by the oil companies, as well as chemical and rubber companies, just as they had been in World War II.[33]

22. In the synthetic rubber program, the oil companies operated under direct government control, as designated operators of GOCO plants. In the synthetic rubber program, a larger proportion of the new butadiene production facilities were entirely paid for and owned by the DPC, in partnership with another U.S. government entity, the Rubber Reserve Company (RRC). These DPC-RRC GOCO facilities included an $8 million government plant in El Segundo, California, operated by Socal.[34] The agreement governing this arrangement made it clear that the contractor was acting as an agent of the government, producing butadiene "for the account and at the expense and risk" of the United States.[35]

23. The government also enlisted the oil companies to mass produce toluene (a.k.a. "toluol"), an essential ingredient in TNT, the main conventional explosive used in World War II. The Allied military demand for toluene was so high that the government ended up requiring an 800 percent expansion of its output, over pre-war levels. To achieve most of this emergency expansion, the government called

[33] Wilson, *Destructive Creation*, 264-65.
[34] Civilian Production Administration, *War Industrial Facilities Authorized, July 1940 - August 1945*.
[35] Agreement between the RRC and Standard Oil Company of California, 2 April 1943, page 3.

upon the oil industry, employing similar arrangements to the ones used in the cases of aviation gasoline and synthetic rubber. By the middle of the war, toluene was flowing in large amounts, produced by combinations of government-owned and company-owned equipment, managed by the oil companies under government direction.[36]

24. The importance of all these industrial facilities to the Allied war effort, and the power of the U.S. government over industry in World War II, was suggested by the government's willingness to seize them, putting them under the total control of the government, when the plants' output was threatened by management-labor disputes or strikes. There were several such seizures, authorized by presidential executive orders, of oil-company operated facilities during the last weeks of the war, in 1945. In April of that year, U.S. Army personnel participated in a government seizure of the giant aviation gasoline plant in Lake Charles; another big aviation gasoline facility, in Port Arthur, Texas, was seized by the U.S. government in July. By the end of the war, the PAW was the nominal operator of five synthetic rubber and aviation gasoline facilities, which it had seized during the

---

[36] Frey and Ide, *History of the PAW*, 220-22; Klein, *A Call to Arms*, 490-91; Civilian Production Administration, *War Industrial Facilities Authorized, July 1940 - August 1945*.

last weeks of the war. In these cases, the total control provided by the seizures allowed the government to end strikes, or potential strikes, which would have disrupted output. Right after the end of the war, in October 1945, there was a broader U.S. government seizure of the oil industry, this time administered by the Navy Department, which lasted into the spring of 1946, when companies and unions compromised on the terms of a wage increase.[37]

**The Era of the Cold War, 1940s-1980s, and Beyond**

25. During and immediately after World War II, the U.S. government used the U.S. oil industry to boost geopolitical advantage and ensure the economic prosperity of the United States and its allies. This was evident in the U.S. government's foreign policy activities immediately after World War II, and during the Cold War, especially with regard to the Middle East. As one historian has put it, "From the 1930s to the 1960s, the government accepted and used the U.S.-based oil multinational companies as an arm of foreign policy, to help ensure U.S. access to foreign oil."[38] This was clear in the well-known case of Saudi Arabia. Back in

[37] Wilson, *Destructive Creation*, 232-36.
[38] Bruce A. Beaubouef, *The Strategic Petroleum Reserve: U.S. Energy Security and Oil Politics, 1975-2005* (College Station: Texas A&M University Press, 2007), 3.

the 1930s, before World War II, the U.S. State Department had helped to arrange

oil concessions in Saudi Arabia for Socal, which partnered with the Texas Co. to

establish the Arabian-American Oil Co. (Aramco).[39] During World War II, Harold

Ickes, the administrator of the PAW, attempted to use a new government agency,

the Petroleum Reserves Corporation, to buy out Aramco, so that the U.S.

