# EXHIBIT 2

# A NATIONAL

# OIL POLICY

# FOR THE

# UNITED STATES

A REPORT OF

*The National Petroleum Council*

1949

# NATIONAL PETROLEUM COUNCIL
## *Officers*

### CHAIRMAN
WALTER S. HALLANAN, President
Plymouth Oil Company

### VICE CHAIRMAN
R. G. FOLLIS, Vice Chairman of the Board
Standard Oil Company of California

### SECRETARY
JAMES V. BROWN, Secretary-Treasurer
National Petroleum Council
1625 K Street, N. W., Washington 6, D. C.

### PAST VICE CHAIRMAN
N. C. MCGOWEN, President
United Gas Corporation

NATIONAL PETROLEUM COUNCIL HEADQUARTERS
COMMONWEALTH BUILDING                 SUITE 601
1625 K STREET, N.W.              WASHINGTON 6, D. C.

# A NATIONAL OIL POLICY FOR THE UNITED STATES

*Formulated by the National Petroleum Council*

*at the request of the Secretary of the Interior*

## INTRODUCTION

AN ADEQUATE SUPPLY of oil is essential to the American standard of living. Oil in increasing quantities will be required in the future to meet the needs of our expanding economy. A prime weapon of victory in two world wars, it is a bulwark of our national security.

Favorable conditions have existed for the growth of the American oil industry—conditions which have made possible its achievements and its many contributions to the nation. The methods and procedures and the regulations and laws relating to oil which have evolved over the years have constituted a national oil policy, the success of which would indicate that its key elements should continue to guide us.

The industry has expressed its position on past occasions. It would now seem in the public interest that the principles of a sound national oil policy should be reappraised and restated. The National Petro-