# EXHIBIT 3

# WARTIME PETROLEUM POLICY UNDER THE PETROLEUM ADMINISTRATION FOR WAR

## HEARINGS
BEFORE A

SPECIAL COMMITTEE INVESTIGATING
PETROLEUM RESOURCES

UNITED STATES SENATE
SEVENTY-NINTH CONGRESS
FIRST SESSION
PURSUANT TO

## S. Res. 36
(Extending S. Res. 253, 78th Congress)

A RESOLUTION PROVIDING FOR AN INVESTIGATION
WITH RESPECT TO PETROLEUM RESOURCES IN
RELATION TO THE NATIONAL WELFARE

NOVEMBER 28, 29, AND 30, 1945

Printed for the use of the
Special Committee Investigating Petroleum Resources



UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1946

80394

SPECIAL COMMITTEE INVESTIGATING PETROLEUM RESOURCES

JOSEPH C. O'MAHONEY, Wyoming, *Chairman*

TOM CONNALLY, Texas
EDWIN C. JOHNSON, Colorado
JOHN H. OVERTON, Louisiana
SCOTT W. LUCAS, Illinois
BURNET R. MAYBANK, South Carolina

ARTHUR H. VANDENBERG, Michigan
E. H. MOORE, Oklahoma
OWEN BREWSTER, Maine
CHAN GURNEY, South Dakota
ROBERT M. LA FOLLETTE, JR., Wisconsin

HENRY S. FRASER, *Chief Counsel*
HELEN A. GRICKIS, *Clerk*

# CONTENTS

| | Page |
|---|---|
| Statement of— | |
| Bohart, Philip H., Director, Production Division, PAW | 61 |
| Davies, Ralph K., Deputy Petroleum Administrator for War | 2, 219 |
| Frame, A. P., Director, Refining Division, PAW | 124 |
| Greenman, Commodore W. G., USN, Director, Naval Petroleum Reserves | 265 |
| Harding, Charles L., Director, PAW district No. 1 | 88 |
| Hawkins, Roy F., Director, Foreign Supply and Distribution Division, PAW | 168 |
| Heroy, William B., Director, Foreign Production Division, PAW | 105, 123 |
| Hochuli, Walter, Director, Distribution and Marketing Division, PAW | 97 |
| Ickes, Harold L., Secretary of the Interior | 253 |
| Ide, H. Chandler, executive assistant to Deputy Petroleum Administrator for War | 24 |
| Page, Howard W., Director, Program Division, PAW | 42 |
| Pew, James E., Director, Natural Gas and Natural Gasoline Division, PAW | 152 |
| Snodgrass, C. Stribling, Director, Foreign Refining Division, PAW | 138 |
| Wilson, George A., Director, Supply and Transportation Division, PAW | 184 |
| Index | 277 |

## CHARTS

| Chart No. | Faces page |
|---|---|
| 1. Petroleum war team | 40 |
| 2. Relationship between headquarters and district organizations | 40 |
| 3. Demand, petroleum products | 58 |
| 4. Petroleum production and refinery runs | 58 |
| 5. Increase in petroleum production and refinery runs | 58 |
| 6. United States crude oil production, wells drilled, United States | 88 |
| 7. Crude-oil production and productive capacity | 88 |
| 8. Effect of drilling on crude-oil productive capacity | 88 |
| 9. Crude-oil discoveries and reserves | 88 |
| 10. Crude-oil exploration, discoveries and production | 88 |
| 11. World crude-oil production | 122 |
| 12. Production, Eastern Hemisphere | 122 |
| 13. Production, Western Hemisphere | 122 |
| 14. Increase in available foreign production | 122 |
| 15. Petroleum reserves of the world | 122 |
| 16. Classification of the petroleum possibilities of the world | 122 |
| 17. Division of proved reserves | 122 |
| 18. Gasoline and fuel oils supplant kerosene | 136 |
| 19. Wartime refinery operations | 136 |
| 20. War changes in refinery runs, by areas | 136 |
| 21. 100-octane aviation fuel | 136 |
| 22. Tetraethyl lead | 136 |
| 23. Wartime changes in world refinery operations | 152 |
| 24. Division of world refining capacity | 152 |
| 25. Natural gas consumption | 166 |
| 26. Natural gas reserves versus production | 166 |
| 27. Oil and Gas Discoveries, south Arkansas, Louisiana, Texas Coastal Plain | 166 |
| 28. Natural gasoline production | 166 |
| 29. Petroleum deliveries to east coast (peacetime-wartime) | 212 |
| 30. Petroleum deliveries to east coast | 212 |
| 31. Eastward petroleum movements | 212 |

|  | Faces page |
|---|---|
| 32. Pipe-line projects, Petroleum Administration for War | 212 |
| 33. Tanker tonnage and control, world-wide | 212 |
| 34. Petroleum shipments to west coast by tank car | 212 |
| 36. United States sources of energy | 252 |
| 37. Power for world's merchant fleets | 252 |
| 38. Production of principal petroleum products | 252 |
| 39. World consumption of petroleum | 252 |
| 40. Per capita consumption of petroleum | 252 |
| 41. What world oil consumption would be | 252 |

# WARTIME PETROLEUM POLICY UNDER THE PETROLEUM ADMINISTRATION FOR WAR

## WEDNESDAY, NOVEMBER 28, 1945

UNITED STATES SENATE,
SPECIAL COMMITTEE INVESTIGATING PETROLEUM RESOURCES,
*Washington, D. C.*

The special committee met, pursuant to notice, at 10 a. m., in room 424 Senate Office Building, Senator Joseph C. O'Mahoney (chairman) presiding.

