# EXHIBIT 4

# WARTIME PETROLEUM POLICY UNDER THE PETROLEUM ADMINISTRATION FOR WAR

## HEARINGS

BEFORE A

## SPECIAL COMMITTEE INVESTIGATING PETROLEUM RESOURCES

## UNITED STATES SENATE

### SEVENTY-NINTH CONGRESS

FIRST SESSION

PURSUANT TO

# S. Res. 36

**(Extending S. Res. 2£3, 73th Congress)**

A RESOLUTION PROVIDING FOR AN INVESTIGATION
WITH RESPECT TO PETROLEUM RESOURCES IN
RELATION TO THE NATIONAL WELFARE

NOVEMBER 28, 29, AND 30, 1945

Printed for the use of the
Special Committee Investigating Petroleum Resources

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1946

80394

SPECIAL COMMITTEE INVESTIGATING PETROLEUM RESOURCES

JOSEPH C. O'MAHONEY, Wyoming, *Chairman*

TOM CONNALLY, Texas
EDWIN C. JOHNSON, Colorado
JOHN H. OVERTON, Louisiana
SCOTT W. LUCAS, Illinois
BURNET R. MAYBANK, South Carolina

ARTHUR H. VANDENBERG, Michigan
E. H. MOORE, Oklahoma
OWEN BREWSTER, Maine
CHAN GURNEY, South Dakota
ROBERT M. LA FOLLETTE, Jr., Wisconsin

HENRY S. FRASER, *Chief Counsel*
HELEN A. GRICKIS, *Clerk*

II

# CONTENTS

Statement of—                                                                    **Page**
  Bohart, Philip H., Director, Production Division, PAW_____          61
  Davies, Ralph K., Deputy Petroleum Administrator for War_____ 2, 219
  Frame, A. P., Director, Refining Division, PAW_____        124
  Greenman, Commodore W. G., USN, Director, Naval Petroleum Re-
    serves _____          265
  Harding, Charles L., Director, PAW district No. 1_____         88
  Hawkins, Roy F., Director, Foreign Supply and Distribution Division,
    PAW _____          168
  Heroy, William B., Director, Foreign Production Division, PAW_____ 105, 123
  Hochuli, Walter, Director, Distribution and Marketing Division, PAW      97
  Ickes, Harold L., Secretary of the Interior_____        253
  Ide, H. Chandler, executive assistant to Deputy Petroleum Adminis-
    trator for War_____           24
  Page, Howard W., Director, Program Division, PAW_____          42
  Pew, James E., Director, Natural Gas and Natural Gasoline Divi-
    sion, PAW_____            152
  Snodgrass, C. Stribling, Director, Foreign Refining Division, PAW____      138
  Wilson, George A., Director, Supply and Transportation Division, PAW      184
Index_____           277

## CHARTS

                                                                        **Faces page**
Chart No.
  1. Petroleum war team_____          40
  2. Relationship between headquarters and district organizations_____     40
  3. Demand, petroleum products_____         58
  4. Petroleum production and refinery runs_____        58
  5. Increase in petroleum production and refinery runs_____       58
  6. United States crude oil production, wells drilled, United States_____      88
  7. Crude-oil production and productive capacity_____        88
  8. Effect of drilling on crude-oil productive capacity_____       88
  9. Crude-oil discoveries and reserves_____        88
  10. Crude-oil exploration, discoveries and production_____       88
  11. World crude-oil production_____        122
  12. Production, Eastern Hemisphere_____       122
  13. Production, Western Hemisphere_____        122
  14. Increase in available foreign production_____       122
  15. Petroleum reserves of the world_____        122
  16. Classification of the petroleum possibilities of the world_____    122
  17. Division of proved reserves_____        122
  18. Gasoline and fuel oils supplant kerosene_____       136
  19. Wartime refinery operations_____        136
  20. War changes in refinery runs, by areas_____       136
  21. 100-octane aviation fuel_____        136
  22. Tetraethyl lead_____        136
  23. Wartime changes in world refinery operations_____        152
  24. Division of world refining capacity_____        152
  25. Natural gas consumption_____          166
  26. Natural gas reserves versus production_____        166
  27. Oil and Gas Discoveries, south Arkansas, Louisiana, Texas Coastal
     Plain_____            166
  28. Natural gasoline production_____         166
  29. Petroleum deliveries to east coast (peacetime-wartime)_____      212
  30. Petroleum deliveries to east coast_____        212
  31. Eastward petroleum movements_____         212

