# EXHIBIT 5

# WARTIME PETROLEUM POLICY UNDER THE PETROLEUM ADMINISTRATION FOR WAR

HEARINGS

BEFORE A

SPECIAL COMMITTEE INVESTIGATING PETROLEUM RESOURCES

UNITED STATES SENATE

SEVENTY-NINTH CONGRESS

FIRST SESSION

PURSUANT TO

## S. Res. 36

(Extending S. Res. 253, 73th Congress)

A RESOLUTION PROVIDING FOR AN INVESTIGATION WITH RESPECT TO PETROLEUM RESOURCES IN RELATION TO THE NATIONAL WELFARE

NOVEMBER 28, 29, AND 30, 1945

Printed for the use of the
Special Committee Investigating Petroleum Resources

80394

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1946

SPECIAL COMMITTEE INVESTIGATING PETROLEUM RESOURCES

JOSEPH C. O'MAHONEY, Wyoming, *Chairman*

| | |
|---|---|
| TOM CONNALLY, Texas | ARTHUR H. VANDENBERG, Michigan |
| EDWIN C. JOHNSON, Colorado | E. H. MOORE, Oklahoma |
| JOHN H. OVERTON, Louisiana | OWEN BREWSTER, Maine |
| SCOTT W. LUCAS, Illinois | CHAN GURNEY, South Dakota |
| BURNET R. MAYBANK, South Carolina | ROBERT M. LA FOLLETTE, JR., Wisconsin |

HENRY S. FRASER, *Chief Counsel*
HELEN A. GRICKIS, *Clerk*

II

# CONTENTS

| Statement of— | Page |
|---|---|
| Bohart, Philip H., Director, Production Division, PAW | 61 |
| Davies, Ralph K., Deputy Petroleum Administrator for War | 2, 219 |
| Frame, A. P., Director, Refining Division, PAW | 124 |
| Greenman, Commodore W. G., USN, Director, Naval Petroleum Reserves | 265 |
| Harding, Charles L., Director, PAW district No. 1 | 88 |
| Hawkins, Roy F., Director, Foreign Supply and Distribution Division, PAW | 168 |
| Heroy, William B., Director, Foreign Production Division, PAW | 105, 123 |
| Hochuli, Walter, Director, Distribution and Marketing Division, PAW | 97 |
| Ickes, Harold L., Secretary of the Interior | 253 |
| Ide, H. Chandler, executive assistant to Deputy Petroleum Administrator for War | 24 |
| Page, Howard W., Director, Program Division, PAW | 42 |
| Pew, James E., Director, Natural Gas and Natural Gasoline Division, PAW | 152 |
| Snodgrass, C. Stribling, Director, Foreign Refining Division, PAW | 138 |
| Wilson, George A., Director, Supply and Transportation Division, PAW | 184 |
| Index | 277 |

## CHARTS

| Chart No. | Faces page |
|---|---|
| 1. Petroleum war team | 40 |
| 2. Relationship between headquarters and district organizations | 40 |
| 3. Demand, petroleum products | 58 |
| 4. Petroleum production and refinery runs | 58 |
| 5. Increase in petroleum production and refinery runs | 58 |
| 6. United States crude oil production, wells drilled, United States | 88 |
| 7. Crude-oil production and productive capacity | 88 |
| 8. Effect of drilling on crude-oil productive capacity | 88 |
| 9. Crude-oil discoveries and reserves | 88 |
| 10. Crude-oil exploration, discoveries and production | 88 |
| 11. World crude-oil production | 122 |
| 12. Production, Eastern Hemisphere | 122 |
| 13. Production, Western Hemisphere | 122 |
| 14. Increase in available foreign production | 122 |
| 15. Petroleum reserves of the world | 122 |
| 16. Classification of the petroleum possibilities of the world | 122 |
| 17. Division of proved reserves | 122 |
| 18. Gasoline and fuel oils supplant kerosene | 136 |
| 19. Wartime refinery operations | 136 |
| 20. War changes in refinery runs, by areas | 136 |
| 21. 100-octane aviation fuel | 136 |
| 22. Tetraethyl lead | 136 |
| 23. Wartime changes in world refinery operations | 152 |
| 24. Division of world refining capacity | 152 |
| 25. Natural gas consumption | 166 |
| 26. Natural gas reserves versus production | 166 |
| 27. Oil and Gas Discoveries, south Arkansas, Louisiana, Texas Coastal Plain | 166 |
| 28. Natural gasoline production | 166 |
| 29. Petroleum deliveries to east coast (peacetime-wartime) | 212 |
| 30. Petroleum deliveries to east coast | 212 |
| 31. Eastward petroleum movements | 212 |

