# EXHIBIT 6

U.S. PETROLEUM ADMINISTRATION FOR WAR
J. A. KRUG, Administrator, March 18, 1946 to May 8, 1946
HAROLD L. ICKES, Administrator, May 28, 1941 to February 15, 1946

RALPH K. DAVIES, Deputy Administrator

# A HISTORY OF THE
# Petroleum Administration for War
## 1941 • 1945

Prepared under the direction and editorship of

John W. Frey and H. Chandler Ide



United States Government Printing Office • Washington: 1946

For sale by the Superintendent of Documents, U. S. Government Printing Office
Washington 25, D. C.   Price $3.00 (cloth)



# CHAPTER I

# The Story of Partnership

## OIL FOR WAR—A PROBLEM IN SUPPLY

On May 28, 1941, a new Federal agency came into being, dedicated to the proposition that cooperation, rather than coercion, was the formula by which the forces of Government and industry could best be joined in the service of the Nation.

This is the story of the four-and-a-half-year experiment that grew out of that proposition. It is the story of a partnership: On the one hand, the Petroleum Administrator for War,[1] precedent-maker in the extent to which it relied upon the industry it directed. On the other hand, the Petroleum Industry War Council, the Foreign Operations Committee, and the District Committees, were precedent-breakers in the extent to which they joined forces in support of Federal officialdom.

Together, they set about to translate into reality the wartime-popular expression: "The difficult we do immediately; the impossible takes a little longer."

Well it was that they set themselves this challenge. Well it was that they met it so competently. For World War II, from beginning to end, was a war of oil.

Almost seven billion barrels of it had to be brought from the ground between December 1941 and August 1945, to meet the requirements of the United States and its Allies, and nearly 6 billion of this enormous total came from the United States. That is one-fifth of all the oil that had been produced in this country since the birth of the industry in 1859.

A staggering output, to be sure, but the prodigious thirst of the war machine could not be satisfied with less, for oil was *the* indispensable material.

It constituted *more than half* of all the tonnage of supplies that were shipped overseas. In several invasions, its tonnage was *more than 65 percent* of the total.

Incredible? Not to the men who had to supply it. Not—especially—to the men who had to use it. For oil did more than fuel and lubricate the ships and the airplanes and the motorized ground equipment. Oil was also heat and light and comfort and mercy. Out in the field, in the form of gasoline, it fueled the kitchens, it powered the radios and telephones, it warmed and illuminated the hospitals, it refrigerated the life-saving blood plasma, it heated the instrument sterilizers, it ran signal devices, water purification systems, and repair machinery. From oil came the toluene for TNT that went into bombs, the asphalt for airfields, the jellied gasoline for flame throwers, the kerosene for smoke screens, the wax for packaging food and equipment, the petroleum coke for aluminum.

More than 500 different petroleum products were regularly used by the armed services. Without them, the warrior could neither fight nor live. With them, we were able to live and fight—and win.

That is what was in the mind of Charles E. Wilson, executive vice chairman of the War Production Board, when he commented during the days of late 1943:

> The responsibility which rests upon the petroleum industry and the Petroleum Administration for War is a dramatic one, for *it is nothing less than the responsibility for victory.*

Meeting that responsibility was a back-breaking task, an around-the-clock task, a task world-wide in scope and bewildering in its complexities. For everywhere that men were fighting, or massing to fight, or

---

[1] As created originally, the oil agency was "The Office of Petroleum Coordinator for National Defense." After the beginning of hostilities, it became the "Office of Petroleum Coordinator for War." On December 2, 1942, its authority was strengthened and it became the "Petroleum Administration for War." However, in the interest of simplicity, the final designation will be used throughout this book, except in chapters III and IV, which deal with the evolution of the organization.

1

tional pumping stations; and extension of the terminus of the line from Greensboro to Richmond, Va.

Project 3: Bridging the pipe line gap in Ohio by construction of a 20,000-barrels-daily products line from Doylestown to Randolph, Ohio.

