U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form

Case Title: **City Of Chicago v. BP P.L.C. et al**   Case Number: **1:24-CV-2496**

An appearance is hereby filed by the undersigned as attorney for:
**City of Chicago**

Attorney name (type or print): **Chelsey B. Metcalf**

Firm: **City of Chicago Law Department**

Street address: **121 N. LaSalle, Suite 600**

City/State/Zip: **60602**

Bar ID Number: **6337233**   Telephone Number: **(312) 744-9484**
(See item 3 in instructions)

Email Address: **Chelsey.metcalf@cityofchicago.org**

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on **03/29/2024**

Attorney signature:   S/ *Chelsey B. Metcalf*
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023