IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, <br><br> Plaintiff, <br><br> v. <br><br> BP P.L.C.; BP AMERICA INC.; BP PRODUCTS NORTH AMERICA INC.; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; CONOCOPHILLIPS COMPANY; CONOCOPHILLIPS; PHILLIPS 66 COMPANY; PHILLIPS 66; EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; SHELL OIL PRODUCTS COMPANY LLC; SHELL PLC; SHELL USA, INC.; and AMERICAN PETROLEUM INSTITUTE, <br><br> Defendants. | Civil Action No. 1:24-cv-02496 <br><br> Hon. Franklin U. Valderrama |

**CORPORATE DISCLOSURE STATEMENT AND
NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant BP America Inc. states that it is a 100% wholly owned indirect subsidiary of BP p.l.c. BP America Inc.'s intermediate parents, each of which is 100% wholly owned by its respective parent, are BP America Limited and BP Holdings North America Limited. No intermediate parent of BP America Inc. is a publicly traded company, and after a diligent review, no other entity or individual owns, directly or indirectly, five percent or more of BP America Inc. as an affiliate. BP p.l.c. is a publicly traded corporation organized under the laws of England and

Wales. No publicly held corporation owns ten percent or more of BP p.l.c.'s stock.[1]

| | |
|---|---|
| Dated: March 29, 2024 | SCHARF BANKS MARMOR LLC |
| | /s/ Stephanie A. Scharf |
| | Stephanie A. Scharf |
| | 30 West Hubbard Street, Suite 500 |
| | Chicago, IL 60654 |
| | Tel: (312) 662-6999 |
| | Fax: (312) 726-6045 |
| | sscharf@scharfbanks.com |

ARNOLD & PORTER KAYE SCHOLER LLP

Nancy G. Milburn (*pro hac vice forthcoming*)
Diana E. Reiter (*pro hac vice forthcoming*)
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000
Fax: (212) 836-8689
nancy.milburn@arnoldporter.com
diana.reiter@arnoldporter.com

John D. Lombardo (*pro hac vice forthcoming*)
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel: (213) 243-4000
Fax: (213) 243-4199
john.lombardo@arnoldporter.com

Jonathan W. Hughes (*pro hac vice forthcoming*)
3 Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Tel: (415) 471-3100
Fax: (415) 471-3400
jonathan.hughes@arnoldporter.com

*Attorneys for Defendant BP America Inc.*

---

[1] Defendant BP America Inc. reserves all rights, including, but not limited to, defenses and objections as to venue, service, and personal jurisdiction. The filing of this Corporate Disclosure Statement is subject to and does not waive any such defenses and objections.