**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: City of Chicago v. BP P.L.C., et al

Case Number: 1:24-cv-02496

An appearance is hereby filed by the undersigned as attorney for:

Phillips 66, Phillips 66 Company, ConocoPhillips and ConocoPhillips Company

Attorney name (type or print): Sean M. Berkowitz

Firm: Latham & Watkins LLP

Street address: 330 North Wabash Avenue, Suite 2800

City/State/Zip: Chicago, Illinois, 60611

Bar ID Number: 6209701
(See item 3 in instructions)

Telephone Number: (312) 876-7700

Email Address: sean.berkowitz@lw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 29, 2024

Attorney signature: S/ Sean M. Berkowitz
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023