**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: City of Chicago v. BP P.L.C. et al.

Case Number: 1:24-cv-02496

An appearance is hereby filed by the undersigned as attorney for:
Defendants Shell Oil Products Company LLC and Shell USA, Inc.

Attorney name (type or print): Nicole C. Mueller

Firm: K&L Gates LLP

Street address: 70 West Madison Street, Suite 3300

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6309735
(See item 3 in instructions)

Telephone Number: 312-807-4341

Email Address: nicole.mueller@klgates.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | | ✓ |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 1, 2024

Attorney signature: S/ Nicole C. Mueller

Defendants Shell USA, Inc. and Shell Oil Products Company LLC reserve all rights, including defenses and objections as to venue, service, personal jurisdiction, etc.; the filing of this Notice of Appearance is subject to, and without waiver of, any such defenses and objections.

Revised 07/19/2023

(Use electronic signature if the appearance form is filed electronically.)