IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO,<br><br>             Plaintiff,<br><br>             v.<br><br>BP P.L.C.; BP AMERICA INC.; BP PRODUCTS NORTH AMERICA INC.; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; CONOCOPHILLIPS COMPANY; CONOCOPHILLIPS; PHILLIPS 66 COMPANY; PHILLIPS 66; EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; SHELL OIL PRODUCTS COMPANY LLC; SHELL PLC; SHELL USA, INC.; and AMERICAN PETROLEUM INSTITUTE,<br><br>             Defendants. | Civil Action No. 1:24-cv-02496<br><br>Hon. Franklin U. Valderrama |

**CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES OF SHELL OIL PRODUCTS COMPANY LLC AND SHELL USA, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois ("Local Rule 3.2"), through their undersigned counsel, Defendants Shell USA, Inc. and Shell Oil Products Company LLC hereby make the following disclosures.

Shell Oil Products Company LLC's member is Shell USA, Inc., which is a wholly owned subsidiary of Shell Petroleum Inc., which is a wholly owned subsidiary of Shell Group Holding Limited, which is a wholly owned subsidiary of Shell plc, a publicly held company organized under the laws of the United Kingdom. Shell plc does not have any parent corporations. BlackRock, Inc. owns more than five percent of Shell plc's stock.

1

This statement is filed solely for purposes of complying with Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, and in order that the Judges of this Court may determine the need for recusal. This statement is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, or objection, including, but in no way limited to, venue, service, and personal jurisdiction.

April 2, 2024

Respectfully submitted,

By: */s/ Nicole C. Mueller*

Nicole C. Mueller
Kenn Brotman
K&L GATES LLP
70 West Madison Street
Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1211
Facsimile: (312) 345-9976
nicole.mueller@klgates.com
kenn.brotman@klgates.com

David C. Frederick (*pro hac vice* application forthcoming)
James M. Webster, III (*pro hac vice* application forthcoming)
Daniel S. Severson (*pro hac vice* application forthcoming)
Kathleen W. Hickey (*pro hac vice* application forthcoming)
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
dfrederick@kellogghansen.com
jwebster@kellogghansen.com
dseverson@kellogghansen.com
khickey@kellogghansen.com

*Attorneys for Defendants Shell USA, Inc. and Shell Oil Products Company LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system on April 2, 2024, which will serve all counsel of record.

By: */s/ Nicole C. Mueller*
Nicole C. Mueller