UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

City of Chicago
                        Plaintiff,

v.                                        Case No.: 1:24–cv–02496
                                        Honorable Franklin U. Valderrama

BP P.L.C., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 3, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, the Court grants the parties' joint motion regarding motion to remand briefing [26]. As described in more detail in the accompanying order, Plaintiff's Motion to Remand is due by 5/16/2024; Defendants' response is due by 7/1/2024; Plaintiff's reply is due by 7/31/2024. The brief in support of Plaintiff's Motion to Remand and Defendants' response shall not exceed 30 pages, and any Reply shall not exceed 18 pages. No Defendant is required to file an Answer or Motion to Dismiss or otherwise respond to the Complaint before the Court's order on Plaintiff's Motion to Remand. If the Court denies Plaintiff's Motion to Remand, Defendants shall file any Motions to Dismiss within 60 days of an Order denying the Motion to Remand. The Parties shall also promptly meet and confer regarding an appropriate briefing schedule and plan for Oppositions and Replies and page limits for Motions to Dismiss briefing and will endeavor to jointly submit a proposal to the Court within 10 days of the Court's order denying Plaintiff's Motion to Remand. If the Parties are not able to agree on a proposed briefing schedule, they shall submit separate proposals to the Court. In the event the Court denies Defendants' Motions to Dismiss, in whole or in part, Defendants' answers shall be due within 60 days of the Court's denial of the last of the Motions. No presently unserved defendant will be required to file an Answer or Motion to Dismiss or otherwise respond to the Complaint before the deadlines specified for Defendants herein. The deadline to serve Rule 26(a) Initial Disclosures and the issuance of a Rule 16(b) Scheduling Order shall be stayed until after the Court has ruled on the Motion to Remand. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.