IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, <br><br> Plaintiff, <br><br> v. <br><br> BP P.L.C.; BP AMERICA INC.; BP PRODUCTS NORTH AMERICA INC.; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; CONOCOPHILLIPS COMPANY; CONOCOPHILLIPS; PHILLIPS 66 COMPANY; PHILLIPS 66; EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; SHELL OIL PRODUCTS COMPANY LLC; SHELL PLC; SHELL USA, INC.; and AMERICAN PETROLEUM INSTITUTE, <br><br> Defendants. | Civil Action No. 1:24-cv-02496 <br><br> Hon. Franklin U. Valderrama |

**CHEVRON CORPORATION'S AND CHEVRON U.S.A. INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendants Chevron Corporation and Chevron U.S.A. Inc. state as follows:

Chevron Corporation is a publicly-traded company without a parent corporation. The following entities have filed a new or amended Schedule 13 with the U.S. Securities and Exchange Commission disclosing beneficial ownership of five percent (5%) or more of Chevron Corporation's total outstanding shares of common stock: the Vanguard Group Inc., BlackRock Inc., Berkshire Hathaway Inc./Warren E. Buffett, and State Street Corp. On information and belief, these entities own 5% or more of Chevron Corporation.

1

Chevron U.S.A. Inc. is an indirect subsidiary of Chevron Corporation. The following entities own 5% or more of Chevron U.S.A. Inc., directly or through ownership of one or more other entities: Chevron U.S.A. Holdings Inc., Texaco Inc., Chevron Investments Inc., and Chevron Corporation.

Dated: April 4, 2024  Respectfully submitted,

By: s/ *Patricia Brown Holmes*

RILEY SAFER HOLMES & CANCILA LLP
Patricia Brown Holmes
Ronald S. Safer
Lauren E. Jaffe
Christopher L. Schaeffer
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
pholmes@rshc-law.com
rsafer@rshc-law.com
ljaffe@rshc-law.com
cschaeffer@rshc-law.com
docketdept@rshc-law.com

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr., *pro hac vice forthcoming*
tboutrous@gibsondunn.com
William E. Thomson, *pro hac vice forthcoming*
wthomason@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua D. Dick, *pro hac vice forthcoming*
jdick@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.374.8451

Thomas G. Hungar, *pro hac vice forthcoming*
thungar@gibsondunn.com
1050 Connecticut Ave., N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

SUSMAN GODFREY L.L.P.
Erica W. Harris, *pro hac vice forthcoming*
eharris@susmangodfrey.com
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
Facsimile: 713.654.6666

STERN, KILCULLEN & RUFOLO, LLC
Herbert J. Stern, *pro hac vice forthcoming*
hstern@sgklaw.com
Joel M. Silverstein, *pro hac vice forthcoming*
jsilverstein@sgklaw.com
325 Columbia Turnpike, Suite 110
Florham Park, New Jersey 07932-0992
Telephone: 973.535.1900
Facsimile: 973.535.9664

*Attorneys for Defendants Chevron Corporation and Chevron U.S.A. Inc.*