# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CITY OF CHICAGO, | No. 1:24-cv-02496 |
| Plaintiff, | Hon. Franklin U. Valderrama |
| v. | |
| BP P.L.C.; BP AMERICA INC.; BP PRODUCTS NORTH AMERICA INC.; CHEVRON CORPORATION; CHEVRON U.S.A. INC.; CONOCOPHILLIPS COMPANY; CONOCOPHILLIPS; PHILLIPS 66 COMPANY; PHILLIPS 66; EXXON MOBIL CORPORATION; EXXONMOBIL OIL CORPORATION; SHELL OIL PRODUCTS COMPANY LLC; SHELL PLC; SHELL USA, INC.; and AMERICAN PETROLEUM INSTITUTE, | |
| Defendants. | |

## PLAINTIFF'S MOTION TO REMAND

Plaintiff, the City of Chicago, for the reasons set forth in its concurrently filed Brief in Support of this Motion, respectfully moves to remand this action forthwith to the Circuit Court of Cook County, Illinois.

Date: May 16, 2024          Respectfully submitted,

Mary B. Richardson-Lowry
**Corporation Counsel of the City of Chicago**

By:     */s/ Stephan J. Kane*
Stephen J. Kane
Rebecca A. Hirsch
Chelsea Metcalf
**CITY OF CHICAGO DEPARTMENT OF LAW**
**AFFIRMATIVE LITIGATION DIVISION**
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel: (312) 744-6934
stephen.kane@cityofchicago.org
rebecca.hirsch2@cityofchicago.org
chelsey.metcalf@cityofchicago.org

Adam J. Levitt
Daniel Rock Flynn
Anna Claire Skinner (*pro hac vice*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
alevitt@dicellolevitt.com
dflynn@dicellolevitt.com
askinner@dicellolevitt.com

By:     */s/ Matthew K. Edling*
Matthew K. Edling (*pro hac vice*)
Victor M. Sher (*pro hac vice*)
Katie H. Jones (*pro hac vice forthcoming*)
Paul Stephan (*pro hac vice*)
**SHER EDLING LLP**
100 Montgomery Street, Suite 1410
San Francisco, California 94104
Tel: (628) 231-2500
matt@sheredling.com
vic@sheredling.com
katie@sheredling.com
paul@sheredling.com