

**FILED**
6/13/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JB

1  **UNITED STATES DISTRICT COURT**
2  **NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| **City of Chicago** | |
| :-- | :-- |
| **Plaintiff**, | Case No: **1:24-CV-02496** |
| **v.** | **Honorable:** |
| **BP P.L.C. et al** | **Franklin U. Valderrama** |
| **Defendants**. | |

3

4  ### <u>MOTION TO INTERVENE AS A DEFENDANT</u>

5  Tarek Farag (hereinafter **Farag**) (**pro se**), states the following under <u>**OATH**</u>:

6  **1-**  Farag conferred with the parties about this intervention, and made them aware that he is

7  going to file a motion to <u>**transfer**</u> case # <u>**1:24-CV-02728**</u> [<u>attached as Exh A</u>] to the H.J.

8  Valderrama, which is much larger case, but one of its major issues completely covers all the

9  issues in this case. No party responded, which makes Farag believe that they are <u>**opposing**</u> it.

10  **2-**  Farag is an engineer having worked in many engineering fields, and did many scientific

11  researches including his Masters and PhD in nuclear engineering. Was certified as a PE in

12  Illinois in 1994, and have a few patents. Farag devoted most of his time to examine Obama's

13  claims that "<u>burning fossil fuel is causing dangerous global warming</u>" (hereinafter <u>**Hoax**</u>), and

14  see-level rise. The claim that higher temperature would cause see level rise was easy to prove its

15  falsity by very simple calculations, which proved the opposite that it causes lowering the see

16  levels. As for the claims related to the Hoax, Farag was shocked to discover the amount of fraud

17  and deception involved in these claims (are explained in the accompanying pleadings).

18  **3-**  Farag believes that the world is seeing a <u>**huge**</u> <u>well organized and funded, International</u>

19  <u>Enterprise</u>, using the Hoax. It <u>**rented**</u> many politicians and government officials, and <u>**bought**</u>

1

1  many organizations and individuals to promote and benefit from it, on the expense of the

2  taxpayers, the poor, and the middle class. They are pursuing a **kind of cases never seen before**

3  **in the history of the American Courts**.

4  **4-** Farag observed that the **U.S. Government is monitoring and censoring** almost all his mail,

5  emails, text messages, phone calls, and many times blocked his in/out emails. He believes that

6  they are **obstructing justice by stopping** the US Postal Service from **delivering Farag's**

7  **registered letters of the process-service to some defendants of his complaint of case # 1:24-**

8  **CV-02728. Farag gave the Postal Service the letters on 4/17/2024, at 10:19 AM. However,**

9  **after about 2 months five letters were not delivered (or even returned), in spite of his**

10  **multiple complaints. As of 6/11/2024, the following tracking numbers ending in: 0008, 0503,**

11  **0671, 9910, 9989, were withheld in the facilities without moving or delivery on the following**

12  **dates: 4/26, 4/25, 4/25, 4/22, and 5/6, respectively [see Exh B].**

13  **5-** **The observations that the government is monitoring and censoring Farag, in addition to**

14  **obstructing justice by stopping the service to the defendants, intensify Farag's concerns**

15  **about his safety. These concerns pushed him before to file a police report for protection**

16  **immediately after filing the complaint on 4/4/2024 (Westmont #24-5014). This shows clearly**

17  **that the intention of the defendants is to get the case lost. Considering the urgency of**

18  **Farag's complaint to stop the Hoax's destruction, and noting that the** <span style="color:red">**defendant US**</span>

19  <span style="color:red">**AG Merrick Garland, was held in contempt of Congress**</span>**, it is**

20  **extremely important for Farag to intervene in case # 1:24-cv-02496, which has all the**

21  **parties almost ready to proceed, and Farag can quickly end the Hoax forever.**

22  **6-** Many people jumped on the hoax, promoted it, gained power, and made financial gains. The

1   worst part was, and is, the promotion of this hoax on an international level by NASA and the

2   IPCC (United Nations' Intergovernmental Panel on Climate Change).

3   **7-** Farag finished his scientific studies, analysis, and calculations, using mainly the data

4   contained in the technical reports generated by IPCC and NASA, which revealed serious errors.

5   **8- <u>Farag proved that there is no scientific basis for the claims that the $CO_2$ released from</u>**

6   **<u>burning fossil fuel could cause Global Warming, cause sea levels to rise, etc.</u>** Farag published

7   his findings around May 2022, and around November 17, 2022, sent an open letter to UN

8   Secretary General asking him to stop pushing countries into disasters due to the Hoax. However,

9   he didn't receive any response, and the push for the hoax continued. Around February 14, 2023,

10  Farag sent another letter to him and to many politicians and decision makers, and complained to

11  US Attorney General and to IL State Attorney General. However, he didn't get any disputes to

12  his findings, or any responsive reply.

13  **9-** Plaintiff is establishing this case on the wrong assumption that burning fossil fuel could cause

14  **<u>catastrophic effects</u>**, as stated in paragraph 1 of the complaint "*For decades, the fossil fuel*

15  *industry has misled consumers and the public about **<u>climate change</u>**. Since at least the 1950s, its*

16  *own scientists have consistently concluded that <u>fossil fuels produce carbon dioxide and other</u>*

17  *<u>greenhouse gas pollution that can have catastrophic consequences for the planet and its people</u>*."

18  **10-** The destruction due to this Hoax became clear after President Biden's war on fossil fuel,

19  which resulted in losing our energy independence, and the soaring of energy prices and the prices

20  of almost everything, which is devastating for Farag personally and almost all the citizens.

21  **<u>10-  FARAG IS ENTITLED TO INTERVENE AS OF RIGHT</u>**

22  A party that needs to intervene as of right should meet the following: (1) the motion must be

23  timely; (2) the movant must claim a "significantly protectable" interest relating to the property or

24  transaction that is the subject of the action; (3) the movant must be so situated that the

1    disposition of the action may, as a practical matter, impair or impede the movant's ability to

2    protect that interest; and (4) the movant's interest must not be adequately represented by the

3    existing parties to the action. Consistent with all other federal courts of appeal, the Ninth Circuit

4    applies this test broadly in favor of intervention:

> *"A liberal policy in favor of intervention serves both efficient resolution of issues and*
> *broadened access to the courts. By allowing parties with a practical interest in the*
> *outcome of a particular case to intervene, we often prevent or simplify future litigation*
> *involving related issues; at the same time, we allow an additional interested party to*
> *express its views before the court"*.[ United States v. City of L.A., Cal., 288 F.3d 391,
> 397-98 (9th Cir. 2002)].

12   Thus, courts assess a motion to intervene "primarily by practical considerations, not technical

13   distinctions." [Sw. Ctr. for Biological Diversity v. Berg, 268 F.3d 810, 818 (9th Cir. 2001)]. As

14   discussed below, Farag meets each of the requirements for intervention as of right.

