BC FILED 8/1/2024 EW THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| **City of Chicago** Plaintiff, v. **BP P.L.C. et al** Defendants. | Case No: **1:24-CV-02496** Honorable: **Franklin U. Valderrama** |
|---|---|

### FARAG'S MOTION TO GRANT HIS MOTION TO INTERVENE AS A DEFENDANT

Tarek Farag (hereinafter **Farag**) (**pro se**), in support of his motion to grant his previous motion [70] to Intervene as a Defendant in this case, states as follows **under oath**:

1- On 4/3/2024, Farag filed his complaint # 1:24-cv-02728, in front of H.J. Daniel [70] Exh A, and on 4/17/2024 served all the defendants with requests for waiver pursuant to F. Rule 4.d.

2- On 6/13/2024, Farag filed a motion to intervene in this case # 1:24-cv-02496 [70], and another motion to reassign case 1:24-cv-02728 to H.J. Valderrama as related [71].

3- On 6/18/2024, H.J. Valderrama directed Plaintiff and Defendants to file a response to the motions to intervene and reassign on or before 7/11/2024 [75].

4- On 6/24/2024, Farag filed his motion to expedite the reassignment of case number 1:24-cv-02728 to H.J. Valderrama pursuant to local rule 40.4 [81].

5- On 6/25/2024, H.J. Valderrama stated that N.D. Ill. Local Rule 40.4(c) generally requires Farag's motion to be filed after the answers or motions in lieu of answer have been filed in each of the proceedings involved [82].

6- On 7/11/2024, Plaintiff filed his opposition to Farag's intervention and reassignment [91], and the Defendants filed their opposition to intervention and reassignment [92].

1

**7-** Today after the expiration of the 90 days for the defendants to file their answers (7/17/2024), none of them filed an answer or accepted the waiving of the service of summons. Indicating their intentions to delay the proceedings, increase the costs, and drain Farag's resources.

**8-** Farag is willing to dismiss his case # 1:24-cv-02728, to re-file it later, if this could **allow this Court to grant his motion to intervene**, without waiting for Defendants' service or answers.

**9-** Farag strongly believe that this Honorable Court have the power and discretion to grant his motion to intervene, due to the following **unbelievable, unusual, and urgent** situations:

a) Everyday passes without stopping the Global-Warming HOAX, our government is **wasting $45.2 millions/day (1.9 M/hr)** ($16.5 Billions in the budget of 2024), which will increase in 2025-budget to more than **$63 M/day (2.6 M/h)**. **The real disaster is that we don't have these billions that are growing to be trillions that the government is wasting**.
[https://www.whitehouse.gov/omb/briefing-room/2023/03/09/fact-sheet-the-presidents-budget-for-fiscal-year-2024/].

b) There are groups of lawyers, organizations, and presumed scientists that specialized in benefiting from the Hoax, pretending to protect the environment and the people, while in reality they greatly harming them. They misrepresent the scientific facts and mislead people including judges to believe the Hoax. As an example, they misled H.J. Kathy Seeley (Montana First Judicial District Court, Lewis And Clark County, No. CDV-2020-307) to rule -in 103 pages- supporting the Hoax. She stated that the "*global temperature rise over the last **120 years** is on average **2.2ºF***" and "*The Earth has warmed by **1.3 to 2.2ºF** in only the last **thirty-five years**, as atmospheric CO2 concentrations have risen from 350 ppm to over 420 ppm today*". She repeated the inaccurate statement that "*Children are uniquely vulnerable to the consequences of climate changes, which harms their physical and psychological health and safety, **interferes with family and cultural foundations and integrity**, and causes economic deprivations*". She concluded that these temperature

2

1   increases are due to the rise of CO2 concentration, and would cause: serious mental,
2   physical, safety, and economic deprivations, and <u>interferes with family and cultural</u>
3   <u>foundations and integrity</u>!? She ignored the <u>well known facts that</u> Montana is one of the
4   coldest states, and its average high temperature is about **55ºF**, while in Florida the average
5   high temperature is about **83ºF**, which is about **30ºF higher than Montana's, for**
6   **hundreds of years, without anyone suffering from any of these harms due to 30ºF, not**
7   **the 2.2ºF** above average of 55ºF! Even, she considered the benefits of increasing the
8   temperature (if there is any) that could increase the number of days above freezing and
9   extend the planting season, to be harmful things that we need to vigorously fight.
10  c) Farag believes that the defendants in his case # 1:24-cv-02728, stopped the USPS from
11     delivering the registered mails containing the requests of waiving the service of summons,
12     to some defendants [70] Exh B. Which is an obstruction of justice, and in clear violations
13     of its duties. Which makes Farag believe that the defendants could prevent future services
14     by other methods, **adding that the defendant "United States Attorney General" that**
15     **has the duty to enforce the law, is violating it and was held in contempt of Congress**.
16  d) Farag believes that the government's agencies **failed to assassinate** the presidential
17     candidate Trump **not failed to protect him**, and they assigned a sniper to kill the assassin
18     after firing to hide the evidence (if he was to protect Trump, he could have fired a warning
19     bullet in the air to avoid killing the assassin). <u>It was a clear signal to anyone who dares to</u>
20     <u>oppose them</u>. Hence, Farag is not sure if he is **not** going to be killed, and asks the Court to
21     give him the opportunity to disclose the facts about the Hoax before being killed.
22  **10-** Now, all the parties knew the scientific facts and the arguments presented by Farag to prove
23  that the Global-Warming is a Hoax. They **should have been ready before filing this case,** and

3

more ready now to dispute them. Hence, the Court should grant Farag's motion to intervene, set a hearing to "Find the Facts", or any other procedures, even without granting Farag's intervention, to know the facts, which will set the record straight, dismantle the basis of the City of Chicago's case, prevent other similar cases nationally and internationally, end the case in few minutes, and save huge amounts of money and resources. At least, this will save the Court's time to read hundreds of pages of legal arguments about baseless issue (a lie).

**11-** WHEREFORE, Tarek Farag, pro se, respectfully asks this Honorable Court to grant his motion to intervene [70]; or in the alternative: hold a "Fact Finding" hearing as soon as possible, or other procedure to set the record straight; and for any other relief as appropriate.

Respectfully submitted this 1st. Day of August 2024,

TAREK FARAG, pro se.
411 N Warwick Ave, Westmont, IL 60559
630 709 3965
tarekfaragusa@hotmail.com

## CERTIFICATE OF SERVICE

I Tarek Farag, pro se, certify that I did not serve any party with the foregoing pleadings, **expecting it to be filed and served electronically to all the parties** on record.

Respectfully submitted,

TAREK FARAG, pro se.

## **Verification by Certification**

Under penalties as provided by law, the undersigned certifies that the statements set forth in this motion are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Signed:

Date: August 1, 2024

Tarek Farag
411 N Warwick Ave, Westmont, IL 60559
630 709 3965
tarekfaragusa@hotmail.com

4