# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

City of Chicago
                    Plaintiff,

v.                                    Case No.: 1:24−cv−02496
                                                  Honorable Franklin U. Valderrama

BP P.L.C., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 21, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court grants the joint motion to reschedule the in−person hearing on Plaintiff's motion to remand [103]. The Court re−sets the hearing to 2/5/2025 at 9:30 a.m. in courtroom 1941. The Court notes that, although most Defendants are represented by different counsel, given that Defendants filed an omnibus response to Plaintiff's motion to remand [87], the Court expects that the Defendants will designate one attorney as the lead counsel arguing on behalf of all Defendants before the Court. All other counsel for Defendants may, although are not required, to attend the hearing remotely. Defendants are directed to email the Court's Courtroom Deputy, Jonathan Martinez, no later than 2/3/2025 to notify the Court: (1) which counsel will be the lead attorney arguing on behalf of Defendants, and (2) who will be attending the hearing remotely, so the Court may set up WebEx. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.