UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

City of Chicago
      Plaintiff,
v.             Case No.: 1:24−cv−02496
            Honorable Franklin U. Valderrama
BP P.L.C., et al.
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2025:

  MINUTE entry before the Honorable Franklin U. Valderrama: On 5/16/2025, the Court entered an order granting Plaintiff City of Chicago's (the City) motion to remand and directed the Clerk to remand the case to the Circuit Court of Cook County immediately. R. [113], Order. On 5/18/2025, Defendants filed an emergency motion for a temporary stay of execution of this Court's remand order [114], requesting that the Court stay execution of its order granting the City's motion to remand until the Court rules on Defendants' forthcoming motion to stay pending appeal or, if that motion is denied, until the Seventh Circuit rules on the motion to stay Defendants would then file in that court. R. [114], Mot. Stay. The Court directed the City to file a response by noon today [115], which it did, R. [116], Resp. In its response, the City indicates that it does not oppose the City's emergency motion to the extent that it requests "a temporary stay that would 'remain in place until this Court rules on Defendants' forthcoming motion to stay pending appeal.'" Resp. at 2 (quoting Mot. Stay at 1). However, the City opposes the "request that the temporary stay remain in place 'if [the forthcoming] motion is denied, until the Seventh Circuit rules on the motion to stay Defendants would then file in that Court.'" Id. (quoting Mot. Stay at 1−2). Additionally, the City requests that the Court set an expediting briefing schedule with page limits. As the City points out in its response, "[a] stay is not a matter of right, even if irreparable injury might otherwise result. It is instead an exercise of judicial discretion, and... [t]he party requesting a stay bears the burden of showing that the circumstances justify an exercise of that discretion." Nken v. Holder, 556 U.S. 418, 43334 (2009) (cleaned up). The moving party bears a "heavy burden of justifying the court's exercise of such an extraordinary remedy." Thomas v. JP Morgan Chase Bank, 2019 WL 13221434, at *1 (N.D. Ill. June 24, 2019) (cleaned up). When deciding motions to stay pending appeal, the Court must consider four factors: "(1) whether the stay applicant has a made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." Nken, 556 U.S. at 434 (cleaned up). In the face of the City's non−opposition to Defendants' requested stay pending this Court's ruling on Defendants' forthcoming motion to stay, the Court grants the motion. In granting the motion, the Court is not in any way weighing in on the merits of the forthcoming motion to stay. Additionally, the Court finds the City's proposed briefing schedule and page limits to be

appropriate. Accordingly, the Court sets the following briefing schedule and page limits on the forthcoming motion to stay: (1) Defendants' motion to stay (limited to 10 pages) due 5/28/2025; (2) the City's response (limited to 10 pages) due 6/6/2025; (3) Defendants' reply (limited to 5 pages) due 6/13/2025. As to Defendants' request that the Court stay execution of the remand until the Seventh Circuit rules on a motion to stay, in the event this Court denies the forthcoming motion to stay, the Court finds this request premature. Accordingly, for the foregoing reasons, the Court grants in part and denies in part the City's emergency motion for a temporary stay of execution of this Court's remand order [114]. The Clerk is directed not to send a certified copy of the remand order [113] to the Circuit Court of Cook County, Illinois, until further Order of the Court. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.