# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 6, 2026

To:  Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604

| No. 25-1916 | CITY OF CHICAGO, <br>             Plaintiff - Appellee <br><br> v. <br><br> BP P.L.C., et al., <br>             Defendants - Appellants |
|---|---|

**Originating Case Information:**

District Court No: 1:24-cv-02496
Northern District of Illinois, Eastern Division
District Judge Franklin U. Valderrama

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| AMOUNT OF BILL OF COSTS (do not include the $): | 97.00 |
| DATE OF MANDATE OR AGENCY CLOSING LETTER ISSUANCE: | 08/06/2026 |
| RECORD ON APPEAL STATUS: | No record to be returned |

form name: **c7_Mandate**    (form ID: **135**)