# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

A True Copy

Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

July 15, 2026

Before

DAVID F. HAMILTON, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*
REBECCA TAIBLESON, *Circuit Judge*

|  |  |
|---|---|
| No. 25-1916 | CITY OF CHICAGO,<br><br>                 Plaintiff - Appellee<br><br>v.<br><br>BP P.L.C., et al.,<br><br>                 Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court No: 1:24-cv-02496 |
| Northern District of Illinois, Eastern Division |
| District Judge Franklin U. Valderrama |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)