# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

August 6, 2026

Taxed in Favor of: **Appellee City of Chicago**

| No. 25-1916 | CITY OF CHICAGO,<br>                    Plaintiff - Appellee<br><br>v.<br><br>BP P.L.C., et al.,<br>                    Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-02496<br>Northern District of Illinois, Eastern Division<br>District Judge Franklin U. Valderrama ||

The mandate or agency closing letter issued in this cause on August 6, 2026.

BILL OF COSTS issued in the amount of: $97.00.

|  | Cost of Each Item | Total Cost Each Item |
|---|---|---|
| 1. For docketing a case on appeal or review or docketing any other proceeding: | _____ | _____ |
| 2. For reproduction of any record or paper, per page: | _____ | _____ |
| 3. For reproduction of briefs: | _____ | _____ |
|  | TOTAL: | $97.00 |

form name: **c7_BillOfCosts**    (form ID: **140**)