government could control its own oil initiatives in Saudi Arabia, including a

projected government-owned pipeline, running from Middle East to

Mediterranean.[40] After this effort failed, the government settled back into its

practice of using the for-profit oil companies as an important instrument of

national security and foreign policy. In 1950, as Saudi rulers demanded more

compensation, the government allowed Aramco to get US tax credits for the high

income taxes levied upon it in Saudi Arabia. In effect, this became a major

instrument of indirect foreign aid, which boosted the U.S.-Saudi alliance, as one

part of the broader U.S. government effort to win the global Cold War.[41] That same

effort, and same concern with Middle Eastern oil reserves, caused the United

States to support a military coup in Iran in 1953, with the aim of having a

government regime in Iran that would be friendly to U.S. oil companies, and, more

broadly, help the United States to prevail in the Cold War. By that time, Middle

[39] Vietor, *Energy Policy*, 27.
[40] Nash, *United States Oil Policy*, 171-75.
[41] Vietor, *Energy Policy*, 31-32.

Eastern oil was already an important element in the post-World War II economic development of Western Europe, which was the aim of the Marshall Plan of the late 1940s, at the foundation of U.S. Cold War strategy.[42]

26. During the Cold War, the U.S. military continued to consume specialty fuels in large amounts, especially after the nation chose to maintain a large, expensive, and oil-dependent military establishment, starting in the 1950s, with the aim of deterring and containing the Soviet Union. Meanwhile, the rapidly-expanding, high-consumption, post-1945 U.S. economy was requiring substantially more oil, for automobiles, household heating, and industry.

27. Facing an obvious need for large amounts of oil after World War II, for both military and civilian needs, U.S. government authorities enlisted the oil industry to increase domestic and overseas exploration and production. Here they built on some of their experiences during World War II, as President Truman suggested in a 1946 communication with Interior Secretary Julius Krug. "It is clear," Truman told Krug, "that the war effort was supported to a high degree by the coordinative mechanism that was established in the Government to obtain maximum availability and utilization of petroleum and petroleum products. To embark upon the peacetime era without attempting to discover whether the war

---

[42] Yergin, *The Prize*, 409-30.

experience has applications that would appear to me to be a very real mistake." In the following months and years, the U.S. government made new efforts to boost exploration and production, some of which were overseen by a new Oil and Gas division, set up in the Interior Department.[43] One important new initiative in the late 1940s and early 1950s was the U.S. government's annexation of the continental shelf, which provided millions of new acres of government territory, which could be developed by oil companies under leasing arrangements. This new regime was launched fully in 1953, when Congress passed the Outer Continental Shelf Act.[44] By 1958, roughly 1.6 million acres on the outer continental shelf were leased by the U.S. government, under that act.[45]

28. Meanwhile, in 1950-53, during the Korean War, there had been another industrial mobilization of industry for war, which used many of the same sorts of agencies and mechanisms that had been employed for World War II. One part of the Defense Production Act of 1950, which gave the U.S. government broad powers to direct industry for national security purposes, included the establishment of a new Petroleum Administration for Defense. This PAW-like agency, led during the Korean War by Bruce K. Brown, directed oil companies to expand output of

---

[43] Nash, *United States Oil Policy*, 184.
[44] Black, *Global Interior*, 153-55.
[45] Nash, *United States Oil Policy*, 194.

crude oil and military fuels, such as aviation gasoline, as well as synthetic rubber. In early 1951, Brown estimated that the military was consuming only about 5 percent of the oil industry's output. Nevertheless, the Korean War mobilization effort required Brown's agency to coordinate carefully the efforts of oil companies and railroads, as war needs caused a shortage of tank cars. Brown's PAD directed oil companies to expand production during the Korean War, for example, by calling on industry to drill 80,000 wells inside the United States, and more than 10,000 more wells abroad, in 1952.[46] As in the world wars, petroleum products remained at the heart of U.S military logistics efforts. Of all the tonnage shipped to the Korean theater in 1950-53, 60 percent was comprised of fuels and lubricants. Several of the oil companies serving as major suppliers of fuel for Korea also provided the government with company personnel stationed in Pusan, to assist with the fuel logistics effort.[47]

 29. During the 1950s, the Eisenhower administration imposed import quotas of 12 percent of domestic production, with the aim of retaining domestic

---

[46] Nash, *United States Oil Policy*, 195; William M. Blair, "No Need Discerned to Ration Gasoline," *New York Times*, 9 Jan. 1951; "Would Cut Oil Imports," *New York Times*, 30 April 1952.