Present: Senators O'Mahoney (chairman), Moore, and Gurney.

Also present: Henry S. Fraser, chief counsel, Special Committee Investigating Petroleum Resources.

Appearances: Governmental agencies:

*War Department.*—Brig. Gen. H. L. Peckham, Army-Navy Petroleum Board.

*Navy Department.*—Capt. C. P. Franchot, liaison officer; Commodore W. G. Greenman, Office of Naval Petroleum and Oil Shale Reserves; and Commodore L. P. Padgett, Army and Navy Petroleum Board and Office of Chief of Naval Operations.

*Department of State.*—Charles Rayner, Petroleum Adviser; and David Robertson.

*Petroleum Administration for War.*—Ralph K. Davies, Deputy Petroleum Administrator for War; Philip H. Bohart, Director, Production Division; Robert E. Hardwicke, chief counsel; Howard W. Page, Director, Program Division; Edward B. Swanson, Director, Research Division; George A. Wilson, Director, Supply and Transportation Division; George M. Fuller; and Max W. Ball.

*Federal Power Commission.*—Richard Sachse, Commissioner.

*Federal Trade Commission.*—Ewin L. Davis, Chairman.

The CHAIRMAN. We will come to order.

The committee welcomes the opportunity today to hear the presentation by the Petroleum Administration for War of the story of what was done by this agency during the war with, we hope, a foretaste by way of suggestion as to what we may expect of the industry in the future. No one who knows even the slightest bit about what the petroleum industry contributed to the war can fail to understand that it was, without the slightest doubt, one of the most effective arms of this Government and of the United Nations in bringing about a victory.

The Petroleum Administration for War under the able leadership of Secretary Ickes and his deputy, Mr. Ralph K. Davies, was constantly supporting the Army and the Navy in the extraordinary use of oil which was necessary to carry on the war. It probably will be pointed out that the United States contributed more than 1,000,000 barrels

1

of oil daily in excess of its ordinary production in order to fuel the armed forces of the United Nations, to carry our ships across the seas, our planes across the mountains and oceans, and our armies across the terrain in which they operated. I have no hesitation in saying that no achievement in all the history of wartime and of industry ever exceeded the achievement made by the Petroleum Administration for War. What we have done for the war is certainly a challenge to us now, to perform for peace.

We fought this war to preserve what we have called the American way of life. We fought this war to preserve opportunity for individuals and groups of individuals to work out their own economic and political destiny. But the job is only half done. That is why a meeting of this kind is of great significance. We cannot rest upon the victory; we must prepare for the future. And by the detailed report which is made here today of what was done, we may be able to chart a course for the future conduct of this industry which will preserve these fundamentals of American economic and political theory.

The Chair is happy to present Mr. Davies who will make the opening statement and who will then introduce the various persons who have been assigned to discuss different phases of the study. The Chair suggests that Mr. Davies may be permitted to make his opening statement without interruption but that after that has been made and the other witnesses are presented, the field will be open for questioning of all who testify. That will be agreeable, will it not, Mr. Davies?

Mr. DAVIES. Yes, indeed, Mr. Chairman.

## STATEMENT OF RALPH K. DAVIES, DEPUTY PETROLEUM ADMINISTRATOR FOR WAR

Mr. DAVIES. I appear before you today with especial pleasure, to give you a final account of my stewardship as Deputy Petroleum Administrator for War, and to contribute whatever I may to the study you are making.

The work of the Petroleum Administration for War is virtually done and its dissolution is at hand. It will deliver its records in orderly fashion to the proper authorities; it will complete the history of its activities that by public duty and Presidential order it is obligated to leave; then it will cease to exist except in the history it has written.

Throughout our wartime activities my colleagues and I have considered it our prime obligation to devote every energy to winning the war, with no deviation or diversion of time or activity. We come before you, nevertheless, with a deep sense of the importance of the problems you are considering, and a recognition of our responsibility to contribute what we can to their solution.

We can contribute most, we believe, by reviewing the more important things that have happened oilwise during the war years, including the part played by Government cooperation, coordination, and control. Perhaps by thus bringing the past to the present we can help to build a vantage point for looking toward the future. Our plan, with your permission, is briefly to review the war period, to describe the functioning of the Government-industry organization that was