| | Faces page |
|---|---|
| 32. Pipe-line projects, Petroleum Administration for War | 212 |
| 33. Tanker tonnage and control, world-wide | 212 |
| 34. Petroleum shipments to west coast by tank car | 212 |
| 36. United States sources of energy | 252 |
| 37. Power for world's merchant fleets | 252 |
| 38. Production of principal petroleum products | 252 |
| 39. World consumption of petroleum | 252 |
| 40. Per capita consumption of petroleum | 252 |
| 41. What world oil consumption would be | 252 |

of oil daily in excess of its ordinary production in order to fuel the armed forces of the United Nations, to carry our ships across the seas, our plane across the mountains and oceans, and our armies acro s the terrain in which they op rated. I have no hesitation in saying that no achi vement in all the history of wartime and of industry ever ʳc ed d the achievement made by the Petroleum Ad-minis rati n for War. What w have done for the war is certainly a challenge to us now, to perform for peace.

We fought this war to preserve what we have called the American way of life. We fought this war to preserve opportunity for in-dividuals and groups of individuals to work out their own economic and political destiny. But the job is only half done. That is why a meeting of this kind is of great significance. We cannot rest upon the victory; we must prepare for the future. And by the detailed re-port which is made here today of what was done, we may be able to chart a course for the future conduct of this industry which will pre-serve these fundamentals of American economic and political theory.

The Chair is happy to present Mr. Davies who will make the open-ing statement and who will then introduce the various persons who have been assigned to discuss different phases of the study. The Chair suggests that Mr. Davies may be permitted to make his opening statement without interruption but that after that has been made and the other witnesses are presented, the field will be open for questioning of all who testify. That will be agreeable, will it not, Mr. Davies?

Mr. Davies. Yes, indeed, Mr. Chairman.

## STATEMENT OF RALPH K. DAVIES, DEPUTY PETROLEUM ADMINISTRATOR FOR WAR

Mr. Davies. I appear before you today with especial pleasure, to give you a final account of my stewardship as Deputy Petroleum Ad-ministrator for War, and to contribute whatever I may to the study you are making.

The work of the Petroleum Administration for War is virtually done and its dissolution is at hand. It will deliver its records in or-derly fashion to the proper authorities; it will complete the history of its activities that by public duty and Presidential order it is ob-ligated to leave; then it will cease to exist except in the history it has written.

Throughout our wartime activities my colleagues and I have con-sidered it our prime obligation to devote every energy to winning the war, with no deviation or diversion of time or activity. We come before you, nevertheless, with a deep sense of the importance of the problems you are considering, and a recognition of our responsibility to contribute what we can to their solution.

We can contribute most, we believe, by reviewing the more im-portant things that have happened oilwise during the war years, in-cluding the part played by Government cooperation, coordination, and control. Perhaps by thus bringing the past to the present we can help to build a vantage point for looking toward the future. Our plan, with your permission, is briefly to review the war period, to describe the functioning of the Government-industry organization that was

created, to note the forces that act d during the war, and to mention the forces that may continue to act now that the war is over.

In all that relates to the future—let me make this clear and emphatic—our purpose is to project or at most suggest, not in any case to recommend or urge. PAW is (the word is almost "was") a war agency. The writ of its responsibility has run. The future is with you and with the peacetime executive agencies. We are happy to give you whatever help we may, but we have neither the authority nor the desire to urge any course of action upon you.