| | | Faces page |
|---|---|---|
| 32. | Pipe-line projects, Petroleum Administration for War | 212 |
| 33. | Tanker tonnage and control, world-wide | 212 |
| 34. | Petroleum shipments to west coast by tank car | 212 |
| 36. | United States sources of energy | 252 |
| 37. | Power for world's merchant fleets | 252 |
| 38. | Production of principal petroleum products | 252 |
| 39. | World consumption of petroleum | 252 |
| 40. | Per capita consumption of petroleum | 252 |
| 41. | What world oil consumption would be | 252 |

(The prepared statement of Mr. George A. Wilson is as follows:)

## WARTIME PETROLEUM SUPPLY AND TRANSPORTATION

By George A. Wilson, Director of Supply and Transportation Division, Petroleum Administration for War, Washington, D. C.

### INTRODUCTION

This statement has been prepared to relate a brief history of the petroleum transportation system in the United States, to describe the problems involved in supplying and transporting sufficient petroleum to meet military and essential civilian requirements during the war period, and to explain the steps that were taken to overcome these problems.

Because of its dominant prewar position with respect to available crude oil productive capacity and because of the loss by enemy action of oil-producing areas which formerly contributed to world petroleum supply, the United States quickly acquired the principal responsibility for furnishing vital fuel to the Allies. As a result, demands on all methods of transportation were increased to levels never before contemplated. Every means of transporting crude oil and finished products was developed for the single purpose of winning a two-front war in the shortest possible time, with minimum use of critical materials and manpower. Full utilization of all methods of transportation was accomplished by close integration of pipe lines, tank cars, tankers, trucks, and inland waterways under Government direction, and the combined efforts of Government and industry accomplished the task in time to assure victories in both Europe and the Pacific.

### DEVELOPMENT OF PREWAR TRANSPORTATION SYSTEM

The petroleum transportation system owned and operated by the petroleum industry prior to the war was capable of moving all domestic petroleum requirements to the points of demand in an economical and highly efficient manner. It was developed through years of free enterprise, which took advantage of the means best suited to the particular markets.

In 1941 the Southwestern States produced about 50 percent of the Nation's crude-oil requirements. Only about one-half of the crude produced in those States was processed at Southwest refineries, however, and the excess crude was available for shipment elsewhere. Likewise the volume of petroleum products refined in the Southwest was in excess of requirements in that area. Since the East Coast States had very little crude production, and because crude and refined products could be moved into the east coast more economically from the Gulf coast than from any other area, the petroleum industry, by means of its own tankers, moved large volumes of crude and refined products from the Gulf to the east coast.

As shown on chart No. 29 entitled "Petroleum Deliveries to East Coast. Peacetime—Wartime," approximately 95 percent of the petroleum brought into the east-coast area in 1941 was handled by tankers. Approximately 82 percent of this east-coast movement was supplied from the Gulf coast while the balance was supplied from California and from foreign countries. The east coast was, therefore, almost entirely dependent upon tanker shipments of crude oil and refined products from the Gulf coast to supply its petroleum needs.