Project 4: Reversal of three other products lines in New York, Pennsylvania and Maryland (so they would carry oil east instead of west), to be supplied by tank cars and barges from the Southwest and Middlewest and, of course, the biggest ones of all: Project 8—the Big Inch, and project 9—the Little Big Inch.

All of these Tulsa projects were designed specifically to overcome the east-coast transportation deficiency; and so farsighted was this early planning that, except for a products line from Chicago to Toledo and another short line to feed it, no other major pipe line projects had to be built to supplement them.

### Pipe Lines Other Than Tulsa Plan

Naturally, a number of the 32 other projects approved during the remainder of the war affected east coast supplies by releasing tank cars and barges for east coast service, and by making available to Midwest and Gulf coast refineries additional crude oil to help solve the Nation-wide product shortage. On the Gulf coast, in west Texas, the Midcontinent, the Rocky Mountain States, and in California, 26 new crude-oil trunk-line projects were undertaken.

The most important single problem was west Texas, the only part of the country where there was substantial excess crude-oil producing capacity in existing fields. Their utilization, however, was impossible without greatly increased transportation outlets. As related, part of this was supplied temporarily by tank-car shipments to Midwestern refineries, but the bulk of the relief had to be provided by pipe lines.

Existing lines from the field to the Gulf coast were rearranged and their capacity increased. Connections were made to Longview in east Texas to permit delivery of large quantities to the Big Inch line. And a new 382-mile 16-inch pipe line was built up to Drumright and Cushing, Okla., with an initial capacity of 65,000 barrels a day. Connection was made at these points with existing pipe lines to move part of the crude on to the Midwestern refineries, and the remainder was transshipped to tank cars at Cushing.

In the Rocky Mountain States six pipe line projects provided outlets for new fields and for the increased production in some of the older fields not fully utilized before the war.

California refineries are concentrated in the two largest markets, San Francisco and Los Angeles. The war interrupted the coastwise tanker service that had supplied about half of the crude to the former city and lesser amounts to the latter.

Some rearranging and improving of the existing pipe lines helped a little, but the bulk of the deficiency was made up by converting a 177-mile, 22- and 26-inch natural-gas pipe line to crude-oil service in the summer of 1942. This one line, when first converted, had a capacity of about 100,000 barrels a day from Kettleman Hills to San Francisco, but improvements increased this to 160,000 barrels daily, more than making up for the tanker loss.

### Big Inch, Little Big Inch—550,000 Barrels a Day

On August 14, 1943, the world's largest oil pipe line—Big Inch—began to pour crude oil into the east coast. On March 2, 1944, the longest pipe line in the United States—Little Big Inch—began to deliver petroleum products into the New York harbor area. Completed in record-breaking time, these two Government-industry projects were probably the major factor in the solution of the east-coast transportation shortage. Their importance, their outstanding record of service, and the romance and thrills which accompanied their construction, warrant many times the space which can be given them here.

There was a magic about Big Inch which captured the imaginations of everyone—the Government and the oil industry, the newspapers and the public, and even the hard-bitten pipe liners who built it. This one line was to replace single-handed from 60 to 75 tankers or 30,000 tank cars, and people began to look upon it as an inanimate knight in shining armor. Every mishap during construction was dire tragedy, every record-breaking advance a cause for celebration.

The solid achievements of Big Inch, and its companion Little Inch, are no less impressive, however, than the advance hosannas. During their operation—32 months for Big Inch (26 months all the way to the east coast) and 20 months for Little Big Inch—these two pipe lines delivered 379,207,208 [21] barrels of crude oil and refined products. And the military necessity

---

[21] This is final audit figure minus line fill.

Digitized by Google

for the lines was amply demonstrated; 72 percent of all the deliveries by Little Inch were military supplies, a good portion 100 octane gasoline, on their way to the cross-Atlantic fronts.[22] Together, the lines had a daily capacity of 550,000 barrels, or one-third of the prewar east coast demand.

In the first weeks of its existence, PAW had entered with the oil industry into the first concrete discussions of a large crude oil and products lines from Texas to the east coast.