15   **10.1- Farag's motion to intervene is timely.**

16   When evaluating timeliness, the Court needs to consider (1) the stage of the proceedings, (2) any

17   prejudice to the existing parties, and (3) the reasons for and length of any delay. This litigation

18   was transferred around 03/27/2024, and the case is still in its early stages. Hence, no party will

19   be prejudiced by Farag's intervention. In reality, Farag's intervention **will end the case before**

20   **its start,** which is by itself, **a reason for the Court to grant his motion to intervene**. Once

21   Farag is allowed to intervene, he will quickly file a **motion to declare** that the Hoax is a hoax,

22   based on the **scientific facts disputing the claims that burning fossil fuel is causing global**

23   **warming**, In case that the Court would hold a hearing to find the facts, **Farag is assuring the**

24   **Court that within few minutes** (could be less than 5 minuets) after the plaintiff clarifies the

25   meanings of global warming, greenhouse gases, CO2 absorption, etc. Farag **will prove to the**

26   **Court, beyond any doubt**, that the Hoax is a hoax, using simple language that a middle school

student can <u>understand</u>. Hence, Farag's <u>motion to intervene is not only timely, but also needed</u>.

**10.2- Farag has a significant protectable interest in the resolution of this action.**

A significant protectable interest exists when an applicant asserts an interest that is protected under some law and there is a relationship between the applicant's legally protected interest and the plaintiff's claims. The interest requirement of Rule 24(a) is "*primarily a practical guide to disposing of lawsuits by **<u>involving as many apparently concerned persons</u>** as is compatible with efficiency and due process*."[ Nuesse v. Camp, 385 F.2d 694, 700 (D.C. Cir. 1967); see Wilderness Soc'y v. U.S. Forest Serv., 630 F.3d 1173, 1179 (9th Cir. 2011)]. Accordingly, no specific legal or equitable interest need be established for the Rule 24 test to be satisfied. To satisfy the "relationship requirement, an applicant must show that resolution of the plaintiff's claims will affect the applicant. The impact of this Federal case that is established on enforcing the Hoax, goes **<u>FAR beyond its parties</u>**, and could legalize the illegal and destructive actions of the government. Almost all the cases to enforce the Hoax and its regulations have no real representations of the interests of the citizens. One simple example for Farag's damages due to enforcing the Hoax is his electric bill showing that he was **<u>paying about 16% on top of his already high electric bill to enforce the Hoax</u>** [**<u>see Exh C</u>**]. In addition, the government takes our money to give it to rich people to subsidize for them electric cars, solar panels, etc. Moreover, Farag's interests are much higher than Plaintiffs' interests, <u>bearing in mind that their action is **based on untrue facts**</u>. Hence, Farag satisfies the second prong of the intervention test.

**10.3- Disposition in favor of Plaintiffs will harm Farag's interests.**

The test for impairment under Rule 24 focuses on practical effects. "*If an absentee would be substantially affected in a practical sense by the determination made in an action, he should, as a general rule, be entitled to intervene - -.*" [ Fed. R. Civ. P. 24 advisory committee's note,

quoted in Citizens for Balanced Use, 647 F.3d at 898]. The purpose of Plaintiff's claims in this litigation is not only to stop the fossil fuel companies from supplying the citizens with reliable and inexpensive source of energy, but also to prevent them from using these sources. There seems to be no limit for the Plaintiff and the International Enterprise to control the people. They want to stop people from eating meat, feed them with insects and their artificial meat, prevent them from barbecuing in their backyards, force them to live the way they want, etc. If Plaintiffs are successful in their claims, the government would take unjustified actions that would increase the prices of almost everything, costing Farag substantial money, reducing his standard of living, and paying hidden taxes to subsidize other sources of energy and equipment. Hence, Farag satisfies the third prong of the intervention test.

**10.4- Defendants do not adequately represent Farag's interests.**

Farag's interests are sufficiently different from those of Defendants to warrant intervention. The burden of demonstrating inadequate representation is minimal. Farag needs only to show that his interests are different from the existing parties' interests such that their representation may be inadequate. The Court must consider:

> *(1) whether the interest of a present party is such that it will undoubtedly make all the intervenor's arguments;*
> *(2) whether the present party is capable and willing to make such arguments; and*
> *(3) whether the would-be intervener would offer any necessary elements to the proceedings that other parties would neglect.*[ Citizens for Balanced Use, 647 F.3d at 898; Trbovich v. United Mine Workers of Am., 404 U.S. 528, 538 n.10 (1972); Sw. Ctr. for Biological Diversity, 268 F.3d at 823; Nuesse v. 385 F.2d at 703].

The fossil fuels companies could be uninterested in proving that the Hoax is a hoax, or remove all the restrictions on the fossil fuels, as they did in the "Environmental" cases like case # 3:23-cv-00061-SLG, in the District of Alaska. They fight those cases to the point where they don't affect their profits. They have the tendency to rely on procedural and legal arguments like

1  plaintiffs have no standing, not constitutional, etc., and not to dispute the scientific facts. To

2  show in numbers the reasons for their positions, let us look at the cost of one gallon of gasoline

3  at the pump, which was about $2 in Illinois before the war on fossil fuels. Let us assume that the

4  cost was $1.5 generating $0.5 profit. Now the price jumped to more than $4, not because an

5  increase in the cost, but due to a decrease in the supply while the demand is almost the same.

6  Then the profit will be ($4 - $1.5 = $2.5), which represents 500% increase! Here, Farag's

7  interests and perspectives as a consumer trying to reduce his costs and with a direct economic

8  stake in this controversy are very different from the interests of fossil fuel companies trying to

9  maximize their profits. When parties, such as Farag, has private interests, as opposed to the fossil

10  fuels companies, this difference is sufficient to justify intervention. Moreover, Farag's

11  participation in the litigation would certainly aid the Court's consideration of the issues in this

12  case. **Farag would be the entity in this litigation with scientific knowledge that will aid the**

13  **Court's** understanding of the issues in this case that may not be made by other parties to the

14  litigation. Hence, Farag satisfies the forth prong of the intervention test.

15  ## 11- ALTERNATIVELY, FARAG IS ENTITLED TO PERMISSIVE INTERVENTION.

16  As with intervention as of right, permissive intervention is construed liberally in favor of the

17  moving party.[ City of L.A., 288 F.3d at 397–98]. Permissive intervention should be allowed

18  under Fed. R. Civ. P. 24(b) as long as the applicant for intervention establishes that "*(1) it shares*

19  *a common question of law or fact with the main action; (2) its motion is timely; and (3) the court*

20  *has an independent basis for jurisdiction over the applicant's claims*."[ Donnelly, 159 F.3d at

21  412]. Under this standard, neither the inadequacy of representation nor a direct interest in the

22  subject matter of the action need be shown.[ Kootenai Tribe of Idaho v. Veneman, 313 F.3d

23  1094, 1108 (9th Cir. 2002), overruled in part on other grounds by Wilderness Soc'y, 630 F.3d at

1178]. Farag shares a common question of fact "burning fossil fuel does not cause global warming". His motion is timely, and will not prejudice the existing parties. Accordingly, if this Court were to deny Farag's motion to intervene as of right, permissive intervention should be granted.[Freedom from Religion Found., Inc. v. Geithner, 644 F.3d 836, 844 (9th Cir. 2011)].