[47] William W. Suit, "USAF Logistics in the Korean War," *Air Power History* 49, no. 1 (March 2002): 56; Lt. Col. Merwin H. Smith, "Petroleum Supply in Korea," *Quartermaster Review* 31, no. 3 (Nov.-Dec. 1951): 116-21, available online at https://qmmuseum.lee.army.mil/korea/petroleum_supply_in_korea.htm (accessed Dec. 2020).

production capacity, to ensure U.S. energy security.[48] The premier national infrastructure project of the 1950s, the Interstate Highway System, not only encouraged additional automobile use and therefore oil consumption, but also was justified in part by its contributions to national security, including its provision of new capacity to transport fuel.[49] The U.S. government's concern with control of oil as critical for national and global security has remained high, as is evident from its short-term responses to the oil shocks of the 1970s, as well as its longer-term efforts to retain influence in the Middle East, via diplomacy, positioning of military assets abroad, and outright war.

30. Since the end of the Korean War, the U.S. government has continued to provide direction to the oil and gas industry, via specific contract actions, to secure essential supplies of fuel for the armed forces. The most important class of fuels required by the U.S. military were jet fuels, which powered the jet engines that were used in most military aircraft. This was the heyday of the Air Force, the newest military service, created after World War II, which during the Eisenhower administration quickly became the military branch with the biggest budget, and the one most central to national strategy. That strategy relied heavily on Air Force jet bomber aircraft (and later, ballistic missiles), armed with nuclear weapons, to deter

---

[48] Vietor, *Energy Policy*, 106-44.
[49] Yergin, *The Prize*, 553-54.

the Soviet Union. Between the late 1940s and early 1960s, the Air Force put into service about 2,000 B-47 jet bombers, more than 700 B-52s, and hundreds of tanker aircraft, used for the mid-air refueling that were necessary for these bombers to fly intercontinental missions. At the same time, the Air Force and Navy were operating thousands of jet-powered fighters and fighter bombers, such as the F-105 and F-4. A few years later, in the 1970s, with U.S. military doctrine continuing to stress the need for air superiority, they would introduce another generation of thousands of jet fighters, including the F-14, F-15, F-16, and F-18. The U.S. military's reliance on jet aircraft continues into the 21st century, as the Air Force and Navy begin to operate newer manned fighters, such as the F-22 and F-35, as well as large transport aircraft such as the C-5 and C-17, and B-2 and B-21 bombers.

31. During and after the Cold War, the U.S. military's thousands of jet aircraft depended, for their operations, on the availability of jet fuels, produced to meet detailed military specifications. Starting in the early 1950s, and throughout the Cold War, the Air Force relied mainly on JP-4 fuel, a special blend of gasolines and kerosenes with a relatively low freezing point. At the end of the Cold War, the Air Force and NATO transitioned to a different specialty military blend, JP-8, less volatile (and therefore safer). Meanwhile, the Navy has insisted on a different custom fuel, JP-5, with a higher flashpoint, deemed necessary for safety on aircraft

carriers. For decades, these jet fuels have been supplied to the U.S. military by major oil companies, who have produced them according to the direction of the Pentagon using detailed military specifications concerning performance, fuel chemistry, testing, and inspection. These specifications are exacting and can be challenging to meet, especially in their demands for specific freezing points, flash points, viscosity, and tolerance of high temperatures.[50]

32. The importance of the U.S. government's direction of the oil industry in the procurement of specialty jet fuels was evident in the 1950s and 1960s, when the CIA and the Air Force, lacking their own in-house capacity to design and manufacture fuels, turned to the oil companies to create exotic specialty fuels for ultra-high flying, high-speed surveillance aircraft. One of these was the U-2, introduced in the late 1950s and still in service in the early 21st century, which flies at 70,000 feet, twice as high as commercial jets. For the U-2, the CIA and the