Subject to your wishes, I should like first to present a statement summarizing and analyzing the matter we purpose to submit; then to present some of our directors, each to review as concisely as may be one aspect of the situation; then to sum up and perhaps indulge in a few projections toward the future; and then to ask Secretary Ickes as Petroleum Administrator to make the closing statement. With your permission I shall thus proceed.

The material I am about to read will either be given in more detail by the individual directors or summarized in my later statement. I shall be glad to answer any questions, but I believe that you will gain the most information with the least expenditure of your time if you withhold them until the more detailed presentations.

### THE EVER-GROWING IMPORTANCE OF OIL

War was not needed to demonstrate the ever-growing importance of oil in the American economy. Consumption has grown steadily since the Drake well "struck oil" in 1859. In only one decade has it increased less than 50 percent; in only three decades has it failed to double; and in one decade, from 1900 to 1910, it increased 230 percent.

For 40 years after the Drake discovery, oil and its companion natural gas were valued chiefly as sources of light. Then, with amazing speed, they became major sources of power and heat. Since the turn of the century they have supplied a growing share of the country's power and heat consumption, until in 1944 they furnished more energy than coal had furnished 4 years earlier and 10½ times as much as water power. Nothing could better show the increasing importance of oil and gas, and their outstanding role in the industrialization of our economy.

It remained for the war, however, to focus attention on the critical importance of oil in national defense, and on the promise of even greater postwar usefulness.

### OIL AS THE VITAL MUNITION

Modern warfare depends on armament and armament depends on oil.

Military gasoline consumption at the peak of World War II was 100 times that of our overseas forces at the peak of World War I. The American Army and Navy had 600 times as many automotive vehicles as the AEF had in Europe in 1918. The Navy and merchant marine have more ships and more tonnage than the combined merchant fleets of the world after the last war. The Army and Navy operated 1,250 percent more planes before VE-day than they did

before Pearl Harbor. This was American armament alone; the planes, vehicles, and ships of the other United Nations likewise multiplied in number and consum d.proportionately huge quantities of oil products.

Time was when the major it m of supply to a fighting force was food; in thi war the volume of liquid fuel shipped overseas was nearly 16 times that of food. An army no longer marches on its stomach · an army marches, a navy sails, and an air force flies on oil.

The tonnage of oil products shipped overseas during the last few month of th war was almost double all other tonnage combined. Our overseas forces required nearly twice as many tons of oil as of arms and armament, ammunition, transportation and construction equipment, food, clothing, shelter, medical supplies, and all other materials together. In both essentiality and quantity, oil has become the greatest of all munitions.

### FUELING THE SUPPORTING ECONOMIES

Great as the overseas requirements were, two and one-half times as much was required for the war-supporting economy at home.

Without rationing, conversion to coal, and other oil-conservation measures, civilian demands would have consumed so much of the available supply that military needs could not have been met. Even with these measures, civilian consumption was not much below pre-Pearl Harbor volume; the savings were largely offset by the needs of a vastly expanded war industry. In an industrialized nation the home front requires even more oil than the fighting fronts.

Essential civilian consumption of Allied and neutral nations was not so great, but it was no negligible item. The oil and oil products supplied from Allied sources to Allied and neutral civilian economies, not including Russia or consumption in the countries where the oil was produced, reached about 550,000 barrels a day, equal to 15 percent of the civilian consumption of the United States.

### A WORLD-WIDE TASK

The job of fueling and lubricating the war was world-wide. Crude oil came from 20 Allied, neutral, and liberated countries on 5 continents. Some of it was refined near its point of production, some had to be processed in distant refineries in other countries. The crude had to be moved to the refineries and the refined products to the points of need. The transportation facilities of the 5 continents and the 7 seas had to be utilized. A global war demands global production, global refining, and global distribution.