### WARTIME DISRUPTION

In the spring of 1941 there began a series of events which disrupted normal operation of tankers from the Gulf coast to the east coast. Some 50 American tankers were assigned to the British to transport petroleum products to the United Kingdom for war use. This sudden reduction in tanker transportation resulted in a serious products shortage on the east coast and made it necessary to make heavy withdrawals from local stocks. The situation became somewhat easier during the latter part of the year when a number of the loaned tankers were for a time returned to normal service.

The improved conditions were of short duration, however. After the attack on Pearl Harbor and the declaration of war between the United States and the Axis, oceangoing tankers were needed to supply petroleum to all parts of the world. Then came the blockade of the Atlantic coast and the Gulf of Mexico

80394—46——14

had been causing unnecessary losses in tank car turn-around time. Further efficiency in the use of tank cars in this movement was provided when administrative orders were issued prohibiting certain movements of petroleum products in an easterly direction from the west coast area, and requiring that all westward movements be made in tank cars of not less than 8,200 gallon capacities.

The results of this west coast tank car program are shown on chart No. 31, entitled "Petroleum Shipments to West Coast by Tank Car." It will be noted that shipments to the west coast increased from an average of about 13,000 barrels daily in the first 6 months of 1943 to a peak of over 192,000 barrels daily during the month of June 1945. With the end of the Pacific War this movement was immediately reduced. Here, as in the case of the earlier emergency movements to the east coast, the excess costs were paid by the Government through Defense Supplies Corporation.

## SUPPLYING MILITARY REQUIREMENTS

The prime obligation and duty of PAW with respect to petroleum supply was to secure for the Army and the Navy the quantities of products required for military operations at the time and place where those products were needed. Performance of this duty required very close cooperation between PAW's Supply Division and those in the Army and the Navy who procured military fuel requirements.

To handle military supply problems it was necessary first to establish within PAW a group composed of representatives of the PAW divisions affected, namely, Supply and Transportation, Refining, and Program. During the entire period of the war this group met weekly or oftener with representatives from the Fuel Division of the Navy's Bureau of Supplies and Accounts, who indicated to PAW the petroleum requirements of both Army and Navy in the various theaters of operations. These requirements in turn were based on figures determined by the Army-Navy Petroleum Board, and were usually firm for 30 days and projected for an additional 60 days. All types of products used by the military forces were included in the requirements, namely, Navy Special fuel oil, Navy Diesel fuel oil, aviation gasoline, 80-octane all-purpose motor gasoline, and, in the later period of the war, house-brand gasoline.

After the military requirements were received it was the task of PAW to determine the best means of making the various products available where and when needed. This task was one which entailed a detailed study of a large number of interrelated factors, including the availability of the proper kinds of crude oil, the limits of refining capacity, the accessibility of appropriate transportation facilities, and the necessity for retaining sufficient supplies for essential civilian needs in all areas. These and other equally important considerations had to be weighed carefully before determinations could be made by PAW that specific quantities of particular products could be made available for military purposes at designated points.

PAW's work in furnishing military supplies did not end there, however. On the contrary, PAW was further expected to designate for the military forces the companies in a given area from which the product could be secured, as well as the amount to be produced by each company and the time when the product would be available. The military procurement personnel then arranged the details of the actual purchases. In addition, when transportation other than by tanker was required for military movements, PAW arranged for use of the proper facilities through War Emergency Pipelines, Inc., the Office of Defense Transportation, and other agencies concerned. Military tanker movements, of course, were handled directly by the military forces.

It may readily be seen that the success of this intricate military supply procedure depended in large measure upon close cooperation between PAW and the industry as well as with the military forces. Very frequently it was necessary, in order to meet full military requirements and at the same time retain sufficient products for essential civilian use, that PAW designate a fixed quantity of military products to be made by each refinery in a particular area. The programs for refining military products, particularly aviation gasoline and Navy Diesel fuel oil, are examples of the coordination of the industry's refining facilities. An even more intensive program was necessary on the west coast which, because of its advantageous location, was an important Navy supply area. Practically all military products manufactured on the west coast were made under PAW direction to individual companies.