The first specific proposal for a Big Inch crude oil line from east Texas to New York originated with a group of east coast oil company executives immediately after the May 1 announcement of the tanker loan, and this group informally went ahead immediately with preliminary planning for such a line-route, size of pipe, location of pumping stations and even made somewhat tentative appraisals of a companion products line. Reports of the proposals appeared in the trade press, and were among the suggestions in the report of the American Petroleum Institute Fact-Finding Committee on May 29.

After the establishment of PAW, and with the keen encouragement and interest of Secretary Ickes, the plans for the large crude oil line were rushed to completion in the early summer of 1941. National Defense Pipe Lines was incorporated and took over all work previously completed by the informal group, and finished all surveying, aerial photography, and engineering of the line. The completed proposal was submitted to PAW, which approved it with minor exceptions.

This original proposal called for a line not greatly different from the one finally constructed. It included a 22-inch or 20-inch line from east Texas to Salem, Ill.; a 16-inch line from Wood River to Salem; and a 24-inch line from Salem to the east. At that time it was still believed there would be enough excess crude oil from the Midcontinent and Illinois to supply part of the line. All plans and surveys made by the oil companies at their own expense were later turned over to the Government without charge. In the early plans it was agreed that the participating companies would finance the entire project, but as finally approved, about 80 percent would have been borrowed from RFC and the balance subscribed by the companies.

It was on September 9, 1941, that Secretary Ickes

---

[22] Totals of various products transported in Little Inch given in table 37, appendix 12.

formally requested the Supply Priorities and Allocation Board for materials to build Big Inch. The necessity was clear to those who had to supply the oil for war.

But the competition from other war programs was too keen. SPAB said "No." Deputy Coordinator Davies, however, went back and argued eloquently for a reversed verdict, but the appeal was rejected by the board on November 6.

Big Inch had suffered its first setback, and disappointment in PAW and the oil industry was intense.

One month and one day later was Pearl Harbor. The war reemphasized the urgency of the line. Another request was made by the Petroleum Administrator on February 20, 1942, and 4 days later it was again denied. Oilmen recognized the terrifically difficult problem of allotting steel, but the appeal to SPAB had pointed out the basic functions of oil in all military, industrial, and civilian activities, and the apparent failure of other Government agencies to appreciate the urgency of the need for the line was a disheartening blow. Undoubtedly the decisions were made in all good faith, but they could not help but have been determined in some measure by the welter of misstatements of facts during the phony shortage of the fall of 1941.

Again, on May 25, 1942, the Petroleum Administrator presented a new report to the WPB calling attention to the dire consequences if the line were not built. Numerous conferences, and the support of the Army and Navy and of Congressional committees, turned the trick this time, and on June 10 approval was granted at last—but only for the western half of the line from Longview, Tex., to Norris City, Ill. At the latter point it was proposed to build a large tank-car loading terminal for rail transportation the remainder of the distance to the east coast.

Events then moved rapidly, and no other requests for materials for the two lines were turned down completely thereafter, although the possession of priorities did not always produce the materials.

On October 7, 1942, several months before completion of the first half of Big Inch, PAW urged WPB to approve materials for the remainder of the line, and the request was granted on October 26. WPB was told that a second line undoubtedly would be needed, and, if so, a request for it would be made.

Three months later, with Big Inch delivering into Norris City, and construction underway on the eastern leg, PAW January 18, 1943, asked WPB for steel for



ice. Big Inch was complete and operating at full capacity from end to end.

April 23, 1943: Construction started on western leg of Little Inch.

June 9, 1943: Construction started on eastern leg of Little Inch.

October 8, 1943: Pipe laying completed from Beaumont to Norris City, but slow deliveries of valves prevented commencement of testing until October 28, when water was started through the line. Experience with the defective pipe in 20-inch branch line of Big Inch made necessary cautious testing and no oil was put in the line.

November 26, 1943: Western leg filled with water, enough stations completed, and testing began—followed by the discovery of many leaks.

December 2, 1943: Final weld made on eastern leg of Little Inch line, in world's record time of 225 days. Testing of eastern leg began a few days later.

January 26, 1944· Testing discontinued on advice of industry committee after 95 breaks, and oil was started through the line at reduced pressure.