12- For the foregoing reasons, Farag respectfully requests that this Honorable Court grant his motion to intervene as of right under Fed. R. Civ. P. 24(a); and/or to be granted permissive intervention under Fed. R. Civ. P. 24(b); And for other relief as proper.

Respectfully submitted this 13th day of June 2024,

TAREK FARAG
Proposed Intervener, pro se.
630 709 3965
tarekfaragusa@hotmail.com

## CERTIFICATE OF SERVICE

I certify that on June 13, 2024, I served the foregoing pleadings of Tarek Farag, by email to the listed emails attached, and relying on the Court Clerk to file the pleadings and serve them electronically to all the parties on record.

Respectfully submitted,

TAREK FARAG, pro se.
411 N WARWICK AVE, WESTMONT, IL 60559
Phone: 630 709 3965
Email: tarekfaragusa@hotmail.com

List of Emails served:
jjanderson@mcguirewoods.com, bschmalzbach@mcguirewoods.com, sean.berkowitz@lw.com , ryanne.perio@wilmerhale.com , kenn.brotman@klgates.com, nicole.mueller@klgates.com , ycleary@paulweiss.com , austriacod@jbltd.com , cgrusauskas@paulweiss.com , JDick@gibsondunn.com , thungar@gibsondunn.com , LJaffe@rshc-law.com , cschaeffer@rshc-law.com , jonathan.hughes@arnoldporter.com , John.Lombardo@arnoldporter.com , Diana.Reiter@arnoldporter.com , paul@sheredling.com , askinner@dicellolevitt.com , vic@sheredling.com , chelsey.metcalf@cityofchicago.org , rebecca.hirsch2@cityofchicago.org , Pclyder@mcguirewoods.com , katherine.rouse@lw.com , nicole.valco@lw.com ,

fanningd@jbltd.com , morrisp@jbltd.com , dtoal@paulweiss.com , twells@paulweiss.com ,
pholmes@rshc-law.com , rsafer@rshc-law.com , tboutrous@gibsondunn.com ,
WThomson@gibsondunn.com , gsax@scharfbanks.com , sscharf@scharfbanks.com ,
gsax@scharfbanks.com , sscharf@scharfbanks.com , Stephen.Kane@cityofchicago.org ,
dflynn@dicellolevitt.com , matt@sheredling.com , alevitt@dicellolevitt.com

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law, the undersigned certifies that the statements set forth
in this instrument are true and correct, except as to matters therein stated to be on
information and belief and as to such matters the undersigned certifies as aforesaid that
he verily believes the same to be true and correct.

Signed: TAREK FARAG

Dated: June 13, 2024

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| City of Chicago Plaintiff, v. BP P.L.C. et al Defendants. | Case No: **1:24-CV-02496** <br><br> Honorable: <br><br> **Franklin U. Valderrama** |
|---|---|

## FARAG'S PLEADINGS TO ACCOMPANY HIS MOTION TO INTERVENE

The movant Tarek Farag, pro se (hereinafter Farag), states the following:

**1-** Farag is disagreeing with Plaintiffs' allegations of facts related to the claims that burning fossil fuels could cause harmful global warming, and considers them a **Hoax**.

**2-** Plaintiff's action is believed to be a part of the International Enterprise that is using the Hoax for its benefits. Farag will refer to them together as **IE**.

**3-** IE is wrongfully characterizing $CO_2$ as pollutant, without it, life will die.

**4-** Plaintiff is establishing this case on a wrong assumption that is not based on scientific facts that burning fossil fuel generating $CO_2$ could cause harmful global warming.

**5-** The main greenhouse gas is water vapor, which is impossible to remove and necessary for life. $CO_2$ is not a pollutant, which is necessary for plant growth and without $CO_2$ life will die. There is no climate crisis. $CO_2$ has limited absorption bands for absorption and emission of IR radiations, even water vapor (which has much more concentration) shares some of these bands. $CO_2$ is continuously absorbed and recycled by the plants producing carbohydrates and releasing Oxygen.

**6-** On his research, Farag submitted a FOIA request to the EPA [Tracking Number EPA-2022-001766, Requester Name Dr. TAREK FARAG, Submitted Date 01/05/2022], requesting the following (the format is exactly the sme):

*"Please provide all the SCIENTIFIC: data, reports, analysis, experiments, studies, etc. that show the GOOD and BAD effects of the: "MAN-MADE-CLIMATE-CHANGES", and support its existence or its future existence, according to which the agency and the US government concluded and/or recommended and/or ACTED and/or joined national or international organizations to COMBAT this man-made climate changes.*

*Note: Most of the requested materials could be in electronic format, I accept its delivery by email to save time and money."*

EPA responded on 1/31/2022 (hopkins.daniel@epa.gov) that **all what they have as scientific proofs is nothing ZERO**, proving that EPA has no <u>scientific basis for the claims that burning fossil fuel is causing man made climate change or global warming.</u>

**7-** Farag's scientific studies, analysis, and calculations using mainly the data contained in the technical reports generated by IPCC (UN Intergovernmental Panel on Climate Change) and NASA revealed serious errors. The claims that released CO2 from burning fossil fuel could cause Global Warming, cause sea levels to rise, etc. has no scientific basis. No one should be misguided by the large number of the people (or their degrees) that participated in those reports. As Galileo said "*In questions of science, the authority of a thousand is not worth the humble reasoning of a single individual*".

**8-** The theory that CO2 traps (absorbs) most of the IR (Infra-Red) energy emitted from the earth's surface is flawed. The earth emits a wide spectrum of IR most of its energy is in the 3 to 100 micrometer range. CO2 has limited absorption bands at (2, 2.7, 4.3, and 15 μm). Water vapor absorbs 30 times the IR energy as CO2.

**9-** The data on page 935 of IPCC's "Earth's Energy Budget, Climate Feedbacks and Climate Sensitivity" reveals that increasing greenhouse gases will reduce Sun's energy reaching the Earth's surface, **causing Global Cooling not warming**, in direct contravention of its own stated global warming theory. IPCC stated "*As a result, there is a radiative imbalance at the TOA in the clear-sky energy budget (Figure 7.2, lower panel), suggesting that the Earth would warm substantially if there were no clouds*". This statement is not a scientific one since the 20 W/m2 IPCC estimated is a factual number not a feeling and IPCC should not use the word "suggesting". In contrast, on

page 1022, IPCC stated "*Scientists have made significant progress over the past decade and are now more confident that changes in clouds will amplify, rather than offset, global warming in the future*". There is no basis for their statement of "more confident" since it did not specify the magnitude or the direction of their predicted changes, and the statement by itself is not scientific because there is always uncertainty not confidence.