---

[50] Charles R. Martel, "Military Jet Fuels, 1944-1987," Report AFWAL-TR-87-2067, Air Force Systems Command, Nov. 1987; Tim Edwards, Advancements in Gas Turbine Fuels from 1943 to 2005," *Transactions of the ASME Journal of Engineering for Gas Turbines and Power* 129 (Jan. 2007): 13-20. To produce jet fuel efficiently, refineries need to configure equipment especially for this purpose: when set up normally for the production of gasoline or diesel fuel, refineries generate as little as about 3 gallons of product suitable for jet fuel out of a barrel of crude oil, whereas when they are configured for jet fuel production, they can generate 20 gallons of jet fuel from a single barrel. James P. Stucker, John F. Schank, and Bonnie Dombey-Moore, *Assessment of DoD Fuel Standardization Policies* (Santa Monica, CA: RAND, 1994), 111.

military required a jet fuel with a very low freezing point and unusually high thermal stability, among other special characteristics. This fuel was JPTS, developed by the Shell Oil Co. and supplied by Shell and a small number of other companies throughout the Cold War, under the direction of precise government specifications. A similar story occurred in the case of another Lockheed-made high-flying surveillance aircraft, introduced in the early 1960s, the SR-71 Blackbird, which flew at speeds in excess of Mach 3. To fuel the SR-71, the CIA and Air Force again turned to Shell, which supplied a bespoke special blended fuel, JP-7, with exceptionally low levels of impurities, low vapor pressure, low freezing point, and high thermal stability, among other characteristics.[51] (Extant government documents show that Shell also acted under CIA and Air Force direction to build infrastructure to support the distribution of these special fuels, including tanks and supply lines at U.S. air bases around the world.[52]) Costing at least three times as much as normal military jet fuels, these specialty blends were critical to U.S.

[51] Martel, "Military Jet Fuels," pp. 5-6; Edwards, "Advancements in Jet Turbine Fuels," 14; Gregory W. Pedlow and Donald E. Welzenbach, *The Central Intelligence Agency and Overhead Reconnaissance: The U-2 and OXCART Programs, 1954-1974* (Washington, DC: CIA History Staff, 1992), 61-62; Lt. Christian G. Simms, "JP-8+100LT: A Low Cost Replacement of JPTS as the Primary Fuel for the U-2 Aircraft?" (M.S. thesis, Air Force Institute of Technology, 2001), 1-10.

[52] See for example CIA Doc. No. CIA-RDP67B00074R000500420006-1, Contract No. AF33(657)10449 (SH-513), dated February 25, 1963.

global intelligence efforts, especially in the 1950s-1970s, before satellites became ubiquitous.

33. As the Cold War proceeded, the U.S. government continued to maintain and deploy large military forces, which were major consumers of specialty fuels. In 1965, President Lyndon Johnson chose to massively escalate the U.S. military's operations in Vietnam. Over the next few years, hundreds of thousands of uniformed U.S. military personnel were deployed to Vietnam; as they fought, the Army, Navy, Marines, and Air Force relied on weapon systems that required giant amounts of petroleum-based fuels. At peak of U.S. operations in Vietnam, large tankers were arriving at ports every ten days, with petroleum products from the Middle East, United States, and elsewhere.[53]

34. The jet fuel, diesels, and other fuels that powered the U.S. war in Vietnam were furnished under government contracts by many of the very same companies that had provided aviation gasoline for World War II. Surviving lists of Pentagon contracts from the years of the U.S. war in Vietnam suggest the scale of this contracting, some of which supported operations in Southeast Asia, and some of which sustained normal Cold War operations elsewhere around the world. For

---

[53] Salvatore R. Mercogliano, *Fourth Arm of Defense: Sealift and Maritime Logistics in the Vietnam War* (Washington, DC: Naval History and Heritage Command, 2017), 28.