### A COMPLEX TASK

The task of supplying oil products is no simple matter of producing a certain amount of crude oil and processing it in whatever refineries are available. Crude oils from different fields differ widely in their characteristics. Refineries are composed of many units, each specially designed to make certain products from crudes of a certain character. Each type of equipment, military or civilian, requires its own type

of fuel and lubricants. Many of them require lubricants of several types. The armed forces use more than 500 different oil products; a B–29 alone uses 20.

To produce the crude oil in the respective fields, get each grade to the refineries best fitted to use it, make the hundreds of needed products, and distribute the products to the points of use required a far-flung system of wells, refineries, pipe lines, tankers, tank barges, tank cars, tank trucks, terminals, ports, and loading facilities. each part of which must be correlated with the rest of the system. Supplying the world with oil, even in peacetime, is a complex business.

## INCREASED WARTIME COMPLEXITIES

War introduced endless new complications. Millions of barrels of new products were required; specifications for products changed; the relative demand for each product varied from month to month; the supply of some crudes increased and of other diminished.

The entire oil transportation pattern of the country had to be revamped to meet wartime conditions, a revamping that affected the delivery of oil products to virtually every city and hamlet in the country. Comparable changes were required in the pattern of ocean and overseas transportation.

Shortages of men and materials imposed further difficulties in all branches of the industry. More had to be done with less. Greatly increased output had to be achieved with a decreased amount of materials and fewer men.

Thus war required far-reaching readjustments in an already complicated pattern.

## AN ALL-OUT TASK

The task required the fullest possible use of every available resource. In the last year of the war American oil fields were being produced at their maximum efficient rates; as a war necessity some were being produced at even higher rates. Foreign fields were produced to the limits imposed by available refineries, available transportation, and available steel for drilling wells and building pipe lines.

Refineries, both domestic and foreign, ran at the maximum capacities at which crude could be made available to them and refined products taken away. Overland and offshore transportation equipment was used to the limit.

Despite the great oil resources and far-flung facilities of the United Nations, there was no margin between supply and steadily increasing requirements; we were hard put to it, at times, to furnish the tremendous quantities needed. Only by constant planning, day-to-day ingenuity and resourcefulness, and the fullest use of every available source and facility were the oil needs of a global war met.

## THE TASK FORCE

Such a job could only be done by a vast and vigorous industry, guided and assisted by a Government agency experienced in the industry's operations and problems.


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Generated on 2024-03-26 22:02:02 GMT / https://hdl.handle.net/2027/uiug.30112119788856
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

The petroleum industry is America's second largest business. The Petroleum Administration for War was staffed with men who knew the oil business, most of them drawn from the industry, backed by the authority of the Government and with the Government's knowledge of world-wide needs. The industry and PAW were a closely coordinated team, the combined task force of the oil campaign. The key to the war's oil achievement lay in their teamwork and in the cooperative organization that made its effectiveness possible. Their Government-industry partnership was unique and it worked.

## PROGRAMING THE TASK

PAW acted as the general staff of the American oil campaign. It gathered data as to future requirements here and abroad from the Army, the Navy, the War Shipping Administration, the Office of Defense Transportation, and more than 20 other domestic and foreign sources. With the corresponding British organization it analyzed the data and estimated military and essential civilian requirements 18 months or more ahead. It estimated the supplies obtainable from each available source to meet these requirements.

Week by week it revised its estimates and programmed operations to meet new demands, changed conditions, and emergencies. Day by day, under the guidance of PAW, the program was implemented by industry committees and the industry itself. Thus requirements and supplies were correlated and programmed months in advance and from week to week and the program was implemented day by day. The war was not supplied with oil by haphazard improvisation. The operation succeeded because it was planned.