February 7, 1944: Oil stream reached Norris City and continued east.

March 2, 1944: First oil reached Linden.

Those are the bare bones of the construction story, an undramatic listing of one of the proudest pages in the history of the oil industry. Some specific episodes will illustrate the tremendous difficulties the pipe liners had to overcome.

Most trying of all were the river crossings. Early in the construction of Big Inch, when the Arkansas River crossing was all but complete, with the line all welded and suspended from barges, a flash flood broke all the cables and lines and the pipe line swung downstream and collapsed.

On December 29, 1942, just 2 days before the first oil entered Big Inch, the Mississippi River crossing lacked only a few hours of completion when another sudden flood hit the pipe-laying barges, broke the lines, and dropped Big Inch into the river mud. The pipe liners got it out, repaired it, and settled it securely in place before the oil stream reached there.

A third flood, after Big Inch was operating, did much more damage. On May 17, 1943, the Arkansas River reared up again at Little Rock, chewed away several hundred feet of the north bank, and broke Big Inch. In one of the most dramatic industrial battles of the war, the pipe liners had the line back in partial operation in 165 hours. A 7-mile line of 20-inch pipe was laid down Little Rock streets, over a railroad bridge, and tied into Big Inch, before the flood had even started to subside.

Except for floods, the western rivers were crossed without unusual difficulties. But the rock-bedded Delaware and Susquehanna Rivers in Pennsylvania were a different story, and required the firing of tons of explosives to dig trenches for the two lines.

Next to the rivers, and the always difficult swamps, the mountains of Pennsylvania probably offered the sternest challenge to the builders. Ditching in solid rock, laying pipe directly over the steep grades of the mountains, made progress slow and extremely hazardous. To add to the problems, both lines were laid in this area during the snow, ice, thaws, and mud of winter and early spring. Many good machines rolled down the mountainsides to total wreckage.

No praise can be too high for the men who planned and the men who built these life lines to the east. They fought without ceasing against the stumbling blocks of man and nature, and they earned the highest regard of their countrymen. Too many individuals contributed to the success of the many faceted pipe line program even to attempt to give each of them credit here.

The mechanics of planning, financing, and operating the Government-owned lines were an important detail of the wartime teamwork of the Government and industry.

Briefly, PAW and the industry committees studied and agreed on the new lines that would be needed, and which of them, because of their entirely war-emergency character, should be financed by the Government. After materials had been made available by WPB, the RFC took over the financing through its Defense Plant Corporation which delegated all construction to an oil-industry group, and operation through its Defense Supplies Corporation, which accepted the completed lines and also delegated all operating details to an oil-industry group.

War Emergency Pipe Lines, the industry corporation which built and operated Big Inch and Little Big Inch, was an amended version of Emergency Pipe Lines, the group which originally proposed to construct Big Inch on their own responsibility. Eleven eastern oil companies—Atlantic Refining, Cities Service, Consolidated, Gulf, Pan American, Shell, Socony-Vacuum, Standard of New Jersey, Sun, Texas, and Tidewater—incorporated War Emergency as a nonprofit corporation. With few exceptions, sim-

# CHAPTER XI

# The Story of Production

## OIL BEGINS IN THE EARTH

The average layman sees no glamour in an oil well.

But without the grimy, robust, persistent, ingenious oil driller, who pushes a steel pipe down as deep as 2 miles and more to draw precious crude oil from the pores of the earth, the towering war refineries would have stood idle, the mile-long tank-car trains would have been empty, the far-flung Big Inch and Little Big Inch pipe lines would have been superfluous, and the fast ocean tankers would have rusted at anchor.

To fight the "Battle of Oil" the production branch of the American oil industry supplied staggering quantities of crude—in spite of endless war-spawned obstacles, in spite of declining discoveries of new fields, in spite of the voracious appetite of the war machine, incessantly demanding "more oil—*more* oil—and MORE oil."

The American oil industry produced more oil and in volumes that oilmen, themselves, doubted possible. The United Nations required almost 7 billion barrels of crude oil from Pearl Harbor to VJ-day. That is equal to 315 billion gallons. And, of that prodigious total, the American oil industry produced, from fields in this country, a total of 5,800,000,000 barrels, and that is equal to 243,600,000,000 gallons of crude oil.