**Fig 1-  IPCC's schematic representation of the global mean energy budget of the Earth**



**Fig 2- IPCC's schematic representation of the global mean energy budget of the Earth without considerations of cloud effects**

**10-** IPCC is showing two diagrams in page 934 (shown above as Fig 1 and Fig 2) that represent gross scientific errors:

10-1 The Earth's surface in "All Sky" receives 160 W/m2 of the Sun's energy while emitting 398 W/m2 (not adding evaporation and sensible heat), which is more than the stated Sun's incoming energy of 160 W/m2 at the Earth's surface and the 340 W/m2 at TOA. This is not logically or scientifically possible.

10.2. The Earth's atmosphere absorbs a total of 399 W/m2 (80+160+ 398-239 = 399), which means that the Earth is dangerously HEATING with energy MORE THAN THE INCOMING SUN'S ENERGY, which is not logically or scientifically possible.

10.3. Having this incorrect information for 5 years without correction or explanation is highly unprofessional, because it misleads people to wrong conclusions and actions. Many people trusted these reports and used their data without confirming its veracity and physical basis.

**11-** Both IPCC and NASA manipulated 10 years data to prove their Global Warming Hoax, instead of changing their models to agree with the measurements [IPCC (935) "*is not sufficient to quantify - -, the CERES EBAF reflected solar and emitted thermal TOA fluxes were **adjusted**, - - to ensure that the net TOA flux for July 2005 to June 2015 was consistent with the estimated Earth's energy balance for the same period - -*"].

**12-** Most of the references IPCC uses are its own that could be similarly misstated.

**13-** Global Warming would reduce sea level as opposed to increasing it. The average temperature of the sea surface is 20 °C. Increasing it 3 °C will increase the water vapor content of the air by about 19%, which will come from water evaporation from the sea surface reducing its level. However, a 19% water increase in clouds would increase the absorption of Sun's energy by about 11.8 W/m2 which is a huge reduction compared to

the imbalance of 0.7 W/m2, or the additional 3 W/m2 of $CO_2$ absorption (277-274) when its level increases from 400 to 800 ppm, causing feedback cooling of about 11 °C (compare it to a rise of only 3  °C)!?

**14-** Increasing $CO_2$ will increase vegetative growth on the earth, which is a very desirable thing. According to NASA "*Studies have shown that higher concentrations of atmospheric carbon dioxide affect crops in two important ways: they boost crop yields by increasing the rate of photosynthesis, which spurs growth, and they reduce the amount of water crops lose through transpiration - - and thus increased water-use efficiency*". The CO2- Coalition quantified the increase in crop biomass, resulting from adding 300 ppm $CO_2$, to be from 41% to 77.8%.

**15-** Increasing $CO_2$ levels from 400 to 800 ppm, will cool the Earth since the increase in plant growth will store additional 4.73 W/m2 of Sun's energy as carbohydrates as opposed to letting it become heat. This is more than the 3 W/m2 difference in the radiation emitted to space (277 and 274) when increasing $CO_2$ levels to 800 ppm.

**16-** A rise in $CO_2$ levels is a very desirable thing that we should encourage globally. We must not waste our resources, destroy our economies, or reduce our standards of living in the name of global warming or reducing $CO_2$ emissions.

**17-** Farag suffered huge financial losses and reduction to his standard of living, due to the huge increases in the prices of almost everything, due to the limitations, imposed on the use and production of fossil fuel in the USA. In addition, he is paying hidden taxes to subsidize other sources of energy and equipment, and paying to destroy other reliable sources of energy (including nuclear), and to subsidize electric-cars, windmills, solar panels, etc. against his will.

**18-**  Granting Farag's motion to intervene should not delay the adjudication of the case. It is the opposite, it will expedite its adjudication. Farag is planning to file quickly a motion for declaratory relief declaring that the claims that burning fossil fuels could cause harmful global warming, have no scientific basis, and is a Hoax. Which could end the litigations before their start. Farag is certain that once the Court have a hearing and Plaintiff define the meanings of global warming, CO2 effects, etc. he will prove the HOAX to the Court within few minutes. Additionally, Farag is planning to file a motion for a restraining order to stop enforcing the laws, regulations, subsidiaries, etc. related to the Hoax.

**19-**  Farag would like to ask the Court to allow him to file his documents electronically, and receive the previous and future case-filing electronically to his email address: tarekfaragusa@hotmail.com, and to be able to serve all the parties using the CM/ECF system.

WHEREFORE, Tarek Farag, respectfully requests that this Honorable Court grant the following relief:

1) Declare that the claims that burning fossil fuel generating CO2 could cause global warming has no scientific basis, and the Man-Made-Global-Warming and the Zero-Carbon emission are destructive non-scientific issues.

2) Invalidate all the administrative orders, laws, subsidiaries, etc. to combat Man-Made-Global-Warming, promote Zero-Carbon emission, or against fossil fuels, that are not based on solid science.

3) Grant Farag a leave to amend or supplement his pleading when appropriate.

4) Compensate Farag for his damages and costs.

5) Award Farag punitive damages.

6) Take any additional actions this Honorable Court sees as proper and just.
   Respectfully submitted this 12th day of June 2024,

TAREK FARAG
Proposed Intervener, pro se.
630 709 3965
tarekfaragusa@hotmail.com

## CERTIFICATE OF SERVICE

I certify that on June 13, 2024, I served the foregoing pleadings of Tarek Farag, by email to the listed emails attached, and relying on the Court Clerk to file the pleadings and serve them electronically to all the parties on record.

Respectfully submitted,

TAREK FARAG, pro se.
411 N WARWICK AVE, WESTMONT, IL 60559
Phone: 630 709 3965
Email: tarekfaragusa@hotmail.com

List of Emails served:
jjanderson@mcguirewoods.com, bschmalzbach@mcguirewoods.com, sean.berkowitz@lw.com , ryanne.perio@wilmerhale.com , kenn.brotman@klgates.com, nicole.mueller@klgates.com , ycleary@paulweiss.com , austriacod@jbltd.com , cgrusauskas@paulweiss.com , JDick@gibsondunn.com , thungar@gibsondunn.com , LJaffe@rshc-law.com , cschaeffer@rshc-law.com , jonathan.hughes@arnoldporter.com , John.Lombardo@arnoldporter.com , Diana.Reiter@arnoldporter.com , paul@sheredling.com , askinner@dicellolevitt.com , vic@sheredling.com , chelsey.metcalf@cityofchicago.org , rebecca.hirsch2@cityofchicago.org , Pclyder@mcguirewoods.com , katherine.rouse@lw.com , nicole.valco@lw.com , fanningd@jbltd.com , morrisp@jbltd.com , dtoal@paulweiss.com , twells@paulweiss.com , pholmes@rshc-law.com , rsafer@rshc-law.com , tboutrous@gibsondunn.com , WThomson@gibsondunn.com , gsax@scharfbanks.com , sscharf@scharfbanks.com , gsax@scharfbanks.com , sscharf@scharfbanks.com , Stephen.Kane@cityofchicago.org , dflynn@dicellolevitt.com , matt@sheredling.com , alevitt@dicellolevitt.com

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true and correct.