example, during the 1968 fiscal year (i.e., July 1967-June 1968), Socal received about $54 million in defense contracts for jet fuel and other fuels; the following year, the total was $57 million.[54] In May 1971, the Defense Supply Agency announced a main set of jet fuel contracts for the year, totaling $212 million; they were spread among multiple companies, with the largest single award, $25 million, going to Humble Oil.[55] This ongoing military demand for fuel made the nation's larger oil companies qualify as some of the Pentagon's largest suppliers during the Vietnam War era, just as they had been previously. In 1970, four of the oil companies—Standard New Jersey, Socal, Mobil, and Texaco—ranked among the top 55 Defense Department contractors.[56] Like the major automobile manufacturers, which did the overwhelming majority of their sales to civilian customers but also served the Pentagon as manufacturers of specialty items such as tanks, the oil companies, despite having most of their revenues come from civilian markets, were essential pieces in the broader U.S. military-industrial machine.

35. The expense of the Vietnam War caused budget shortfalls, which President Johnson sought to reduce by several means, including raising revenues

---

[54] Calculated from micro-level prime contract files available for years starting in 1965, at aad.archives.gov (accessed Dec. 2020).

[55] "Humble Gets Big Contract," *New York Times*, 27 May 1971.

[56] Jonathan F. Galloway, "The Military-Industrial Linkages of U.S.-Based Multinational Corporations," *International Studies Quarterly* 16, no. 4 (Dec. 1972): 491-510.

from leases of government lands. Johnson pressed Interior Secretary Stewart Udall to create additional leases of U.S. government property offshore; Udall responded by adding more leases. This initiative caused a jump in U.S. government revenues from the auctioning of oil leases of offshore properties, which in a single year ending in 1968 reached a record annual amount, of $1.5 billion.[57]

36. In 1973-74 the United States was hit with an unprecedented "oil shock," caused by dramatic OPEC price hikes, designed to punish the United States for its support of Israel in the Arab-Israeli war of October 1973. This oil shock caused massive economic distress across the U.S. economy, besides raising the more specific danger of inadequate supplies of jet fuel, diesel fuel, and other necessities for the U.S. military. The Nixon administration responded to this crisis with a variety of new directives and controls, including price fixing and conservation efforts. It also acted to increase domestic production of oil and gas, while directing oil companies to divert supplies to the military. In 1973, the Nixon administration used the Defense Production Act to compel 22 oil companies to meet the urgent fuel needs of the U.S. military, by diverting about 20 million barrels of petroleum products, which otherwise would have gone to civilian customers, to the U.S.

---

[57] Black, *Global Interior*, 176-77; cf. Vietor, *Energy Policy*, 187.

military.[58] President Nixon called for increased production at the NPRs in Elk Hills and Alaska. At Elk Hills, which in the early 1970s still had reserves estimated at about 1.2 billion barrels, large-scale production efforts (above 100,000 barrels per day) were restarted in 1976, after Congressional approval, and as Socal ended its 30-year role as operator of the reserve, succeeded by the Williams Bros. Engineering Co.[59] Meanwhile, the Pentagon created a new Director for Energy (later, Director for Energy Policy), in 1974.[60] In November 1973, Nixon signed the Trans-Alaska Pipeline Authorization Act of 1973, which provided for a new 800-mile pipeline, completed in 1977, running from Alaska's North Slope, to Port Valdez, on the state's southern coast. In 1975, Congress created the Strategic Petroleum Reserve, a government-owned storage system, which aimed to accumulate reserves of 500 million barrels of petroleum products, for use in case of future emergencies, by 1982.[61]

37. In the wake of the 1973-74 oil shock and another oil shock at the end of the 1970s, associated with the Iranian Revolution, U.S. foreign policy, grand

---

[58] John W. Finney, "Fuel Is Diverted to the Military," *New York Times*, 28 Nov. 1973; Beaubouef, *Strategic Petroleum Reserve*, 17; Katherine Blakeley, "Fighting Green: How Congress and the Pentagon Make Defense Policy" (Ph.D. diss., UC-Santa Cruz, 2017), 229-31
[59] Steven Rattner, "Long-Inactive Oil Field Is Open—For Now," *New York Times*, 31 Oct. 1977.
[60] Blakeley, "Fighting Green," 236-37.
[61] Beaubouef, *Strategic Petroleum Reserve*, 36.