## DOMESTIC CRUDE OIL PRODUCTION

The war caused a heavy drain on the oil fields of this country. One-fifth of all the oil ever produced in the United States came out of the ground during the war. In May 1941, when PAW's predecessor organization was created, average daily production of crude oil was 3,772,000 barrels. In May 1945, after 4 years of unprecedented withdrawals, the daily average was 4,859,000 barrels, an increase of 29 percent.

Such a sustained rate of production was possible only because we entered the war with a large reserve of productive capacity, the result of earlier years of successful exploration and of increased practice and enforcement of the principles of oil conservation. In the summer of 1944, however, production overtook maximum efficient productive capacity. Thereafter it was necessary, in order to meet war needs, to produce some of the best fields in the country above their maximum efficient rates. Such overproduction doubtless hastened somewhat the day of declining output and somewhat lessened the amount of oil that will ultimately be recovered. If the war had continued the effect on the productive capacity of the present fields might have been serious.

## DISCOVERIES AND RESERVES

The danger of the situation was emphasized by the fact that we did not discover new oil as fast as we used the oil already found, nor had we been doing so for 4 years before we entered the war.

Generated on 2024-03-26 22:02 GMT / https://hdl.handle.net/2027/uiug.30112119788856
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

From 1938 through 1944, inclusive, the United States produced a total of 9.8 billion barrels. New fields discovered during that period plus new productive horizons discovered in old fields had a total content, as now estimated, of only 8.2 billion barrels. During the 7 years new discoveries fell short of consumption by an estimated 1,600,000,000 barrels.

This deficit in discoveries was due to no lack of effort to find new oil. PAW fostered exploratory drilling. More wildcat wells were drilled in 1944 than had ever before been drilled in a single year since accurate records have been kept, and the 1945 monthly rate until VJ-day was still higher.

The wells drilled during these lean years, be it noted, were located by the most advanced geologic and geophysical techniques ever available, and many of them were drilled to depths unattainable a decade or two ago. Yet they discovered less oil per well than was discovered 7 years earlier.

Another East Texas or half a dozen Oklahoma Cities or Signal Hills or Salt Creeks would reverse the downward trend, of course, but the points to be remembered are these: No known field smaller than East Texas would compensate for the deficit in discoveries from 1938 to 1944; only one field of such magnitude has ever been found in this country; the number of fields is neither infinite nor inexhaustible, and every one found leaves one less yet to be found.

There have been such downward discovery trends in the past, but never before a downward trend so prolonged in the face of so much exploratory drilling under such advanced geologic and geophysical guidance. A new field or a series of them could change the entire outlook, but until they are found we have no warrant to be overconfident or complacent.

NEED FOR MORE EXPLORATION

With the war over, requirements for crude have dropped, though not to prewar levels. Present estimates indicate that 1946 demand will be higher than that of 1942 or even 1943, and that by a year from now demand will again be rising, passing peak, wartime levels within a very few years. The discovery rate of the past 7 years would not keep pace with the consumption at such levels.

It follows that unless we are to curtail our use of oil or radically increase imports or resort to higher-priced sources of production, including synthetics, we must reverse the downward trend of discovery.

We may reasonably hope for help from improved geological, geophysical, and geochemical techniques. Each successful new technique developed in the past has resulted in a substantial increase in discoveries. Still other techniques will doubtless be developed; some of them, perhaps, from scientific developments incident to the war. How much new oil they will discover no one can predict. Neither can anyone predict how soon they will come. Meanwhile the only safe course, if the downward trend of discoveries is to be reversed, is to drill more wells in dynamic exploration.

### PRICE AS A STIMULUS

The most effective stimulus, of course, is an adequate price for
crude. Eighty-one percent of the wildcat wells drilled in the
United States last year were dry. To induce enough individual
operators to face adverse odds of 4 to 1, the price of crude must be such
that the man who makes even a small discovery can expect some-
thing more than a modest return.