If all of the crude produced could have been converted into automotive gasoline, the 29,507,113 passenger cars in the United States in 1941 would have had enough gasoline to operate normally for more than 12 years. Or, putting it in terms of cities, the passenger cars registered in 1941 in Detroit, Chicago, Washington, Salt Lake City, Los Angeles, Fort Worth, Atlanta, New Orleans, Birmingham, New Fork, Boston, Seattle, Cleveland, Indianapolis, and Duluth all would have had enough gasoline to operate for a little more than 100 years.

To fill that wartime order, the oil industry had to increase the production of crude oil in United States oil fields from an average of 3,840,000 barrels a day in 1941 to a peak of 4,890,000 barrels daily in July 1945, a gain of more than a million barrels. (See chart on page 170.)

But figures do not begin to tell the story. The story's real meaning lies in terms of human beings—the men who produced the oil—produced by sweat, by hard work, by never swerving from their objective regardless of handicaps; by utilizing every trick their craft had acquired in 82 years of drilling for oil and then adding a few new tricks.

The oil industry produced the oil that produced results. No Government agency had to compel them to do the job. In production, as in every other oil function, the job was done largely by cooperation among the team members—the Petroleum Administration for War, the Petroleum Industry War Council, the district committees, and, perhaps more important than them all, the individual producer who went into the field and put together the brains and brawn and money and machinery that got the oil out of the ground.

### *Production—The Job and Its Pattern*

The bringing about of a million-barrel-a-day increase in output and maintaining the productive capacity was the number one victory in the field of crude-oil production, but it was made possible only by certain major accomplishments which never came to the attention of the general public or, for that matter, the armed services for whose use that vast additional volume of oil was produced.

The combined oil forces foresaw that the war would require all of our oil-productive capacity, and so they developed, with painstaking study, the long-range programs of exploration, development, and produc-

169



These problems were accentuated, of course, by the shortages of manpower and materials which plagued all industry, and which are discussed in separate chapters. The materials problem in the production branch was handled primarily by the operation of two orders: Conservation Order M–68,[1] which conserved materials by requiring wider spacing of wells; and preference rating order P–98, and its successor P–98–G [2] which provided automatic priority assistance in the getting of materials for those uses which were considered essential to the war program.

The whole pattern of the program might be epitomized: to attain a maximum of sustained crude oil productive capacity with (a) the most effective use of the limited supply of critical materials, manpower, and service facilities; (b) minimum disruption of the normal operations of the industry; (c) minimum of governmental regulation; and (d) maximum use of industry counsel and assistance.

To this end, the Government-industry associates worked in continuous close relationship, so that day-to-day as well as long-range problems might be most effectively met. Sometimes singly, sometimes jointly, but always with singleness of purpose, they dug out facts, put them under scrutiny, and then translated them into programs that produced action. Each advised the other; each looked to the other for advice.

Representatives of the Washington office of the production division always participated in the meeting of the PIWC production committee; and the Director made a monthly report to this committee to keep it currently informed as to developments, problems, plans, and trends in Government activities. Similarly, representatives of the production division of the district offices took part in meetings of the industry's district production committees. In turn, the industry members advised each other and the PAW Director of their problems.

The large number of individual operators in the production branch of the industry, their divergent and frequently conflicting interests and points of view, and the different operating procedures in various parts of the country made it extremely difficult to arrange for all points of view to be considered and coordinated in the district committees. To make the representation as broad as possible, the PIWC production committee followed a policy of not only permitting but encouraging anyone in the industry—small, medium, and large operators—and representatives of allied groups, such as drilling contractors and other service companies, to participate in the meetings.

To provide for a mutually advantageous working relationship with the State agencies responsible under State laws for regulating petroleum operations, PAW established in 1942 a National Conference of Petroleum Regulatory Authorities. This group contributed in a real way to the unification of the Nation's oil operation.

Thus were men of many interests and many talents mobilized for war.