Signed: TAREK FARAG

Dated: June 13, 2024

16

**Exh A**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

TAREK FARAG

Plaintiff,

v.

**Joseph Biden,** in his Official Capacity as President of the United States**; Alejandro Mayorkas**, in his Official Capacity as US Secretary of Homeland Security**; Merrick Garland ,** in his Official Capacity as US AG**; Michael Regan,** in his Official Capacity as EPA Administrator**; Kwame Raoul**, in his Official Capacity as IL Attorney General**; J.B. Pritzker**, in his Official Capacity as IL Governor**; Dick Durbin**, in his Official Capacity as IL Senator**; Tammy Duckworth,** in her Official Capacity as IL Senator**; Sean Casten,** in his Official Capacity as IL Congressman**; The United States of America;**
 The following Defendants are Media Companies:
**MSNBC; CNN; CBS; CNBC; NPR; Washington Post; NY Times; Facebook; and Other Unknown Defendants,**

Defendants.

**Civil Case No**

# 1:24-cv-02728

**Judge: Honorable**

JEREMY C. DANIEL

**Magistrate Judge: Honorable JEANNICE W. APPENTENG**

## COMPLAINT FOR DECLARATORY, INJUNCTIVE, AND OTHER RELIEF

Plaintiff Tarek Farag (hereinafter Farag) states the following under oath:

## JURISDICTION AND VENUE

**1-** This Court has Federal Jurisdiction under 28 U.S.C. § 1331, and the Administrative

1  Procedure Act ("APA"). Venue is proper in this District pursuant to 28 U.S.C. § 139. The Court

2  is authorized to award the requested declaratory, injunctive, and other relief under 28 U.S.C. §§

3  2201-2202, 5 U.S.C. § 706, 18 U.S.C. § 2381, 18 U.S.C. § 1001, 18 U.S.C. § 371, and the

4  Immigration and Nationality Act ("INA").

5  <u>**INTRODUCTION**</u>

6  **2-** Farag is a patriotic American citizen, emigrated with his family from Egypt, escaping a <u>tyrant</u>

7  <u>corrupt system that **fully controls the media**, prosecutes and eliminates any opposition, and its</u>

8  <u>president has the power to arrest and imprison any person with or without a fake trial</u>. This

9  tyrannical system has <u>elected</u> officials that their jobs are to <u>praise and protect the wrongdoings</u> of

10  the government <u>officials</u>, and always hold the people accountable. Its constitution mandates

11  discrimination and the president can manipulate and change it according to his whims.

12  **3-**    Farag believed that the <u>USA is the greatest nation</u> because of its **Constitution**; not its

13  people (people are the same everywhere), nor its resources. In Egypt, if a train accident happens

14  killing 200 people, no official is accountable (So what, 200 out of 80 million). In contrast, when

15  Farag **first** came to the USA, if only one person is harmed in a foreign country, every citizen will

16  consider himself to be harmed. The government and the army will be ready to mobilize their full

17  power, with the potential of losing many more brave men, to protect this single American.

18  **4-** It was never in Farag's worst nightmares that he will see the president of the USA, the

19  defendant Joe Biden (hereinafter Biden), <u>breaking his Oath of Office, **committing treason**,</u>

20  <u>breaking our laws and constitution, illegally bringing into the USA millions of criminals</u> (anyone

21  who breaks our laws is a criminal and an **<u>enemy</u>** of the state) <u>and giving them benefits more than</u>

22  <u>the hard-working Americans</u>. Biden deceptively called those enemies newcomers, asylum

23  seekers, etc. Worse than this worst nightmare, is that a huge number of our **officials** (**elected or**

**appointed**) were **complicit and conspired** with him, and supported and protected him! They went further in their treason, not only by **fighting the efforts of the state of Texas** to stop the invasion of the country by those enemies, but also, **by flying about 320,000 enemies illegally directly to our cities**. Further, after many women were raped/killed by those criminals, Biden didn't hold himself or any member of his administration accountable (So What). However, some were blaming the victims, because they should have avoided being at that place at that time (they wanted women to be with guardians, as in Islamic countries). It is disturbing that blaming the victim became a trend to an abhorrent degree that in Illinois, they are suing the car manufacturers instead of the thieves for car thefts, accusing them of not providing adequate anti-theft means! They will soon sue all the homeowners for not installing adequate anti theft means. These things **TERRIFIED Farag**, **and assured him that he has no safety for his life or property**. **It proved to him that Biden, his government, and those officials are destroying America and they are its REAL ENEMIES**. Therefore, Farag is assuring everyone that **he is not suicidal**, and will file a request in the **Police** Department to **protect his life and property**,

**5-** Once upon a time, Egypt's **tyrant traitor president** Elsadat, issued a law banning the sales of fresh beef and meat 3 days in every week for many years. Once upon a time, Biden conspired with many officials, **lied** to the people that fossil fuel is causing dangerous global warming, declared war against it, and took destructive actions to ban its use.

**6-** Farag examined the **declarations** of the former president Barak Housine Obama that burning fossil fuel is causing dangerous global warming that will cause sea levels to rise drowning huge areas of land under water. Farag **proved their falsity beyond any doubt** to be a **Hoax**.

**7-** Obama opened new gates for many to jump on the Hoax, promote it, gain power, and make huge financial gains. The worst part was, and is, the promotion of this Hoax on an international

level by NASA and the United Nations' Intergovernmental Panel on Climate Change (IPCC).

**8-** Farag completed his scientific studies, analysis, and calculations using mainly the data contained in the technical reports generated by IPCC and NASA, which **proved beyond any doubt that the Hoax is a hoax**, and published his findings in a book around May 2022.

**9-** The data on page 935 of IPCC's "Earth's Energy Budget, Climate Feedbacks and Climate Sensitivity" reveals that increasing greenhouse gases will reduce Sun's energy reaching the Earth's surface, causing Global Cooling not warming, in direct contravention of its own stated global warming theory. IPCC stated "*As a result, there is a radiative imbalance at the TOA in the clear-sky energy budget (Figure 7.2, lower panel), suggesting that the Earth would warm substantially if there were no clouds*". In science there must be factual numbers not suggestion. In contrast, on page 1022, IPCC stated "*Scientists have made significant progress over the past decade and are now more confidant that changes in clouds will amplify, rather than offset, global warming in the future*". There is no basis for their statement of "more confident" since it did not specify the magnitude or the direction of their predicted changes.

**10-** IPCC is showing unacceptable logical and scientific errors in two diagrams in page 934:

1) The Earth's surface in "All Sky" receives 160 W/m2 of the Sun's energy while emitting 398 W/m2 (not adding evaporation and sensible heat), which is more than the stated Sun's incoming energy of 160 W/m2 at the Earth's surface and the 340 W/m2 at TOA.

2) The Earth's atmosphere absorbs a total of 399 W/m2 (80+160+ 398-239 = 399), which means that the Earth is dangerously heating with energy more than the incoming sun's energy.