strategy, and military operations became increasingly concerned with the Middle East. In 1980, President Carter outlined the "Carter Doctrine," which promised that the United States would use military force to protect its interests in the Persian Gulf Region. The early 1980s saw the creation of a new U.S. regional military command, Central Command, focused on the Middle East region. During these years, because of U.S. concerns about control of oil, the Pentagon focused more on positioning forces and planning for potential conflict in the Middle East, as it became less concerned with older Cold War problems, such as the defense of Western Europe and the containment of communism in East and Southeast Asia.[62] In 1991, following Iraq's invasion of Kuwait, the United States went to war in the Middle East to protect U.S. interests, including continued access to oil. Similar concerns were one factor in the George W. Bush administration's choice to use war to topple the Iraqi government, in 2003.

38. During the late 20th century, the U.S. government continued to provide special technical assistance to oil companies, to promote additional exploration and production. Starting in the 1970s, NASA and the Department of the Interior provided companies with extraordinary new data on global mineral deposits,

---

[62] Eugene Gholz and Daryl G. Press, "Protecting 'The Prize': Oil and the US National Interest," *Security Studies* 19, no. 3 (2010): 453-485; Kelanic, "Petroleum Paradox."

gathered via the government's new Landsat satellite system. For example, in 1977, the U.S. government helped Chevron locate oil in the Sudan, where Chevron immediately started new drilling operations.[63]

39. Even after the Cold War came to an end, the U.S. military continued to demand large quantities of fuel, which the oil companies continued to supply, complying with detailed specifications and contract terms. During operations Desert Shield and Desert Storm, in 1990-91, the U.S. military used about 2 billion gallons of fuel, about 80 percent of which were a combination of various military and civilian jet fuels, with the remainder mostly diesel fuels, including the F-76 marine diesel fuel demanded by the Navy, and DF2 diesel fuel used by the Army and other services, for ground equipment.[64]

40. More recently, after the 9/11 attacks and the start of new U.S. military operations in Afghanistan and Iraq, the U.S. government has demonstrated continuing interest in the problem of U.S. military fuel use, and the security and sustainability of military fuel supply. By 2010, the U.S. military remained the world's biggest single purchaser and consumer of petroleum products. As it had for decades, the military continued to rely on oil companies to supply it under contract

---

[63] Black, *Global Interior*, 206-08.
[64] Stucker, Schank, and Dombey-Moore, *Assessment of DoD Fuel Standardization Policies*, especially 1-19.

with specialty fuels, such as JP-5 jet aviation fuel and other jet fuels, F-76 marine diesel, and Navy Special Fuel. In the 2000s and 2010s, military commanders in Iraq and Afghanistan, as well as Congress, became concerned about the vulnerability of fuel supply lines, which remained essential for the operations of U.S. armed forces.[65]

**Conclusion**

50. Over the last 120 years, the nature of the relationship between the U.S. government and the oil companies, in the area of national security, has seen plenty of change, but also important continuities. During the era of the World Wars and the New Deal, the government acted powerfully to control and direct the entire oil industry. During the Cold War and post-Cold War years, the U.S. government built upon relationships that it had forged with oil companies during the first half of the 20th century. Starting in the 1950s, the government turned to many of those same companies, to produce specialty jet and diesel fuels, according to detailed military specifications. Although those fuels were not the most expensive components of the massive U.S. arsenal used to deter the Soviet Union and fight wars in Korea and Vietnam, they were certainly among the most essential. Indeed, U.S. global

---

[65] Blakeley, "Fighting Green," 4, 75-142, 221, 246, 283.

strategy and its military posture during the Cold War relied heavily on air power, including strategic bombers, carrier-based naval aircraft, massive cargo planes providing airlift, surveillance and radar aircraft, and high-end Air Force fighter jets that would assure control of airspace in any conflict. The United States could not do without the fuels needed to power these and other weapons, which is why the government has remained interested in controlling global oil supplies and directing the output of parts of the oil industry, from the beginning of the 20th century through the present day.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 25, 2021_ [date]

_____ [signed]

Mark R. Wilson