It is true, as has been pointed out, that a higher crude price does
not lessen the odds against the wildcatter; what a higher price does
is to enhance his prospective reward. Whether he operates his dis-
covery or sells it, it gives him more money with which to go on to
the next chance. It likewise makes outside capital easier to obtain.
Anyone who has raised money for wildcatting knows how much
more easily it can be had when the price of crude is up rather
than down.

Why, then, during the war years, did wildcatting increase despite
a virtually static price? There were at least three reasons: The
industry responded to PAW's appeals to maximize exploration;
many wildcat wells were drilled by high-bracket taxpayers because
most of their cost would otherwise have gone for taxes; and the
relation between supply and demand convinced the industry that
higher prices were sooner or later inevitable.

### NEED FOR THE SMALL WILDCATTER

Even the large company tends to reduce its wildcatting when the
price is not high enough to make the hits pay for the misses and a
profit beside, but the chief restriction is on the small operator whose
wildcat plays are too few to get the full benefit of the law of aver-
ages. If a company drills 50 wells in a year under good geologic
guidance, the law of averages is likely to give it 10 producers. The
small operator who drills 1 or 2 or 3 wells may get none. The wild-
catting hazard is greater to him than to the larger company.

If enough exploratory wells are to be drilled the small wildcatter
must be kept in business and kept drilling. The large companies,
with all their resources, do not have enough risk capital to drill all the
wells that should be drilled. Moreover, they are not numerous enough
to cover the multiplicity of possibilities that should be given attention.
Their final decisions on what spots are worth the risk of drilling are
made by too few men; they do not represent a sufficient diversity of
opinion.

The small operator has always discovered a fair share of the new
oil; he will continue to do so as long as he is given a crude price that
will keep him wildcatting.

### CONSERVATION OF OIL RESOURCES

In addition to stimulating discoveries of new oil, we should be vigi-
lant not to waste oil after it has been discovered. Production above
the maximum efficient rate, inequitable taking, or any other practice
that unduly wastes reservoir energy or reduces fluidity or promotes
uneven water incursion leaves oil in the ground, beyond recovery at

Generated on 2024-03-26 22:01 GMT / https://hdl.handle.net/2027/uiug.30112119788856
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

reasonable cost. Such oil might as well not have been discovered; better, because its proportion of the cost of discovery and development might have been spent in making discoveries elsewhere.

É ght of the oil-producing States—Arkansas, Alabama, Louisiana, Texas, New Mexico, Oklahoma, Kansas, and Michigan—have and enforce conservation laws, all of them reasonably adequate and some of them excellent. Eleven oil-producing States have no adequate oil conservation laws—California, Illinois, Montana, Wyoming, Colorado, Nebraska, Ohio, Kentucky, West Virginia, Pennsylvania, and New York. Of these 11, the 5 Eastern States have passed beyond the stage at which conservation is needed, probably for all time. The fields so far discovered in Nebraska are too small to be important, though provision for the future might wisely be made. Montana, Wyoming, and Colorado should have such laws to conserve probable future discoveries. California and Illinois should have had conservation laws long ago.

During the war, conservation practices were enforced in California under a PAW directive. Production engineers and producers have not hesitated to say that under PAW's administration California production practices reached higher scientific levels, with greater fairness to all operators, than had ever before been experienced. Now, with the fighting war over, PAW control is at an end, with no State control to replace it. Let us hope this situation is soon corrected by the California Legislature.

1 believe in the control by each State of the resources within its borders. I should oppose any extension of Federal regulatory authority to such resources unless all other means fail to prevent practices injurious to the national welfare and the citizens of other States. One cannot blink the fact, however, that the waste of oil within any State may affect the availability or price of oil products to the residents of other States. The negligence of California, for example, might, and in time probably would, cause the citizens of Oregon and Washington to pay more for their gasoline and fuel oil. Such a situation puts a limit on the right of a State to do as it will with the resources that nature has placed within it.