### Backlog of Discovery and Reserves

Crude oil production in the United States began with the Drake discovery in Pennsylvania in 1859. From that time until 1900, its function chiefly was to yield kerosene for stoves and lamps. (See chart on page 170.)

Then, with the turn of the century, the internal-combustion engine began cutting a widening swath through our economy, and the early manifestations of marked increases in petroleum demand made it increasingly evident that oil would play a significant role in developing a giant industrial economy. The call was for a new line of products—gasoline, fuel oil, and lubricants [3]— and for constantly growing volumes of them.

All of this meant the need for more crude oil, and oilmen literally left no stone unturned to provide it. It had taken them 42 years—from 1859 through 1900—to get their first billion barrels of oil from the ground. It took them only 8 years to get the next billion, and less than 5 for the third.

By 1914, when Europe plunged into World War I, crude oil production in the United States had reached a new high annual rate of 265,756,500 barrels, or 728,000 barrels daily. War's effect was felt promptly. United States production rose to 770,000 barrels daily in 1915, to 821,800 barrels daily in 1916, and to 918,700 barrels daily in 1917. The following year, as the final, death-dealing blows were being dealt to Ger-

---

[1] Subsequently Petroleum Administrative Order No. 11 (PAO–11).

[2] Discussed further in chapter X.

[3] Lubricants had been important petroleum products almost from the inception of the industry but industrial growth and the development of automotive equipment changed the emphasis on the types of lubricating oil and added many new ones.

Digitized by Google

plans for production in California based on crude-oil demand and maximum efficient rates. To become effective, the plans had to be approved by the PAW chief counsel and directed into effect by the Petroleum Administrator. The district 5 office and the Production Division in Washington reviewed the allocation schedules and gave technical advice.

### Production Certificates

The initial recommendations in January 1942 called for little changes in actual production, since it was the intention to avoid serious disruption to normal supply channels and gradually, to bring about efficient rates of production. The program over a period of months, however, was developed so as to assign a capacity production rate to stripper properties, to reduce gradually the rate of production for fields in the intermediate or settled stage where such action would be beneficial, and to balance supply with requirements by increasing or decreasing production from the flush fields in line with their maximum efficient capacities.

PAW was guided, in establishing the monthly production rate certifications, by information obtained from the industry itself. The first Nation-wide survey of maximum efficient productive capacity by individual fields and pools was completed early in 1943 by the industry subcommittees appointed for the purpose. Thereafter these committees met annually to compile and review detailed data on productive capacities by fields and pools. The annual meetings were supplemented by quarterly meetings, at which revisions by States and areas were made on the basis of the most recent exploration and production trends. The production certifications were designed to effect an equitable distribution of crude production in line with productive capacity so that over-all productive capacity could be maintained at the highest possible sustained level. They were based upon detailed studies of maximum efficient rates for specific fields and areas. These studies were made available to State regulatory groups, certain of which have taken a strong position since the end of the war toward maintaining production within the limits of maximum efficient rates for individual fields. This position also has been reflected by many operators in their production practices.

As mentioned above, the submarine warfare made it necessary to deviate from the program in March 1942. Thence forward, availability of transportation and types of crude were primary considerations in determining the desirable rates for each State.

The overproduction in the Middle West was intended merely as an interim measure, until the pipe line to tap the huge reservoirs in the Southwest was completed, but it had to be continued well into 1943, when the war-emergency pipe line was finished.

During this period, Kansas played an important part in overcoming the deficit. Crude production from that State, located strategically with respect to existing overland transportation system to the east coast, had been severely restricted in the years immediately before the war due to competition of the newly discovered and flush production in the Illinois Basin area, which was closer to the large refineries of the Midwest. Study by the district 2 production committee indicated the Kansas fields could sustain an efficient production rate of about 275,000 barrels daily, and were producing only about 240,000 barrels daily. As rapidly as transportation could be arranged, the Kansas certification was increased and production went from 244,000 barrels daily in March 1942 to 278,000 barrels daily by July. During the next few months it was necessary to exceed the maximum efficient rate reached in July. In March 1943, Kansas production reached a peak of 317,000 barrels daily. At that high rate, it was apparent the reservoirs were being damaged. Fortunately, the first leg of the Big Inch pipe line was completed at about this time and Texas crude could be moved to the Illinois Basin for trans-shipment by rail to the east coast. The Kansas certification was returned to approximately the maximum efficient rate and for the remainder of the war production was at about 270,000 barrels daily.