**11-** Both IPCC and NASA fabricated data by changing the measurements to prove the Hoax, instead of changing their models to agree with the measurements [IPCC (page 935)].

**12-** Global Warming would reduce sea level as opposed to increasing it, due to the increase in

water vapor with increasing the temperature. This extra water vapor will come from water evaporation from the sea surface reducing its level.

**13-** The two distinguished Princeton professors, Richard Lindzen, Prof. of Earth Science, and William Happer, Prof. of Physics, testified before Congress around **April 2022**, showing that there is no scientific basis for climate-related risk caused by fossil fuels and CO2, and there is no climate emergency. No other scientist **dared**, or **cared**, to come forward to dispute their findings. These findings **LEAVE no excuse for any one to claim that the Hoax is not a hoax**.

https://www.sec.gov/comments/s7-10-22/s71022-20132171-302668.pdf

**14-** Farag tried to intervene in many cases to dispute the Hoax. He filed a motion to intervene as of right and/or permissive intervention in the United States District Court, Central District Of California, Case No: 2:23-CV-10345, however, the Court denied his motion on 3/5/2024.

**15-** Around November 17, 2022, Farag sent an open letter to the UN Secretary General and some news media, explaining the science disputing the Hoax and asking him to stop pushing countries into disasters due to the Hoax that "burning fossil fuel is causing global warming". However, he didn't receive any response or disputes to his findings.

**16-** Around February 14, 2023, Farag sent another letter to UNSG and to many officials including the defendants, and complained to the US Attorney General and to IL State Attorney General. However, he didn't get any disputes to his findings, or a responsive reply.

**17-** Biden **imposed** a proxy **war against the U.S.A**, in Ukraine that cost us about **$75 billion** and caused the death of about one million Russians and Ukrainians, and could drag us into a **horrific confrontation with Russia**. Upon information and believe, The Biden's administration fabricated evidence of Russia's threats, to justify dragging the U.S.A. into a war against Russia and sending money to Ukraine to get kickbacks **for** him, his family, and his cronies, which is

**treason**. Further, they pretended to sanction Russia, but declared war against our oil and gas industries, destroying our energy security and independence, driving their prices to the roof, **benefiting** greatly our "assumed" **enemy** Russia (has huge oil and gas resources), and causing great harm to our economy, which is **treason**.

**18-**    Many officials became complicit and conspired with Biden in his treason (Russia war and the Hoax). They pushed the Hoax and created destructive laws and regulations that cost trillions of dollars to benefit themselves and their cronies, while causing great harm to the middle class and the poor, and causing serious damage to our energy industries. Examples are the "zero carbon emission", subsidizing electric cars, solar panels, wind energy, etc. They proved their destructive intentions and that **they are not looking to protect the environment** or to pursue zero carbon emission, they continued their war against the **nuclear energy**, which is the most reliable and the real zero carbon emission source of energy. Further, they are penalizing the nuclear energy and imposing **taxes** to dismantle our nuclear reactors instead of upgrading them.

**19-**    U.S. Constitution protects freedom of speech, which protects the Media from penalty for publishing false information. However, the Supreme Court repeatedly affirmed that penalties are warranted if this false information caused harm to a third party [United States v. Alvarez, 567 U. S. 709 (2012)]. Here, the Media Companies conspired with other defendants, lied to the people, knowingly published false information, and suppressed the truth about the Hoax, causing increases in prices, social unrest, and mislead the Courts to issue costly wrong judgments.

**20-**    Before the end of October 2023, Farag sent Cease and Desist Notices to the Media Companies, provided them with the facts about the Hoax, demanding that they immediately cease and desist the spread, promotion, support, distribution etc. of the Hoax, or the hiding, suppressing, distorting, etc. of the facts, in their news, analysis, reporting, discussions, etc.

1  However, they continued their wrongdoings and Farag never received any response.

2  **21-**  Due to the war on our energy, and promoting and enforcing the Hoax, Farag suffered

3  financial losses and reduction to his standard of living. The price of one Therm of natural gas

4  around January 2018 was **$0.0485**, and around February 2024 was **$0.2134**, an increase of 440%.

5  This means that the $200 cost to heat the house for one month will jump to **$880**! This forced

6  Farag to set his thermostat at less than 50 ºF, just to avoid the freezing of water pipes, reducing

7  his standard of living. Farag paid additional **$16** for the Hoax in his electric bill of February

8  2024, not adding the price increase of the electricity itself. The price of gasoline increased from

9  less than $2 per Gallon to $3 to $5 per Gallon, which resulted in increases in: insurance, car

10  prices, car maintenance, food, medicine, etc. Farag couldn't buy two crucial medications

11  (Diovan and Lipitor), and had to limit driving his car and was almost imprisoned in his home.

12  

**FARAG HAS STANDING TO BRING THIS ACTION**

13  **22-**  For the plaintiff to have Article III standing, he must have: 1) suffered some actual or

14  threatened injury; 2) that injury can fairly be traced to the challenged action of the defendant; and

15  3) that the injury is likely to be redressed by a favorable decision. As for the issues related to the

16  treason and "Global Warming" (Hoax), Farag suffered actual losses as stated in ¶17, which

17  would be eliminated by a judgment against the defendants. As for the issues related to treason

18  and the violations of our immigration laws, Farag suffered and will suffer more injuries as

19  explained in ¶4 above that would be eliminated by a judgment against the defendants.

20  

**CAUSES OF ACTION**

21  **COUNT I**  **Declaratory Relief That The Claims That "Burning Fossil Fuel Is Causing**

22  **Global Warming" Has No Scientific Basis And Is A Hoax**

23

24  **23-**  The foregoing ¶1 to ¶22 are realleged and incorporated by reference herein as ¶23.

**24-** 28 U.S. Code § 2201(a) states "*In a case of actual controversy within its jurisdiction, except - - -, any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such*".

**25-** Farag proved that the claims "that burning fossil fuel could cause global warming" have no scientific basis and are a Hoax, by showing the scientific fraud used to promote them.

**26-** Following the Hoax resulted in devastating damages of billions of dollars for the country, and huge financial losses to Farag, and the reduction of his standard of living.

**27-** The Court should declare that the claims "that burning fossil fuel could cause global warming" have no scientific basis and are a Hoax, compensate Farag a minimum of one million dollars for his losses and his efforts to prove that the Hoax is a hoax, and order every official that spent our taxes on the hoax to pay them back with penalties from their own money.

### COUNT II   Injunctive Relief To Stop The Officials From Enforcing The Hoax

**28-** The foregoing ¶1 to ¶27 are realleged and incorporated by reference herein as ¶28.

**29-** Rule 65, of Federal Rules of Civil Procedure (Injunctions and Restraining Orders) states:

*(a)(2) Consolidating the Hearing with the Trial on the Merits. Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing. Even when consolidation is not ordered, evidence that is received on the motion and that would be admissible at trial becomes part of the trial record and need not be repeated at trial. But the court must preserve any party's right to a jury trial.*

**30-** 28 U.S. Code § 2202, states:

"*Further necessary or proper relief based on a declaratory judgment or decree may be granted, after reasonable notice and hearing, against any adverse party whose rights have been determined by such judgment*".