### CONSERVATION AND THE ANTITRUST LAWS

In Illinois, in the years before the war, the waste of reservoir energy and the quantities of oil rendered unrecoverable at reasonable costs were appalling. California avoided the worst evils of unrestricted production by voluntary proration, but voluntary conservation has a glaring weakness; it requires unanimous cooperation and compliance. Thus a voluntary conservation program is at the mercy of any reckless or greedy operator who may choose to violate it.

Many operators today, moreover, hesitate to join in a voluntary conservation program because of fear of prosecution under the antitrust laws. Remembering certain suits instituted not so many years ago, such fears cannot be brushed aside as wholly groundless.

The cause of conservation might be measurably advanced, and I can think of no way in which the public interest might be impaired, by a statute relieving from the operation of the antitrust laws agreements entered into among operators for the purpose of preventing waste of


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

oil or gas.  Again the determination of the true purpose of the agreement and the definition of waste could safely be left to the courts, with no need to fear that they would permit abuse of the protection given by the statute.

### THE FOREIGN CONTRIBUTION TO PRODUCTION

With domestic fields being produced at or above their maximum efficient capacities, and with new discoveries failing to keep pace with the quantity of oil used, adequate fueling of the war would have been impossible without the contribution of overseas sources.  Foreign production, exclusive of Russia and areas formerly controlled by the Axis, increased by 41 percent from May 1941 to May 1945, compared to 29 percent for production in the United States.

Some people have wondered why even more oil was not taken from foreign fields and less from home sources.  The reasons were purely physical and geographical and never in any sense nationalistic.  Foreign fields carried as much of the war load as their productive and refinery capacity, available pipe-line outlets, and location with respect to points of need permitted.  Our efforts to increase available foreign output received the wholehearted cooperation of the British and the nations in which the fields are located.  At no time was there the slightest holding back by our allies, the slightest reluctance to develop or deplete fields that they control.

In the early stages of the war the enemy, not our allies, forced disproportionate drafts on our domestic fields in comparison to those abroad.  During the closing months of the war, however, the situation was reversed and our domestic fields could not meet even our own world-wide needs—the needs of our forces overseas and our essential domestic use.  Our military, maritime, and domestic consumption, not including lend-lease or other supplies to our allies and others, was greater than our domestic production.  Without foreign oil and reverse lend-lease we should have fallen short, before VJ-day, of meeting our own home and overseas requirements.

### FOREIGN RESERVES AND PRODUCTIVE CAPACITIES

As world markets reopen, and as men and steel become available, an upsurge of foreign exploration and development may be expected. The day is past when known oil reserves in the United States exceeded those in the rest of the world.  The day will doubtless come when production in the rest of the world surpasses that of the United States.

The present large reserves per well and high capacities per well in foreign areas are due in part to two causes: First, the foreign fields have been developed under unit operation, with no need for competitive drilling, overproduction, or waste of reservoir energy; second, foreign exploration has had the benefit of modern geologic, geophysical, and production engineering practice applied in the early stages before the easily discoverable fields had been found and depleted.

After giving full weight to these factors, however, a third and highly important factor remains; certain foreign areas, particularly in the Middle East, appear to contain more oil per 1,000 square miles than most of the productive parts of the United States.  Beyond all ques-



Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

tion, vast foreign areas not yet explored, as well as areas already under exploration, will be highly productive.

For the sake of the American economy and of future American security, nothing should be left undone to promote full participation by American interests in the development of these areas.

## WAR IMPACT ON REFINING

The war's impact on refining, both domestic and foreign, has been as great as on production. Refinery crude runs in the United States increased 31 percent from the average in 1941 to VJ-day. Foreign runs increased twice as much—62 percent—in the same period.

With PAW help and supervision, nearly a billion dollars' worth of new refining facilities were built in the United States, including great catalytic cracking units costing millions of dollars and smaller units in dozens of plants from coast to coast. These units turned out huge volumes of high-octane base stock and blending components for military and aviation gasoline, butadiene for synthetic rubber, and toluene for explosives, and contributed heavily to the increased output of motor gasoline, kerosene, and fuel oils. Roughly, $260,000,000 was spent for similar refining facilities abroad.