During the same period, the certification for Michigan was increased above its maximum efficient rate of about 50,000 barrels daily for the same reasons, but was reduced when the first leg of the Big Inch pipe line was completed.

By such juggling of demands on production among the fields which were able to respond, the comrades-in-oil were able to keep most crises in the potential stage and to ride through those that could not be avoided. One of the important supply problems arising early in 1942 was the channeling of special types of Texas crudes to the limited refining facilities available for processing such critical war products as aviation gasoline, toluene, asphalt, and aviation lubricants. With the aid of the Bureau of Mines, Texas crudes were classified. The barrels daily of special crudes

Digitized by Google

required at specific plant terminals were included in the State recommendations, later certifications. This procedure was followed until refining and transportation facilities had been expanded to use the full productive capacity of Texas.

### Stimulating Exploration

Meanwhile, as already noted, the pre-Pearl Harbor survey had shown that our oil productive capacity was not unlimited. That first survey was followed by another, conducted through the PIWC production committee in May 1942. Although the data that resulted were not sufficiently detailed by fields to make possible a definite estimate of the discovery rate, they supported the belief that the downward trend was probably continuing.

From the experience gained in the first wartime survey, more comprehensive studies were undertaken at the start of each of the subsequent years. All of these later surveys confirmed the original PAW conclusion that the trend in new discoveries was downward. Analysis showed that the decline in volume of discoveries, despite increased exploratory effort, was due to the fact that the finding of prolific new oil fields was becoming increasingly difficult. In other words, the fields that were being discovered were smaller than those discovered in earlier years. The shallow and otherwise comparatively easy-to-find fields, naturally, had been those first to be discovered and developed during the relatively short life of the domestic-petroleum industry. It was evident, then, that it would be necessary to drill more and deeper wells in order to find the large quantity of oil required to offset the rapidly mounting production.

The first step toward expanding exploratory activities was the directing of emphasis to their necessity and the making of arrangements through the War Production Board for granting highest possible priority for materials, and for obtaining special items of equipment needed for specific exploratory projects. Solely for allocation of materials and equipment, an exploratory well was defined as one located 2 or more miles from any drilling or producible well. Another measure taken to stimulate exploration was the appointment by PAW of a special field assistant to devote his entire time to advising production operators of the need for immediate expansion of wildcatting and secondary recovery operations.

A drilling program urging the industry to drill 4,000 wildcat wells in 1942, or 25 percent more than the indicated rate for 1941, was established. Subsequently, PAW programmed a total of 4,500 for 1943 and 5,000 for both 1944 and 1945. These programs were not achieved in full but the number of wildcat wells drilled did increase substantially as did geological and geophysical activity.[9]

By the end of the war, the search for new reserves was at an all-time high throughout the country, measured by the number of wildcat wells drilling and geophysical crews in operation. Despite the record-breaking exploratory activity, however, only four new discoveries were made during the war period that yielded reserves of 100,000,000 barrels or more: West Edmond, Elk Basin-Tensleep, Fullerton, and Keystone-Ellenburger. These and numerous smaller discoveries were helpful and badly needed, yet were insufficient to offset the steadily mounting withdrawal rates. It was therefore necessary to draw more heavily on known fields, many of which had to be operated above their maximum efficient rate of production by the end of the war.

Nevertheless, the essentiality of accelerated wildcat drilling is seen in the fact that, when the war ended, about half a million barrels of the daily production, approximately 10 percent of the Nation's withdrawals, were being obtained from new fields and pools discovered since Pearl Harbor. This was about half of the 1,000,000 barrels-a-day increase in domestic production required since the war started. Without the oil from these new pools, the war program for oil probably could not have been met.