**31-** Farag believe that all the defendants enforced the Hoax **wasted** huge amounts of our money every second that we don't have and they shouldn't spend, while enjoining this waste

1 would not negatively affect any project. Hence, the Court should stop this huge waste as soon as

2 possible, and order the Defendants to pay back with penalties the money they wasted, and

3 compensate Farag at least one million dollars for his damages and his efforts to fight the Hoax.

4 **COUNT III    Treason Of Biden And His Conspirators For Pushing The U.S.A. Into A War**

5 **With Russia To Benefit Himself And His Cronies**

6 **32-**    The foregoing ¶1 to ¶31 are realleged and incorporated by reference herein as ¶32.

7 **33-**    18 U.S.C. § 2381 – Treason, states:

8 *Whoever, owing allegiance to the United States, levies war against them or adheres to*
9 *their enemies, giving them aid and comfort within the United States or elsewhere, is*
10 *guilty of treason and shall suffer death, or shall be imprisoned not less than five years*
11 *and fined under this title but not less than $10,000; and shall be incapable of holding any*
12 *office under the United States.*

13 **34-**    U.S. Constitution art. II § 4, states:

14 *The President, Vice President and all civil Officers of the United States, shall **be removed***
15 ***from Office** on Impeachment for, and Conviction of, **Treason**, Bribery, or other high*
16 *Crimes and Misdemeanors. Neither civil nor criminal immunity is explicitly granted in*
17 *the Constitution or any federal statute. Hence, **they DON'T ENJOY IMMUNITY** from*
18 ***Treason, or other high Crimes and Misdemeanors**.*

19 **35-**    Farag believe that all the Defendants conspired to push Ukraine to war with Russia,

20 instead of resolving their disputes peacefully, so that they can give its corrupt government aid

21 and get kickbacks for themselves and their cronies. This war is practically undeclared war (proxy

22 war) between the U.S. and Russia.

23 **36-**    Biden and his conspirators gave Ukraine billions of dollars of aid that the U.S. doesn't

24 even have! This aid is threatening to push the U.S. into a horrible confrontation with Russia, in

25 addition to causing severe harm to our economy, which is **treason**.

26 **37-**    Hence, Biden and his conspirators should pay back with penalties the Ukrainian aid, and

27 compensate Farag at least one million dollars for his losses and efforts to disclose their treason.

28 **COUNT IV Treason Of Biden For Aiding Our Enemy Russia And Destroying Our**

29 **Economy By The Hoax**

**38-**     The foregoing ¶1 to ¶37 are realleged and incorporated by reference herein as ¶38.

**39-**     Biden and his conspirators **lied** to the people about the Hoax, promoted it, took actions to stop the use of fossil fuel, and declared war on it. Which resulted in the soaring of energy prices, causing financial damage to Farag and the citizens, and reducing the standard of living for them, while **benefiting** our assumed **enemy Russia** by letting them sell their gas and oil at high prices.

**40-**     The EPA categorized CO2 as a pollutant and a green house gas that needs to be reduced by reducing the burning of fossil fuel [https://www.epa.gov/climate-change/climate-change-regulatory-actions-and-initiatives#Findings], which is wrong because CO2 is necessary for life.

**41-**     Farag submitted a Freedom Of Information Act (FOIA) request to the EPA [Tracking # EPA-2022-001766, Date 01/05/2022], asking for all the scientific information that supports the man made global warming. Farag received a response from Ephraim Atkinson, on 1/31/2022, email: hopkins.daniel@epa.gov, stating that they have **nothing scientific** to support the Hoax!

**42-**     The EPA surrendered to the political pressure, ignored the science, and enacted destructive regulations to promote the Hoax, causing huge damages as shown before.

**43-**     Hence, Biden and his conspirators should pay back with penalties the money we spent on the Hoax. And compensate Farag at least one million dollars for his losses and efforts to disclose their treason and the Hoax.

**COUNT V Treason Of Biden And Other Officials For Invading the U.S.A. With Our Enemies**

**44-**     The foregoing ¶1 to ¶43 are realleged and incorporated by reference herein as ¶44.

**45-**     Biden, Alejandro Mayorkas, Merrick Garland, Kwame Raoul, J.B. Pritzker, Dick Durbin, Tammy Duckworth, Sean Casten, and other conspirators allowed the invasion of the U.S. by millions of illegal foreigners under the disguise of asylum seekers or new comers, without

following the legal procedures in violations of our immigration laws.

**46-**    When Farag decided to immigrate to the U.S., he had to fill applications, wait more than 10 years for his turn, went through expensive health check, had to prove that he was not involved in unlawful activities, knows basic English language, and was required not to adopt ideology contrary to the system of the U.S.

**47-**    When the state of Texas tried to protect itself and the country by limiting the invasion of the criminals (illegals are violating the law making them criminals and enemies), Biden and his conspirators sued Texas to allow the enemies in, which is by itself **treason**. Also, they gave them aid and comfort that they denied to the U.S. citizens, which is another **treason**. Additionally, they brought about 320,000 enemies directly into our cities by airplanes to avoid exposing those enemies when they were crossing the borders. This is again another **treason**.

**48-**    Needless to mention that those enemies brought to this country human trafficking, deadly drugs, rape, theft, diseases, killings, etc., and the destruction of the safety of the citizens.

**49-**    Hence, Biden and his conspirators, should pay back with penalties the cost of the services those enemies obtained, and the cost of the states to prevent their invasion. And compensate Farag at least one million dollars for his losses and efforts to disclose their treason.

**COUNT VI** **Against The Media Companies For Lying And Publishing False Information About The Hoax That Caused Serious Harm**

**50-**    The foregoing ¶1 to ¶49 are realleged and incorporated by reference herein as ¶50.

**51-**    The defendants MSNBC; CNN; CBS; CNBC; NPR; Washington Post; NY Times; and Facebook (hereinafter the **Media**), conspired with each other and with the government, lied to the people, published false information, suppressed the scientific facts, exaggerated the effects of their lies to scare the people, and ridiculed everyone that tried to tell the truth about the Hoax.

**52-**    The Media knew the scientific facts proving that the Hoax is a hoax for very long time

because it is their job, or at least they should have known these facts from the Congress' hearing around April 2022. However, they continued promoting the Hoax. Which forced Farag to send them a cease-and-desist letters before the end of October 2023, stating for them the facts that proved the Hoax is a hoax, and warning them about the consequences of their wrongdoings. None of them responded to Farag to dispute his facts, and they didn't stop promoting the Hoax.

**53-** As direct results of the Media's false information, the people (including some Judges) were scared and misled to believe that the Hoax is real, and put pressure on the government to take actions to fight the global warming. Which resulted in devastating actions against fossil fuel that caused our economy billions of dollars and caused damages to Farag as explained in ¶21.