Except for a refinery in Saudi Arabia and two plants in the United States, the new facilities were incorporated into preexisting plants. These installations in existing plants do not greatly increase the amount of crude that the refineries can process; their function has been to increase the percentage of desired products that the refineries can turn out. Such a unit, for example, may greatly increase a plant's aviation gasoline output without increasing at all its crude throughput capacity. This is an important fact when considering possible postwar effects of these new facilities.

## INCREASING DOMESTIC THROUGHOUT

Much of the wartime increase in domestic throughput came from better use of the facilities we already had. Engineering, ingenuity, and scheduling were the chief contributors.

A systematic and continuing "bottleneck" study, for example, was conducted by PAW's staff and the industry committees. Whatever might limit capacity was hunted down and cured by such means as a pump here, a compressor there, a stripping tower somewhere else. Improved processes and techniques were developed and put to use. Facilities long idle were put back to work. Many of them were out of date and uneconomical to operate, but they added materially to the output of products.

The final step was over-all scheduling. The supply of crude to each refinery, the finished and intermediate products to be made in each plant, and the disposition of the products were all closely scheduled, by daily telegraphic directives when necessary. Intermediate products and special components were shifted from plant to plant; codimer from a plant in Illinois, for example, might go to a plant in California and cumene from a source in Ohio to a plant in Wyoming. Where these practices involved abnormal costs the Govern-

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

ating costs per barrel, it seems inevitable that most of the transportation of oil between coastal areas will again be done by water instead of overland.

### THE FUTURE OF THE EMERGENCY PIPE LINES

What, then, should be done with the emergency pipe lines?

There is general agreement that the four smaller lines—the Ohio Emergency, Southwest Emergency, Plantation Extension, and Florida Emergency—need no longer be retained in Government ownership. They are being advertised for sale by the Reconstruction Finance Corporation.

The future of the Big Inch lines is being studied by Government agencies, the industry, and the Congress. Some perplexing questions are involved. I have no ready answers, but a few observations may be helpful.

The lines were not built or needed to serve a peacetime economy; they were built for a single purpose, to meet a great war emergency. They have served that purpose; they helped to win a war that would have taken much longer to win without them. They have repaid in money a large part of their cost; in service rendered they have repaid their cost many times over. In considering their use or disposition, therefore, they need not be looked upon as owing us anything.

### THE BIG INCH LINES IN A FUTURE WAR

The question whether the lines should be kept intact against a possible future war is a difficult one, and one that materially affects possible civilian use. It can only be answered by those in position to estimate the chances of such a war, the theaters in which it will be fought, its fuel needs, and the availability of adequate tanker capacity. I might suggest, however, that a war more than a few years hence might have new and different fuel and transportation needs, and that we might do the Nation a grave disservice by thinking of such a future war in terms of the one just past.

### INSURING PROPER DISTRIBUTION OF PRODUCTS

In a war dependent on oil products for its success, the distribution of those products to consumers could not be left to chance or to the operation of the ordinary competitive forces. In this field, more than in any other phase of the oil business, wartime supervision and control were imperative.

The retailers and jobbers of oil products are among the large small-business groups of the country. During the war, we did what we could to mitigate the hardship caused to these small businessmen by the unavoidable diminution in their business volume, and were particularly watchful to insure that each of them should receive his fair share of available supplies. We are proud of our record in this regard, and of the fact that very few out of so great a number felt cause to complain.

About one-fourth of the retail outlets suspended business, but the suspensions, in the main, were due less to reduction in supplies than to lack of manpower for continued operation and to the chance for greater remuneration in war jobs.

Generated on 2024-03-27 19:00 GMT / https://hdl.handle.net/2027/uiug.30112119788856
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google