### Well-Spacing Patterns

While the program for stimulation of exploration for new reserves was being pushed, it was necessary to deal simultaneously with the immediate problem of getting the required production from reserves already discovered. In so doing, the oil forces were confronted from the beginning with the fact that materials were scarce and were going to become scarcer.

An average of 29,000 wells had been completed annually in the United States between 1937 and 1941. About 24,000 of these were oil development wells; the rest were wildcats or gas wells. Obviously there would not be enough steel to drill nearly as many

---

[9] See appendix 12, table 13.



of plans *for the joint use* and sharing of facilities * * *. [Editor's italics.]

Try to imagine the impact of such a proposal on an industry as highly competitive as oil! But the industry accepted it, and, through subcommittees of the production committees in each district, it did the job of making it effective—planning and putting into operation the joint use of facilities, owned and operated by different operators, as often as not the most vigorous of rivals.

On a half-dozen fronts the production branch acted to cope with the materials deficiency. One of the major projects was a survey of materials in operators' inventories. On recommendation of the PIWC Production Committee, the survey was initially confined to tubular goods, since it was clear that these would constitute the chief bottleneck. This system proved so satisfactory that it was used frequently thereafter in getting information for setting up inventory controls and in establishing schedules at mills so that materials necessary to the drilling program would be manufactured.

Inventory control became a highly important factor in channeling scarce materials where they would best serve the war program. This was especially true as the supply became tighter, and as PAW was required to give increasingly detailed information to support its claims before WPB for oil industry allotments. The control was effectuated through PAW administered orders and industry materials and supplies committees which served PAW by providing policy recommendations and plans, gathering and organizing information on inventories, and estimating future materials requirements.

The PAW administered orders, proving unusually successful in operation, (a) limited the stocks which could be held by operators, and required them to make available any excessive inventories for the use of other operators, and (b) required operators to obtain materials from excess inventories of other operators whenever possible before applying priority ratings to obtain material from manufacturers. Up until the end of 1944, more than $26,000,000 worth of surplus materials had been redistributed through the inventory control program. Without it, drilling operations, on numerous occasions, would have necessarily been suspended for lack of materials.

One of the effective methods of conservation of oil-field materials for the most essential uses was the issuance of limitation orders, concurred in by the industry committees, forbidding the use of specified materials except for specified purposes. As a result of these orders, the industry devised substitutes for many commonly used materials, and devised materials-saving changes in operating practices. Furthermore, much was accomplished voluntarily where limitation orders were not feasible.

To facilitate this work, the PIWC production committee created a subcommittee on substitutions and operating practices to correlate information as to expedients that were devised, and thus inform the entire industry as to the possibilities for improvisations.[18] Subsequently, a technical adviser to each district production committee was appointed to continue this work.

A special problem was the provision of supplies for the smaller operators. Many of the larger operators were in the habit of carrying reasonably large stocks of pipe to take care of their normal drilling requirements, but most smaller operators bought all their requirements through supply houses whose stocks were then seriously depleted. So, as an aid to wildcatting and as a means of assuring small operators an adequate supply of materials, there was devised a plan for the establishment of stocks of tubular goods at strategic points.

Under the plan, only the larger operators, those who had drilled more than 40,000 feet of hole in 1942, were required to place orders directly with the mills, and to schedule their orders approximately 4 months in advance. The smaller operators, those who had drilled less than 40,000 feet, were permitted to file their requirements only 1 month in advance, and to draw directly upon the supply points in their districts. The plan worked so satisfactorily that, by the end of 1944, consideration was given to enlargement of the supply-point stocks, and to require that all op-

---

[18] The chief services performed by this committee were the suggestions that it developed as to: (1) reduction of steel in oil-pumping units through reduction in types, sizes, and weights of these units, redesign of the units, and elimination of miscellaneous items; and (2) reduction of steel in oil-well casing through standardization, use of substitute material in pipe, changes of weights and grades of casing of deep wells, and recovery of intermediate protection pipe.

Some of these substitutions and alterations were admittedly at variance with normal safety regulations, but the need for materials conservation was so great that the best compromise was having competent engineers make their recommendations industry-wide rather than urging each operator to carry out his own experiments.

Digitized by Google