**54-** Hence, the Court should order the Media to publish the fact that they lied, at the first page if it is a newspaper, or first news cast in all their news segments everyday for at least one year. And order them to pay back with penalty the cost of the damage to the economy due to the Hoax, and compensate Farag at least one million dollars for his damages and efforts to fight the Hoax.

**COUNT VII   The Defendants Conspired With Each Other To Comitt Fraud**

**55-** The foregoing ¶1 to ¶54 are realleged and incorporated by reference herein as ¶55.

**56-** Farag alleges that the Defendants and other conspirators committed fraud by: (1) Making untrue statements that burning fossil fuel is causing harmful global warming; (2) Knowing their falsity (at least after Farag's letters); (3) Promoting it as an existential threat increasing its material importance to the people; (4) With the intent to fraud the people; (5) With the planning to make the people pay high cost for alternative energy, refrain from using affordable and reliable fossil fuels, and suffer from the excessive increase in the prices of almost everything; (6) Relying on the ignorance of the people about the Hoax; (7) As most of the people trust the officials, NASA, UN, IPCC, and the media; (8) With the government having the obligation to

1    rely on their statements; and (9) They caused huge damages to the citizens, due to the increase in

2    the prices of oil and gas, in addition to subsidizing electric cars, solar panels, etc.

3    **57-**    Hence, the Court should penalize them jointly and severally for their fraud, and

4    compensate Farag at least one million dollars for his damages and efforts to fight their fraud.

5    **58-**    Due to the urgency and complexity of this matter, Farag had to prepare this pleading very

6    quickly, which took him more than 21 non-stop hard working days, however, there could be

7    some deficiencies and errors. Hence, Farag would ask the Court to allow him the opportunity to

8    amend his complaint when appropriate.

9                                   **PRAYERS FOR RELIEF**

10   **59-**    WHEREFORE, Tarek Farag, respectfully requests that this Honorable Court Order the

11   following:

12       1)   Declare that the Man-Made-Global-Warming due to burning fossil fuel has no
13            scientific basis and is a destructive Hoax;
14       2)   Invalidate all the administrative orders, laws, regulations, subsidiaries, etc. to combat
15            man made global warming;
16       3)   Enjoin the government from enforcing all the actions to combat global warming;
17       4)   Hold accountable all the people, agencies, companies, organizations, etc. that
18            knowingly ignored the science, manipulated the data, promoted false claims,
19            obstructed and hid the truth, benefited from the lies, violated their duties to
20            investigate the Hoax's crimes, prevented or suppressed the scientific discussions, etc;
21       5)   Refer any criminal activities or negligence for the purpose of prosecutions by an
22            outside Special Counsel pursuant to 28 CFR § 600.1;
23       6)   Order the defendants that supported the Hoax, jointly and severally, to pay back with
24            penalties all the billions of dollars wasted on the Hoax;
25       7)   Order the defendants that supported the Ukrainian war, jointly and severally to pay
26            back with penalties all the billions of dollars wasted on it;
27       8)   Order the defendants that supported the invasion of our country by the enemies,

jointly and severally to pay back with penalties all the money wasted on them;

9) Order the Media defendants to publish in visible way the fact that they lied, at the first page if it is a newspaper, or first news cast in all their news segments everyday for at least one year, and jointly and severally pay back with penalties all the money wasted due to their lies.

10) Sanction everyone that committed fraud, or conspired with others;

11) Compensate Farag for his damages and efforts;

12) Award Farag punitive damages.

13) Take any additional actions this Honorable Court sees as proper and just.

Respectfully submitted this 4th day of April 2024.

Plaintiff: TAREK FARAG, pro se.
411 N WARWICK AVE, WESTMONT, IL 60559
Phone: 630 709 3965
Email: tarekfaragusa@hotmail.com

## **VERIFICATION BY CERTIFICATION**

Under penalties of perjury as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct.

Executed on 4/4/2024.

Plaintiff: TAREK FARAG, pro se.
411 N WARWICK AVE, WESTMONT, IL 60559
Phone: 630 709 3965
Email: tarekfaragusa@hotmail.com

# Exh B

The US Postal Services stopped the delivery of the certified mails that were given to them on **4/17/2024**, at 10:19 AM, and were **not delivered** for almost **2 months** up to the date of **6/11/2024**, at around 10:00 AM, for serving the defendants in case number **1:24-cv-02728**, filed in the Northern District Of Illinois, Eastern Division.



1
2
3
4
5
6
7
8

Tracking Number:

**70223330000111210671**

Remove ✕

⧉ Copy  ⚚ Add to Informed Delivery

**Latest Update**

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**
🔍 USPS Tracking Plus®

**Moving Through Network**
**In Transit to Next Facility, Arriving Late**
April 25, 2024

**Arrived at USPS Regional Destination Facility**
SAN FRANCISCO CA DISTRIBUTION CENTER
April 20, 2024, 8:04 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

‹
🔋 ◁))
🛜
ENG
10:03 AM
6/11/2024

Tracking Number:

**70223330000111209910**

Remove ✕

⧉ Copy  ⚚ Add to Informed Delivery

**Latest Update**

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**
🔍 USPS Tracking Plus®

**Moving Through Network**
**In Transit to Next Facility, Arriving Late**
April 22, 2024

**Arrived at USPS Regional Facility**
CHICAGO IL DISTRIBUTION CENTER
April 18, 2024, 8:16 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

‹
🔋 ◁))
🛜
ENG
9:40 AM
6/11/2024

Tracking Number:

**70223330000111209989**

Remove ✕

⧉ Copy  ⚚ Add to Informed Delivery

**Latest Update**

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**
🔍 USPS Tracking Plus®

**Moving Through Network**
**In Transit to Next Facility**
May 6, 2024

**Forwarded**
NEW YORK, NY
April 22, 2024, 12:40 pm

See All Tracking History

What Do USPS Tracking Statuses

‹
🔋 ◁))
🛜
ENG
9:46 AM
6/11/2024

1

# Exh C

2

3

4    **Farag's electrical bill showing charges for reducing CO2 emission.**

5

6

7

8    | TAXES & FEES | | $23.01 |
| --- | --- | --- |

9

10   | Environmental Cost Recovery Adj | 590 kWh X 0.00022 | $0.13 |
| Renewable Portfolio Standard | 590 kWh X 0.00502 | $2.96 |
| Zero Emission Standard | 590 kWh X 0.00195 | $1.15 |
| Carbon-Free Energy Resource Adj | 590 kWh X 0.01608 | $9.49 |
| Energy Efficiency Programs | 590 kWh X 0.00366 | $2.16 |
| Energy Transition Assistance | 590 kWh X 0.00072 | $0.42 |
| Franchise Cost | $43.81 X 2.91100% | $1.28 |
| State Tax | | $1.95 |
| Municipal Tax | | $3.47 |

11

12

13

14

15

16

17

18   | Service Period Total | | $107.44 |

19

20   Thank you for your payment of $78.89 on January 8, 2024

21

22

23

24

25

26

27

28

29

30

31